THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE and MEHDI OSTADHASSAN on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOHN F. KELLY, in his official capacity as Secretary of the U.S. Department of Homeland Security; LORI SCIALABBA, in her official capacity as Acting Director of the U.S. Citizenship and Immigration Services; MATTHEW D. EMRICH, in his official capacity as Associate Director of the Fraud Detection and National Security Directorate of the U.S. Citizenship and Immigration Services; DANIEL RENAUD, in his official capacity as Associate Director of the Field Operations Directorate of the U.S. Citizenship and Immigration Services,<br><br>Defendants. | No. 17-cv-00094 JCC<br><br>**DECLARATION TRINA REALMUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Trina Realmuto declares as follows:

1. I am one of the attorneys for plaintiffs in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereto.

DECLARATION OF TRINA REALMUTO
(No. 17-cv-00094 JCC) – 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel. (206) 957-8611

134402545.2

2. I was admitted to the New York and California bars in 1998 and 1999, respectively, after graduating from Albany Law School of Union University in 1997. I am admitted to practice before the courts of the States of New York and California, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Courts for the Northern, Southern, Eastern and Central Districts of California, the United States District Court for the District of Connecticut, the United States District Court for the District of Vermont as well as the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

3. I began working in immigration law first, in 1997, as an associate attorney at the law firm of Van Der Hout & Brigagliano (now Van Der Hout, Brigagliano & Nightingale LLP), later as an attorney consultant to the American Immigration Law Foundation (now the American Immigration Council), and, since 2009, as a Staff Attorney and now Litigation Director for the National Immigration Project of the National Lawyers Guild.

4. I have litigated or am litigating cases on behalf of noncitizens before the immigration court in San Francisco, California, the Board of Immigration Appeals, federal district courts in the Northern, Southern, and Eastern Districts of California, the District of Connecticut, the Northern District of Georgia (*pro hac vice*), the Southern District of Texas (*pro hac vice*), the District of Columbia (*pro hac vice*), the Middle District of Tennessee (*pro hac vice*), the District of Vermont (*pro hac vice*), and the Western District of Washington (*pro hac vice*).

5. I have litigated or am litigating cases on behalf of organizational plaintiffs before the federal district courts in the Southern District of New York, the District of Massachusetts (*pro hac vice*), and the District of Columbia (*pro hac vice*). I have litigated or am litigating cases on behalf of *amicus curiae* before the Board of Immigration Appeals, several federal district courts, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

DECLARATION OF TRINA REALMUTO
(No. 17-cv-00094 JCC) – 2

134402545.2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel. (206) 957-8611

6.      I also have class action litigation experience. *See Duran Gonzales v. U.S. Department of Homeland Sec.*, 712 F.3d 1271 (9th Cir. 2013) (circuit-wide certification); *Brown v. U.S. Customs and Border Protection*, Case No. 3:15-cv-01181-JD (N.D. Cal.) (settled prior to decision on certification); *Mendez Rojas v. Johnson*, No. 2:16-cv-01024-RSM (W.D. Wash.) (nationwide certification).

7.      In 2015, the American Immigration Lawyers Association awarded me the Jack Wasserman Memorial Award for Excellence in Litigation.

8.      Co-counsel with me on this case is Kristin Macleod-Ball, a litigation attorney at NIPNLG whose practice focuses on civil litigation on behalf of immigrants. I have supervised Ms. Macleod-Ball since she joined NIPNLG in September of 2016. Presently, she is class counsel in two suits: *J.E.F.M. v. Lynch*, No. 2:14-cv-01026-TSZ, 2016 U.S. Dist. LEXIS 82653 (W.D. Wash. Jun. 24, 2016) (circuit-wide certification) and *Mendez Rojas v. Johnson*, No. 2:16-cv-01024-RSM (W.D. Wash.) (nationwide certification). Ms. Macleod-Ball graduated from Yale Law School in 2012.

9.      Ms. Macleod-Ball and I are also counsel in *Ali v. Trump*, No.: 2:17-cv-00135-JLR (W.D. Wash.), a putative class action on behalf of U.S. citizen and LPR visa petitioners and immigrant visa beneficiaries impacted by the Executive Order barring entry to the U.S. by citizens and nationals of Iraq, Iran, Libya, Somalia, Sudan, Syria and Yemen.

10.     Neither the National Immigration Project of the National Lawyers Guild nor I are receiving reimbursement from any individual plaintiff or class member in this case. Together with co-counsel, I will fairly and adequately protect the interests of the individual plaintiffs and the proposed classes and possess the commitment and resources to prosecute the case as a class action.

//

//

DECLARATION OF TRINA REALMUTO
(No. 17-cv-00094 JCC) – 3

134402545.2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel. (206) 957-8611

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3    DATED this 9th day of February, 2017, at Boston, Massachusetts.

4                                            /s/ *Trina Realmuto*
                                             Trina Realmuto
5
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF TRINA REALMUTO                         NORTHWEST IMMIGRANT RIGHTS PROJECT
(No. 17-cv-00094 JCC) – 4                                        615 Second Ave., Ste. 400
                                                                 Seattle, WA 98104
134402545.2                                                      Tel. (206) 957-8611

## CERTIFICATE OF SERVICE

The undersigned certifies that on the dated indicated below, I caused service of the foregoing DECLARATION OF TRINA REALMUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

via the CM/ECF system that will automatically send notice of such filing to all counsel of record herein.

DATED this 9th day of February, 2017, at Seattle, Washington.

By: s/ David A. Perez
David A. Perez #43959
Attorneys for Plaintiffs
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: DPerez@perkinscoie.com

(No. 17-cv-00094 JCC) – 5

134402545.2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel. (206) 957-8611