THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE and MEHDI OSTADHASSAN on behalf of themselves and others similarly situated, | No. 17-cv-00094 JCC |
| Plaintiffs, | **DECLARATION OF HARRY H. SCHNEIDER, JR., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| DONALD TRUMP, President of the United States; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOHN F. KELLY, in his official capacity as Secretary of the U.S. Department of Homeland Security; LORI SCIALABBA, in her official capacity as Acting Director of the U.S. Citizenship and Immigration Services; MATTHEW D. EMRICH, in his official capacity as Associate Director of the Fraud Detection and National Security Directorate of the U.S. Citizenship and Immigration Services; DANIEL RENAUD, in his official capacity as Associate Director of the Field Operations Directorate of the U.S. Citizenship and Immigration Services, | |
| Defendants. | |

Harry H. Schneider declares as follows:

1.      I am one of the attorneys representing plaintiffs in this case.  I have personal knowledge of the facts set forth in this Declaration and I am competent to testify.

DECLARATION OF HARRY H.
SCHNEIDER, JR. (No. 17-cv-00094 JCC) –
1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

134397627.2

2.       I graduated from The University of Chicago Law School in 1979.  I was admitted to practice in Washington in the October of 1979, have practiced in Washington continuously since that time, and am an active member in good standing of the Washington State Bar Association.

3.       I am admitted to practice in the United States District Courts for the Western District of Washington,  the Eastern District of Washington, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.  I have also been admitted *pro hac vice* in various other state and federal courts in jurisdictions outside of Washington including Oregon, Alaska, California, New York, New Hampshire, Arizona, Massachusetts, New Jersey, Nevada, Wisconsin, and Montana.

4.       I was an associate attorney at Perkins Coie from September 1979-1985, and have been a partner of the firm since January 1, 1986.  At all times I have practiced in the general litigation practice group at Perkins Coie, engaged in a variety of state and federal court litigation. I have represented both individuals and businesses, and have had ample trial experience over the past 37 years.

5.       I am a member of several professional organizations, and have received some professional recognition, including:  Fellow, American College of Trial Lawyers (2001); Member, International Society of Barristers (2007 and currently serving on Board of Trustees and as Second Vice-President); Member, Board of Directors of Attorneys' Liability Assurance Society, Inc. (1999, and Board Chairman 2011-12); listed in Benchmark Litigation Guide to America's Leading Litigation Firms and Attorneys;  Best Lawyers "Lawyer of the Year" for Bet-the-Company Litigation, State of Washington (2016); listed, Chambers USA, "America's Leading Litigation Lawyers;  listed, Chambers USA, The Client's Guide;  recipient, Washington State Bar Association Award of Merit (2011);  recipient, Federal Bar Association for the Western District of Washington, President's Award (2008);  Lawyer Representative, Ninth Circuit Judicial Conference (2008-10);  Member, Board of Directors, The Washington Courts

DECLARATION OF HARRY SCHNEIDER,
JR. (No. 17-cv-00094 JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

134397627.2

1   Historical Society;  President, King County Bar Foundation (2011-12); Second Vice-President,

2   King County Bar Association;  Chairman, ABA Standing Committee on Lawyers Professional

3   Liability (1991-94); and American Inns of Court Professionalism Award for the Ninth Circuit

4   (2009).  Although my experience in class action litigation has been primarily on the defense side,

5   I am familiar with the procedural aspects and requirements of class action litigation, and I have

6   served as counsel for plaintiffs in many civil cases in state and federal court, including this

7   Court.  My experience in class action cases includes serving as defense counsel in the Boeing

8   Securities Litigation before Judge Zilly in the late 1990s.

9       6.      My colleague, Nicholas Gellert, is also one of the attorneys representing plaintiffs

10   in this case.  Mr. Gellert graduated from Georgetown University Law Center in 1988, and has

11   been employed by Perkins Coie in the firm's general litigation practice group from 1988 to the

12   present.  He is admitted to practice in Washington and is a member in good standing with the

13   Washington State Bar Association.  Mr. Gellert has been named a Washington Super Lawyer

14   each year since 2010, and in 2003 received both the Washington State Bar Association's Award

15   of Merit and the King County Bar Association's President's Award.

