THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, et al.,

                Plaintiffs,

     v.

DONALD TRUMP, UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                Defendants.

CASE NO. C17-0094-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for extension of time to respond to Plaintiffs' motion for class certification (Dkt. No. 26) from February 27, 2017 to April 10, 2017 (Dkt. No. 35). Plaintiffs' filed an amended complaint on February 1, 2017, adding challenges to the President's Executive Order (No. 13,769, 82 Fed. Reg. 8977) of January 27, 2017, entitled "Protecting the Nation from Foreign Terrorist Entry into the United States." (Dkt. No. 17.) On February 7, Plaintiffs notified the Court that the acting director of the U.S. Citizenship and Immigration Services ("USCIS") issued a memo stating "Section 3(c) of the Executive Order does not affect USCIS adjudication of applications and petitions filed for or on behalf of individuals in the United States regardless of their country of nationality." (Dkt. No. 22

1   at 2–3.) On February 9, 2017, Plaintiffs moved for class certification. (Dkt. No. 26.) Based on

2   the USCIS memo, Plaintiffs did not seek class certification in one of the three classes described

3   in their amended complaint. (Dkt. No. 22 at 2–3; Dkt. No. 26 at 3 n.1.)  On February 16, 2017,

4   the President indicated that he intends to rescind the Executive Order and replace it with a new,

5   revised Executive Order.

6         Given that it appears likely the President will soon issue a new Executive Order, which

7   may lead to a putative class that would seek certification, the Court finds good cause to extend

8   the time to respond to Plaintiffs motion for class certification. *See* Fed. R. Civ. P. 6(b)(1)(A).

9   Accordingly, Defendants' motion for extension of time to respond to Plaintiffs' motion for class

10  certification (Dkt. No. 35) is GRANTED. Defendants have until April 10, 2017 to respond.

11  Plaintiffs' motion for class certification (Dkt. No. 26) is RENOTED to April 14, 2017. Should

12  Plaintiffs' require additional time to reply to Defendants' response, it will be afforded to them.

13        DATED this 27th day of February 2017.

14

15

16

                    William M. McCool
                    Clerk of Court

                    /s/Paula McNabb
                    Deputy Clerk