THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | CASE NO. C17-94-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' time to respond to Plaintiffs' motion for class certification (Dkt. No. 45). As part of that motion, Defendants' do not oppose Plaintiffs' motion for leave to file the proposed second amended complaint (Dkt. No. 42). (Dkt. No. 45 at 2.) The parties' stipulated motion to extend Defendants' time to respond to Plaintiffs' motion for class certification (Dkt. No. 45) is GRANTED. The Court hereby orders the following:

Plaintiffs' motion for leave to file a second amended complaint (Dkt. No. 42) is GRANTED. Plaintiffs shall file their second amended complaint within 30 days of this order.

Defendants' time to respond to Plaintiffs' motion for class certification (Dkt. No. 26) shall be extended from April 10, 2017 to 30 days after either the date on which Plaintiffs file

1  their second amended complaint or the date on which Plaintiffs file an amended motion for class
2  certification, whichever occurs later.
3      Plaintiffs' motion for class certification shall be RENOTED for the second Friday
4  following the date on which Defendants' response is due. Once the date for renoting the motion
5  is ascertainable, Plaintiffs shall promptly file a notice of renoting.
6      Because Defendants' motion to transfer venue (Dkt. No. 39) is premised on the fact that
7  there are no named plaintiffs from the Western District of Washington, and because Plaintiffs
8  seek to add three plaintiffs from Seattle in their second amended complaint, Defendants' motion
9  to transfer venue (Dkt. No. 39) is STAYED until further notice of the Court. Provided
10 Defendants do not withdraw their motion to transfer venue, the Court will issue a ruling on the
11 motion within 30 days of the filing of Plaintiffs' second amended complaint.

13     DATED this 3rd day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk