THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, | CASE NO. C17-0094-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' notice of renoting motion for class certification (Dkt. No. 48) and amended motion to certify class (Dkt. No. 49). Based on the above filings, Plaintiffs' motion for class certification (Dkt. No. 26) is DISMISSED AS MOOT, and replaced by the amended motion for class certification (Dkt. No. 49). Defendants' response to the amended motion for class certification is due May 10, 2017. Plaintiffs' reply is due May 19, 2017.

Additionally, due to the filing of Plaintiffs' second amended complaint (Dkt. No. 47), the Court hereby LIFTS the stay of Defendants' motion to transfer case (Dkt. No. 39). The Court will issue a decision on that motion by May 10, 2017.

DATED this 11th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk