THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

CASE NO. C17-0094-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to transfer venue (Dkt. No. 39). On February 9, 2017, Plaintiffs filed a motion for class certification. (Dkt. No. 26.) Five days later, a United States Citizenship and Immigration Services (USCIS) officer called Plaintiff Wagafe's attorney to schedule an interview on his immigration application. (Dkt. No. 40 at 8.) The interview took place on February 22, 2017, and the immigration officer approved Plaintiff Wagafe's application that day. (*Id.*) Prior to this lawsuit, Plaintiff Wagafe's immigration application had been pending for three and a half years. (*Id.*) Plaintiff Wagafe's oath ceremony took place on March 2, 2017, and he became a United States citizen that day. (*Id.*) Also on that day, the Government filed the present motion to transfer venue to the District of North Dakota,

Eastern Division, arguing that Plaintiff Wagafe's claims were mooted, and the only remaining named plaintiff resided in Grand Forks, North Dakota. (Dkt. No. 39 at 1–2.)

On April 4, 2017, Plaintiffs filed a second amended complaint, adding three named plaintiffs from Western Washington. (Dkt. No. 47 at 35, 38, 40.) Because the Government's motion was premised on the fact that there were no plaintiffs with viable claims remaining in Western Washington (Dkt. No. 39), and because Plaintiffs recently amended their complaint to add three named plaintiffs who reside in Western Washington (Dkt. No. 47), the Court hereby DENIES the Government's motion to transfer venue (Dkt. No. 39).

DATED this 11th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk