THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

DONALD TRUMP, President of the United States, *et al.*,

Defendants.

CASE NO. 2:17-cv-00094-RAJ

ORDER

This matter comes before the Court on Defendants' Motion to Reconsider Class Certification. Dkt. # 73. Plaintiffs oppose the motion. Having reviewed the briefs, relevant portions of the record, and the applicable law, the Court **DENIES** Defendants' Motion.

"Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

ORDER-1

Defendants do not meet this standard. Defendants' motion reargues its position that the Court should not certify the class—a position the Court rejected. Defendants couch their motion in terms of the Court's manifest errors but in reality the motion argues that the Court should revisit its conclusions. Parties cannot use motions for reconsideration to simply obtain a second bite at the apple, and this is what Defendants appear to be doing with this motion. For these reasons, the Court **DENIES** the motion. Dkt. # 73.

Dated this 16th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge