HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, et al.,

    Plaintiffs,

v.

DONALD TRUMP, et al.,

    Defendants.

CASE NO. C17-94 RAJ

ORDER

This matter comes before the Court on Plaintiffs' motion for leave to file an over-length brief. Dkt. # 134. Plaintiffs wish to file a brief that is double the allotted length authorized by this District's Local Rules. The Court reviewed Plaintiffs' proffered reasons for submitting such a brief, which include an acknowledgement that Defendants

might then wish to submit an extended brief as well.  The parties wish to pursue this relief despite the Court's heavy docket and interest in preserving judicial resources.

The Court will allow Plaintiffs five (5) additional pages.  Similarly, Defendants may respond with an additional five (5) pages.  Accordingly, the Court **GRANTS in part** Plaintiffs' motion.  Dkt. # 134.

Dated this 21st day of March, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge