THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**DECLARATION HUGH HANDEYSIDE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Hugh Handeyside, declare as follows:

1. I am an attorney admitted to practice in New York and Washington, and I am counsel for Plaintiffs in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. I am a 2007 graduate of the University of Michigan Law School and currently a Senior Staff Attorney at the American Civil Liberties Union Foundation, where I engage in litigation and advocacy on a range of matters related to national security. Prior to joining the ACLU, I worked as a litigation associate at Perkins Coie LLP and Corr Cronin Michelson Baumgardner & Preece LLP in Seattle. I also served as a law clerk to Judge John C. Coughenour of the U.S. District Court for the Western District of Washington.

DECL. OF HUGH HANDEYSIDE IN SUPPORT OF
PLAINTIFFS' MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 1

3.     I have recorded my time contemporaneously for this matter using the Toggl timekeeping platform. Attached as Exhibit A to this declaration is a true and correct copy of my time records for the work performed on the issues for which Plaintiffs' counsel are seeking attorneys' fees associated with Plaintiffs' motion for sanctions.

4.     As supported by the Declaration of Carol Sobel, my hourly rate for the work performed is $676.85 for 2018 and $646.64 for 2017, based on my year of graduation and the market rates for Seattle, Washington.

5.     Below is a chart that details the attorneys' fees that I am seeking with Plaintiffs' motion for sanctions, broken up by category.  The total value of my work is $3,779.60.

| Cost Category | Time and Rate |
|---|---|
| Plaintiffs' Motion to Compel (Sept/Oct 2017) | 1.6 Hours x $646.64 Rate<br><br>**$1,034.62** |
| Defendants' Motion to Reconsider (Nov 2017) | 0.3 Hours x $646.64 Rate<br><br>**$193.99** |
| Executive Order Discovery (Nov 2017 – Jan 2018) | 0.7 Hours x $646.64 Rate<br><br>**$452.75** |
| Production Timeline (Dec 2017 – Jan 2018) | 1.2 Hours x $676.85 Rate<br><br>**$812.22** |
| Court Conferences & Follow-up (Feb – Mar 2018) | 1.9 Hours x $676.85 Rate<br><br>**$1286.02** |
| **TOTAL** | **$3,779.60** |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of March, 2018, at New York, NY.

*/s/ Hugh Handeyside*
Hugh Handeyside

DECL. OF HUGH HANDEYSIDE IN SUPPORT OF
PLAINTIFF'S MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the dated indicated below, I caused service of the foregoing DECLARATION OF HUGH HANDEYSIDE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS via the CM/ECF system that will automatically send notice of such filing to all counsel of record herein.

DATED this 29th day of March, 2018, at Seattle, Washington.

> By: s/ *Laura K. Hennessey*
> Laura K. Hennessey, #47447
> Attorneys for Plaintiffs
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4900
> Seattle, WA  98101-3099
> Telephone:  206.359.8000
> Facsimile:  206.359.9000
> Email: LHennessey@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 17-cv-00094 RAJ) – 1

139100138.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

# EXHIBIT A

# Detailed report

2017-09-01  -  2018-03-28
Total  05 h 53 min

**CARRP**  selected as projects
**MFS**  selected as tags

| Date | Description | Duration | User |
|---|---|---|---|
| 09-27 | Review and revise draft motion to compel | 0:39:16 | Hugh Handeyside |
|  | CARRP - [MFS] | 10:46-11:25 |  |
| 10-10 | Review response to motion to compel | 0:39:02 | Hugh Handeyside |
|  | CARRP - [MFS] | 23:06-23:45 |  |
| 10-19 | Review order on motion to compel; exchange correspondence on same | 0:20:06 | Hugh Handeyside |
|  | CARRP - [MFS] | 13:54-14:14 |  |
| 11-14 | Review response to motion for reconsideration | 0:23:37 | Hugh Handeyside |
|  | CARRP - [MFS] | 14:40-15:03 |  |
| 11-29 | Confer regarding court order and discovery issues | 0:45:10 | Hugh Handeyside |
|  | CARRP - [MFS] | 14:31-15:16 |  |
| 01-24 | Conference call re meet & confer, motions to compel, and case schedule | 0:39:28 | Hugh Handeyside |
|  | CARRP - [MFS] | 14:45-15:25 |  |
| 01-25 | Review research on privilege invocations; confer re same | 0:28:10 | Hugh Handeyside |
|  | CARRP - [MFS] | 16:56-17:25 |  |
| 02-05 | Review draft submission to court regarding discovery disputes | 0:42:26 | Hugh Handeyside |
|  | CARRP - [MFS] | 11:32-12:14 |  |
| 02-07 | Confer regarding case issues and discovery motions | 0:37:52 | Hugh Handeyside |
|  | CARRP - [MFS] | 14:30-15:08 |  |
| 02-26 | Review draft status report | 0:17:20 | Hugh Handeyside |
|  | CARRP - [MFS] | 12:00-12:17 |  |
| 03-12 | Review status report and draft response, exchange correspondence on same | 0:20:54 | Hugh Handeyside |
|  | CARRP - [MFS] | 10:33-10:54 |  |

Created with toggl.com