The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>           Defendants. | No. 2:17-cv-00094-RAJ<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF AMENDED CASE SCHEDULE AND TRIAL DATE |

THE COURT, having considered the parties' Stipulated Motion for Entry of Proposed Amended Case Schedule and Trial Date, and the parties' agreements and continued efforts referred to therein for resolving discovery issues, being fully advised, and finding good cause, GRANTS the parties' Stipulated Motion (Dkt. #205) and orders that the previously scheduled trial of this case and pretrial deadlines are amended as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | **JULY 29, 2019** |
| Length of Trial | 5 days |
| Deadline to Complete Discovery (other than expert discovery and all depositions) which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | February 11, 2019 |

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF AMENDED CASE SCHEDULE AND TRIAL DATE - 1
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900

| | |
|---|---|
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) Due | February 25, 2019 |
| Deadline for Depositions (other than of experts) | March 11, 2019 |
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) Due | March 18, 2019 |
| Deadline to Complete Expert Discovery (including all expert depositions) | April 11, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR7(d)(3) | April 25, 2019 |
| All motions *in limine* must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | June 25, 2019 |
| Agreed Pretrial Order due | July 8, 2019 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | July 15, 2019 |

DATED this 13th day of November, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
ENTRY OF AMENDED CASE SCHEDULE AND
TRIAL DATE - 2
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900