The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PARTIES' JOINT NOTICE FOLLOWING DECEMBER 18, 2018 STATUS CONFERENCE** |

On December 18, 2018, the Court held a telephonic status conference with the parties to discuss the overall progress of discovery and the status of several pending motions. *See* Dkt. #137 (Plaintiffs' Motion for Sanctions); Dkt. #152 (Plaintiffs' Motion to Compel Re Deliberative Process Privilege); Dkt. #210 (Parties' Stipulated Motion to Set Briefing on Discovery Disputes). At the close of the status conference, the Court directed the parties to file, by Friday, December 21, 2018, their positions as to the following issues:  (1) whether the parties agree to proceed with the proposed schedule for the briefing of discovery disputes described in Dkt. #210; (2) in regard to such briefing, whether the parties agree on what should be submitted *in camera* and/or *in camera* and *ex parte*, and (3) the procedure and timing for submission for *in camera*, *ex parte*

| | |
|---|---|
| PARTIES' JOINT NOTICE FOLLOWING<br>DECEMBER 18, 2018 STATUS CONFERENCE<br>(2:17-CV-00094-RAJ)<br><br>-1- | UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Office of Immigration Litigation<br>Ben Franklin Station, P.O. Box 878<br>Washington, DC 20044<br>(202) 616-4900 |

1  review of a limited subset of documents withheld by Defendants under the deliberative process

2  privilege and challenged in Plaintiffs' Motion to Compel (Dkt. #152).

3       On December 19, 2018, the parties met and conferred with respect to each of the above

4  issues and have reached the following joint positions:  (1) the parties agree to proceed with the

5  proposed briefing schedule for discovery disputes noted in Dkt #210; (2) the parties made no

6  formal agreements as to *in camera* submissions in support of such briefing, but did resolve that

7  any party seeking to submit briefing and/or supportive declarations *in camera* and/or *in camera*

8  and *ex parte* would move for leave of the Court to do so at the time of filing, and any challenges

9  by the opposing party could be brought at such time, and (3) the parties agree that Defendants

10  will submit, no later than Friday, December 28, 2018, four documents previously shared with

11  Plaintiffs during the parties' deliberative process privilege negotiations for the Court's *in camera*

12  review in relation to Dkt. #152.

PARTIES' JOINT NOTICE FOLLOWING
DECEMBER 18, 2018 STATUS CONFERENCE
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900

-2-

| | |
|---|---|
| Dated:  December 21, 2018 | Respectfully Submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | DANIEL E. BENSING<br>Senior Trial Counsel<br>Federal Programs Branch |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | LYLE D. JENTZER<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| DEREK C. JULIUS<br>Assistant Director<br>Office of Immigration Litigation<br>Civil Division | ANDREW C. BRINKMAN<br>Trial Attorney<br>Office of Immigration Litigation |
| ANNETTE L. HAYES<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | */s/ Lindsay M. Murphy*<br>LINDSAY M. MURPHY<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| | *Counsel for Defendants* |

PARTIES' JOINT NOTICE FOLLOWNG
DECEMBER 18, 2018 STATUS CONFERENCE
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900

| | | |
|---|---|---|
| 1 | s/Jennifer Pasquarella (admitted pro hac vice) | s/Harry H. Schneider, Jr.<br>Harry H. Schneider, Jr. #9404 |
| 2 | s/Sameer Ahmed (admitted pro hac vice)<br>**ACLU Foundation of Southern California** | s/Nicholas P. Gellert<br>Nicholas P. Gellert #18041 |
| 3 | 1313 W. 8th Street<br>Los Angeles, CA 90017 | s/David A. Perez<br>David A. Perez #43959 |
| 4 | Telephone: (213) 977-5236<br>Facsimile: (213) 997-5297 | s/Cristina Sepe<br>Cristina Sepe |
| 5 | jpasquarella@aclusocal.org<br>sahmed@aclusocal.org | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900 |
| 6 | | Seattle, WA 98101-3099 |
|  | s/Matt Adams | Telephone: 206.359.8000 |
| 7 | Matt Adams #28287<br>**Northwest Immigrant Rights Project** | Facsimile: 206.359.9000<br>Email: HSchneider@perkinscoie.com |
| 8 | 615 Second Ave., Ste. 400<br>Seattle, WA 98122 | NGellert@perkinscoie.com<br>DPerez@perkinscoie.com |
| 9 | Telephone: (206) 957-8611<br>Facsimile: (206) 587-4025 | CSepe@perkinscoie.com |
| 10 | matt@nwirp.org | s/Trina Realmuto (admitted pro hac vice)<br>s/Kristin Macleod-Ball (admitted pro hac |
| 11 | s/Stacy Tolchin (admitted pro hac vice)<br>**Law Offices of Stacy Tolchin** | vice)<br>Trina Realmuto |
| 12 | 634 S. Spring St. Suite 500A<br>Los Angeles, CA 90014 | Kristin Macleod-Ball<br>**American Immigration Council** |
| 13 | Telephone: (213) 622-7450<br>Facsimile: (213) 622-7233 | 100 Summer St., 23rd Fl.<br>Boston, MA 02110 |
| 14 | Stacy@tolchinimmigration.com | Tel: (857) 305-3600<br>Email: trealmuto@immcouncil.org |
| 15 | s/Hugh Handeyside<br>Hugh Handeyside #39792 | Email: kmacleod-ball@immcouncil.org |
| 16 | s/Lee Gelernt (admitted pro hac vice)<br>s/Hina Shamsi (admitted pro hac vice) | s/Emily Chiang<br>Emily Chiang #50517 |
| 17 | **American Civil Liberties Union Foundation** | **ACLU of Washington Foundation**<br>901 Fifth Avenue, Suite 630 |
| 18 | 125 Broad Street<br>New York, NY 10004 | Seattle, WA 98164<br>Telephone: (206) 624-2184 |
| 19 | Telephone: (212) 549-2616<br>Facsimile: (212) 549-2654 | Echiang@aclu-wa.org |
| 20 | lgelernt@aclu.org<br>hhandeyside@aclu.org | *Attorneys for Plaintiffs* |
| 21 | hshamsi@aclu.org | |
| 22 | | |
| 23 | | |

| | | |
|---|---|---|
| | PARTIES' JOINT NOTICE FOLLOWNG<br>DECEMBER 18, 2018 STATUS CONFERENCE<br>(2:17-CV-00094-RAJ) | UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Office of Immigration Litigation<br>Ben Franklin Station, P.O. Box 878<br>Washington, DC 20044<br>(202) 616-4900 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Lindsay M. Murphy*
LINDSAY M. MURPHY

PARTIES' JOINT NOTICE FOLLOWNG
DECEMBER 18, 2018 STATUS CONFERENCE
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900