Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | No. 2:17-cv-00094-RAJ <br><br> NOTICE OF CHANGE OF ATTORNEY ADDRESS |

Please take notice of the following change of attorney address for Trina Realmuto, appearing pro hac vice on behalf of Plaintiffs, effective immediately:

Former address:   Trina Realmuto
American Immigration Council
100 Summer St., 23rd Fl.
Boston, MA 02110
Tel: (857) 305-3600
Email: trealmuto@immcouncil.org

Current address:   Trina Realmuto
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel: (857) 305-3600
Email: trealmuto@immcouncil.org

DATED this 3rd day of January, 2019,

Respectfully submitted,

NORTHWEST IMMIGRANT
 RIGHTS PROJECT

---

Notice of Change of Attorney Address - 1
Case No. 2:17-cv-00094-RAJ

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600

1
2
3
4
 *s/ Matt Adams*
Matt Adams, WSBA No. 28287
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)

5
6
7
8
 *s/ Trina Realmuto*
Trina Realmuto
AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
(847) 305-3600

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Notice of Change of Attorney Address - 2
Case No. 2:17-cv-00094-RAJ

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on January 3, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

    *s/ Trina Realmuto*
Trina Realmuto
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600
Email: trealmuto@immcouncil.org

Notice of Change of Attorney Address - 3
Case No. 2:17-cv-00094-RAJ

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600