THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated, | No. 2:17-CV-00094-RAJ |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DISCOVERY DISPUTES** |
| v. | |
| DONALD TRUMP, President of the United States; *et al.*, | NOTE ON MOTION CALENDAR: December 11, 2018 |
| Defendants. | |

THE COURT, having considered the parties' Stipulated Motion to Set Briefing Schedule on Discovery Disputes (the "Stipulated Motion") and being fully advised, now hereby

ORDERS that the Stipulated Motion is hereby GRANTED; and further

ORDERS the following briefing schedule and page limits:

| Plaintiffs' Motion to Compel (18 pages) | Due January 3, 2019 |
|---|---|
| Defendants' Joint Opposition to Plaintiffs' Motion to Compel and Motion for Protective Order (24 pages) | Due January 17, 2019 |

CERTIFICATE OF SERVICE – 1
No. 2:17-cv-00097-RAJ

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Plaintiffs' Joint Reply in Support of Motion to Compel and Opposition to Defendants' Motion for Protective Order (18 pages) | Due January 31, 2019 |
|---|---|
| Defendants' Reply in Support of Motion for Protective Order (12 pages) | Due February 14, 2019 |

Dated this the 3rd day of January, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES – 2
No. 2:17-cv-00097-RAJ
142287807.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000