Judge Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**NOTICE OF SUBMISSION OF FOUR DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT** |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, AND TO PLAINTIFFS, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 18, 2018, the Court held a telephonic status conference with the parties to discuss, among other matters, the procedure and timing for submission for its *in camera* review of a limited subset of documents withheld by Defendants under the deliberative process privilege and challenged in Plaintiffs' Motion to Compel (Dkt. #152). As reported to the Court (Dkt. # 212), the parties subsequently agreed that Defendants would submit four documents previously shared with Plaintiffs during the parties' deliberative process privilege negotiations for the Court's *in camera* review in relation to Dkt. #152.

NOTICE OF SUBMISSION OF FOUR DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 1
(Case No. C17-00094RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

Accordingly, the following four documents, chosen by agreement of the parties, are hereby submitted to the Court in unredacted form for *in camera* review[1]:

1. DEF-00000667.unredacted.pdf
2. DEF-00011090.unredacted.pdf
3. DEF-00011100.unredacted.pdf
4. DEF-00011117.unredacted.pdf

Dated: February 5, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

AUGUST FLENTJE
Special Counsel
Civil Division

ETHAN B. KANTER
National Security Unit
Office of Immigration Litigation
Civil Division

DEREK C. JULIUS
Assistant Director
Office of Immigration Litigation
Civil Division

BRIAN T. MORAN
United States Attorney

 s/ *Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington

DANIEL E. BENSING
Senior Trial Counsel
Federal Programs Branch

LEON B. TARANTO
Trial Attorney
Torts Branch

ANDREW C. BRINKMAN
Trial Attorney
Office of Immigration Litigation

BRENDAN T. MOORE
Trial Attorney
Office of Immigration Litigation

LINDSAY M. MURPHY
Counsel for National Security
National Security Unit
Office of Immigration Litigation

*Counsel for Defendants*

---

[1] By agreement of the parties, these documents were originally to be submitted to the Court on or before December 28, 2018. (Dkt. # 212). Unfortunately, the lapse of appropriations which occurred on December 22, 2018, interrupted those plans. The undersigned apologizes for the delay in submitting these documents for *in camera* review to the Court.

NOTICE OF SUBMISSION OF FOUR DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 2
(Case No. C17-00094RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Crissy Leininger*
CRISSY LEININGER
Paralegal Specialist
United States Attorney's Office

NOTICE OF SUBMISSION OF FOUR DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 3
(Case No. C17-00094RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970