The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*,

    Plaintiffs,

v.

DONALD TRUMP, President of the United States, *et al.*,

    Defendants.

No. 2:17-cv-00094-RAJ

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE

THE COURT, having considered the parties' Stipulated Motion for Entry of Case Schedule, being fully advised and finding good cause, now hereby

ORDERS that the parties' stipulated motion (Dkt. #219) is GRANTED and that the stay is lifted and the following schedule is adopted for the parties' court filings relating to Plaintiffs' Motion to Compel and Defendants' Motion for Protective Order:

| | |
|---|---|
| Plaintiffs' Motion to Compel: | February 21, 2019 |
| Defendants' Opposition and Motion for Protective Order: | March 7, 2019 |
| Plaintiffs' Opposition to Defendants' Motion and Reply in support of Plaintiffs' Motion: | March 21, 2019 |
| Defendants' Reply in support of Defendants' Motion: | April 4, 2019 |

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF CASE SCHEDULE - 1
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900

The Court further ORDERS that the previously scheduled trial of this case and pretrial deadlines are amended as follows:

| | |
|---|---|
| BENCH TRIAL DATE | October 21, 2019 |
| Length of Trial | 5 days |
| Deadline to Complete Discovery (other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | April 26, 2019 |
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) Due | May 10, 2019 |
| Deadline for Depositions (other than of experts) | May 24, 2019 |
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) Due | May 31, 2019 |
| Deadline to Complete Expert Discovery (including all expert depositions) | June 24, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR7(d)(3) | July 8, 2019 |
| All motions *in limine* must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | September 9, 2019 |
| Agreed Pretrial Order due | September 30, 2019 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | October 7, 2019 |

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF CASE SCHEDULE - 2
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900

1  DATED this 14th day of February, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR ENTRY OF CASE SCHEDULE - 3
(2:17-CV-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900