THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**DECLARATION OF SAMEER AHMED IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

I, Sameer Ahmed, hereby declare:

1. I have personal knowledge of the facts stated below and am competent to testify regarding the same. I am one of the attorneys for Plaintiffs in this matter, *Wagafe v. Trump*, No. 17-cv-00094 RAJ.

2. Despite the Court's orders, Defendants continue to withhold information showing why the Named Plaintiffs were subjected to CARRP.[1] Attempting to resolve the parties' dispute without Court involvement, Plaintiffs offered to compromise further by agreeing that Defendants could produce these documents under a heightened Attorneys' Eyes Only protective order. Attached as **Exhibit A** is a true and correct copy of an email sent on September 21, 2018 by

---

[1] Defendants refuse to acknowledge publicly whether the Named Plaintiffs were subjected to CARRP. However, the Named Plaintiffs all plausibly alleged in the Complaint that their applications were subjected to CARRP. Therefore, to the extent their applications were subjected to CARRP, Defendants should provide the information regarding why, as the Court has already ordered.

DECLARATION OF SAMEER AHMED ISO
PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Defendants' counsel rejecting Plaintiffs' proposal to disclose this information on an Attorneys' Eyes Only basis.

3. Although counsel for Plaintiffs represent two classes and have access to a class list, they are unable to communicate directly with class members. We have proposed posting a public notice, so that potential class members can provide relevant information to use in this case in a way that protects Defendants' purported security concerns. Attached as **Exhibit B** is a true and correct copy of an email sent on August 8, 2018 by Plaintiffs' counsel proposing to post a notice to potential class members.

4. The proposed notice only includes publicly available information and requests that potential class members contact class counsel if they believe they have information that could assist in prosecuting the claims in this case. Following the Court's order at Dkt. 183, the proposed Notice also explicitly states that "the Court has ordered that class counsel cannot publicly disclose whether anyone is a class member and/or whether a particular application has been subject to CARRP," and that "class counsel would not be able to contact you to provide you any information about your application absent further order from the Court." Attached as **Exhibit C** is a true and correct copy of the Notice to Potential Class Members that counsel for Plaintiffs propose to post.

5. Attached as **Exhibit D** is a true and correct copy of an email sent on August 15, 2018 by Defendants' counsel stating that they would not consent to Plaintiffs' proposed notice.

6. Attached as **Exhibit E** is a true and correct copy of an email sent on August 21, 2018 by Plaintiffs' counsel asking Defendants why they do not consent to posting the notice. The email noted that all of the information contained in the proposed notice is from publicly available documents and that the notice is consistent with the Court's order at Dkt. 183.

7. The parties met and conferred telephonically, after which Plaintiffs' counsel sent an email addressing the concerns Defendants had raised about the proposed Notice. Attached as **Exhibit F** is a true and correct copy of the email sent on September 14, 2018 by Plaintiffs'

DECLARATION OF SAMEER AHMED ISO
PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

counsel explaining that they would not provide information to individuals who respond to the notice absent further order from the Court, and that if contacted by potential class members, Plaintiffs' counsel will adhere to the Court's order at Dkt. 183, provide the individuals with copies of the notice, and inform them that counsel cannot confirm or deny whether they are class members.

8. Attached as **Exhibit G** is a true and correct copy of Plaintiffs' Fifth Set of Requests for Production of Documents served on August 24, 2018. RFP No. 53 requests that Defendants produce a random sample of 100 class members' A-files.

9. Attached as **Exhibit H** is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' Fifth Set of Requests for Production of Documents served on October 16, 2018. Defendants contend that producing the requested A-files would be too burdensome.

10. Plaintiffs have offered to compromise on this issue, such as accepting a smaller number of A-files or, if Defendants allowed them to post the proposed Notice of Potential Class Members, only seeking the A-files of class members who provide Plaintiffs' counsel with relevant information. Defendants have rejected these suggested compromises and have expressed they would not produce any additional A-files.

EXECUTED this 21st day of February, 2019, at Los Angeles, California.

*/s/ Sameer Ahmed*
Sameer Ahmed

DECLARATION OF SAMEER AHMED ISO
PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED this 21st day of February, 2019, at Seattle, Washington.

*/s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000