The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**NOTICE OF MOTION AND DEFENDANTS' CROSS-MOTION FOR PROTECTIVE ORDER**<br><br>(Note On Motion Calendar For: April 4, 2019) |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants hereby move this Court for an order that discovery not be had with respect to Plaintiffs' request for information concerning why the named Plaintiffs' applications were handled under CARRP, assuming that occurred; and Plaintiffs' Request For Production No. 53, directing Defendants to produce "[t]he Alien Files ("A files") of 100 members of the Naturalization and Adjustment Classes statistically chosen at random."

This motion is made and based on the accompanying Memorandum of Points and Authorities, the pleadings, papers and exhibits filed herein, including those filed *ex parte* and *in camera*, and such oral argument as the Court may entertain.

Dated: March 7, 2019.

NOTICE OF MOTION AND DEFENDANTS' CROSS-MOTION FOR
PROTECTIVE ORDER - 1
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | DANIEL E. BENSING<br>Senior Trial Counsel<br>Federal Programs Branch |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | ANDREW C. BRINKMAN<br>Trial Attorney<br>Office of Immigration Litigation<br><br>/s/ Brendan T. Moore<br>BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| DEREK C. JULIUS<br>Assistant Director<br>Office of Immigration Litigation<br>Civil Division | LINDSAY M. MURPHY<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | Jesse Busen<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | Counsel for Defendants |

NOTICE OF MOTION AND DEFENDANTS' CROSS-MOTION FOR
PROTECTIVE ORDER - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900