THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**[PROPOSED] PROTECTIVE ORDER** |

UPON CONSIDERATION of Defendants' Motion for a Protective Order, Plaintiffs' Opposition thereto, and after due deliberation, it is hereby

ORDERED that Defendants' Motion is granted and Defendants shall not be required to produce any A files of any class members and shall not be required to disclose why the adjustment or naturalization application of any class member has been referred to CARRP, and it is

FURTHER ORDERED that the Court's May 10, 2018 Order, Dkt. 183, shall not be modified to lift the "attorney eyes only" restrictions of that Order or to permit class counsel to publish a public notice describing this civil action.

Date: _____       _____
                     UNITED STATES DISTRICT JUDGE

DEFENDANTS' [PROPOSED]
PROTECTIVE ORDER
(Case No. C17-00094RAJ)

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 598-2445