THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**NOTICE OF LODGING OF DECLARATIONS FOR *EX PARTE*, *IN CAMERA* REVIEW** |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, AND TO PLAINTIFFS, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 7, 2019, Defendants lodged two declarations with W. Scooter Slade, Classified Information Security Officer ("CISO"), for requested *ex parte, in camera* review in regard to their opposition to Plaintiffs' Motion to Compel (Dkt. # 221) and in support of Defendants' Cross-Motion for a Protective Order. The lodged declarations are as follows:

(1) Declaration of Jay S. Tabb, Jr., Executive Assistant Director of the National Security Branch of the Federal Bureau of Investigation.

(2) Declaration of Matthew D. Emrich, Associate Director of the Fraud Detection and National Security Directorate, U.S. Citizenship and Immigration Services, Department of Homeland Security.

NOTICE OF LODGING OF DECLARATIONS FOR *EX PARTE*, *IN CAMERA* REVIEW - 1
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

PLEASE TAKE FURTHER NOTICE that on March 8, 2019, Defendants lodged a declaration with Daniel Hartenstine, Classified Information Security Officer, for requested *ex parte, in camera* review in regard to their opposition to Plaintiffs' Motion to Compel (Dkt. # 221) and in support of Defendants' Cross-Motion for a Protective Order.  That lodged declaration is as follows:

(3) Declaration of Matthew C. Allen, Assistant Director, Domestic Operations, Homeland Security Investigations ("HSI"), Department of Homeland Security.

If Defendants' pending motion for *ex parte, in camera* review is granted, CISO Slade will assume responsibility for providing the Court with access to the declarations listed above and will take custody of the declarations for appropriate safekeeping when the Court has completed its review.

Dated: March 8, 2019.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | DANIEL E. BENSING<br>Senior Trial Counsel<br>Federal Programs Branch |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | ANDREW C. BRINKMAN<br>Trial Attorney<br>Office of Immigration Litigation<br><br> /s/ Brendan T. Moore<br>BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| DEREK C. JULIUS<br>Assistant Director<br>Office of Immigration Litigation<br>Civil Division | LINDSAY M. MURPHY<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | |

Counsel for Defendants

NOTICE OF LODGING OF DECLARATIONS FOR *EX PARTE, IN CAMERA* REVIEW - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900