16       7.      Mr. Gellert maintains an active pro bono practice, through which he has handled

17   both individual claims and complex litigation, including several capital cases and other

18   constitutional litigation.  He played an important role in defending the constitutionality of

19   Interest on Lawyer Trust Account (IOLTA) programs, which achieved vital protection of this

20   important mechanism for funding indigent legal services.  *Brown v. Legal Foundation of*

21   *Washington*, 271 F.3d 835 (9th Cir. 2001) (*en banc*), *aff'd*, 538 U.S. 216 (2003).  He currently

22   serves, by appointment of the Washington Supreme Court, on Washington's Access to Justice

23   Board, and previously served on the board of the Legal Foundation of Washington.

24       8.      Mr. Gellert represented a nationwide class of 3,000 Somalian immigrants in *Ali v.*

25   *Gonzales*, 213 F.R.D. 390 (W.D. Wash. 2013).  He also has experience representing defendants

26

DECLARATION OF HARRY SCHNEIDER,
JR. (No. 17-cv-00094 JCC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

134397627.2

1   in class action lawsuits, and he is familiar with the procedural and substantive aspects of class

2   action litigation.

3          9.      My colleague, Kate Reddy, is also one of the attorneys representing plaintiffs in

4   this case.  Ms. Reddy graduated from Harvard Law School in 2006.  She began her career as an

5   associate at the law firm of Bryan Cave in St. Louis, Missouri, where she practiced from 2006-

6   2009.  In 2009, Ms. Reddy joined Perkins Coie as an associate, and was promoted to partner in

7   2017.

8          10.     Ms. Reddy is admitted to practice in Illinois, Missouri, and Washington, and is a

9   member in good standing of the Washington State Bar Association.  Ms. Reddy is familiar with

10  the procedural and substantive aspects of class action litigation.  Ms. Reddy has served as

11  counsel for defendants and plaintiffs in many civil cases in state and federal court, including this

12  Court.  Ms. Reddy was counsel of record in *Foster Parents Association of Washington State v.*

13  *Quigley, et al.*, No. 3:11-cv-05051-BHS (W.D. Wash. 2014), representing an association of

14  foster parents in Washington.

15         11.     My colleague, David A. Perez, is also one of the attorneys representing plaintiffs

16  in this case.  Mr. Perez graduated from Yale Law School in 2010.  After law school he clerked

17  for the Honorable Robert Beezer on the Ninth Circuit Court of Appeals.  After his clerkship, Mr.

18  Perez served as the Assistant Director of the Fred T. Korematsu Center for Law and Equality at

19  Seattle University School of Law, where his practice focused on constitutional law and civil

20  rights appeals.  Mr. Perez joined Perkins Coie in 2012 as an associate in the general litigation

21  practice group, and was promoted to the position of counsel in 2017.  He is a member in good

22  standing of the Washington State Bar Association.

23         12.     Mr. Perez has presented over 20 arguments at the trial court level, and has

24  substantial appellate experience, briefing cases at all levels of state and federal government,

25  including the U.S. Supreme Court.  He has argued in the U.S. Court of Appeals for the Ninth

26  Circuit and before the Washington Court of Appeals.  Each year since 2013 he has been named a

DECLARATION OF HARRY SCHNEIDER,
JR. (No. 17-cv-00094 JCC) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   "Rising Star" in Washington Law and Politics.  In 2013 Mr. Perez received the Latina/o Bar

2   Association's President's Award, and in 2015 he received the Champion of Voting Rights award

3   from the Seattle-King County chapter of the League of Women Voters.

4          13.     Although Mr. Perez's experience in class action litigation has been on the defense

5   side, he is familiar with the procedural and substantive aspects of class action litigation, and has

6   served as counsel for plaintiffs in civil cases in state and federal court.

7          14.     Neither I, Mr. Gellert, Ms. Reddy, Mr. Perez, Perkins Coie, nor any co-counsel

8   are receiving reimbursement from the individual plaintiffs or class members in this case.  We are

9   representing plaintiffs and the class, if certified, on a pro bono basis.  All counsel are qualified

10  and capable of adequately and fairly representing the interests of the class.

11

12         I declare under penalty of perjury that the foregoing is true and correct.

13

14         DATED this 9th day of February, 2017, at Seattle, Washington.

15                                           *s/ Harry H. Schneider, Jr.*
                                             Harry H. Schneider, Jr., WSBA No. 9404
16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF HARRY SCHNEIDER,
JR. (No. 17-cv-00094 JCC) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

134397627.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the dated indicated below, I caused service of the

foregoing DECLARATION OF HARRY H. SCHNEIDER, JR., IN SUPPORT OF

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

via the CM/ECF system that will automatically send notice of such filing to all counsel of

record herein.

DATED this 9th day of February 2017, at Seattle, Washington.

By:  s/ David A. Perez
David A. Perez #43959
Attorneys for Plaintiffs
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: DPerez@perkinscoie.com

DECLARATION OF HARRY SCHNEIDER,
JR. (No. 17-cv-00094 JCC) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000