THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

DONALD TRUMP, President of the United States, *et al.*,

Defendants.

No. 2:17-cv-00094-RAJ

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**

**Note on Motion Calendar: March 27, 2019**

The Court's February 27, 2019 Order (Dkt. 223) directed Plaintiffs to file a supplemental brief detailing the fees incurred in preparing and filing their Motion for Sanctions. Plaintiffs request the Court award $73,476.08 for counsel's work on Plaintiffs' Motion for Sanctions. Plaintiffs arrived at this figure using the lodestar method—which carries a strong presumption that the amount requested is a reasonable fee—and is supported by attorney declarations included herewith.

**1. The lodestar method establishes a presumptively reasonable fee.**

To determine whether the requested fees are reasonable, the court applies the lodestar method. *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). The lodestar is determined by multiplying a reasonable hourly rate or rates by the number of hours reasonably expended in the litigation. *Id.* There is a "strong presumption" that the lodestar amount constitutes a "reasonable"

PLAINTIFFS' SUPPLEMENTAL BRIEF ISO
MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

fee. *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 554 (2010); *see also* Dkt. 223 at 10 ("The lodestar figure is presumptively a reasonable fee award."). Thus, "it should only be enhanced or reduced in rare and exceptional cases." *Fischer v. SJB-P.D. Inc.*, 214 F.3d 1115, 1119 n.4 (9th Cir. 2000) (internal quotation marks omitted).

**2. The Court has already determined that counsel's rates are reasonable.**

The Court reviewed the requested rates for Plaintiffs' attorneys and found them reasonable in its Order granting in part Plaintiffs' Motion for Sanctions. *See* Dkt. 223 at 11.

> In reaching that determination, the Court relie[d] on declarations that the rates identified are the normal hourly rates, the experience of Plaintiffs' attorneys, the Declaration of Carol Sobel (Dkt. # 138) to the extent it addresses the rates of attorneys outside of this District, Defendant[s]' lack of stated opposition to the reasonableness of the rates, and on its familiarity with legal fees in the Western District of Washington at the relevant time period.

*Id.*; *see also* Declarations of Carol Sobel (Dkt. 138), Hugh Handeyside (Dkt. 139), Matt Adams (Dkt. 141), Nicholas P. Gellert (Dkt. 142), Sameer Ahmed (Dkt.143), Stacy Tolchin (Dkt. 144), and Trina Realmuto (Dkt. 145) (setting forth the attorneys' skill, experience, and the rate structure employed).

Nothing has changed since the Court's February 27, 2019 Order for the Court to now find the rates unreasonable. In awarding fees related to Plaintiffs' Motion to Compel, this Court applied the 2017 rates for the work that was done in that year. Plaintiffs request that the Court apply the 2018 rates because all of counsel's work in preparing and filing the Motion for Sanctions was completed in 2018. *Cf. Gates v. Deukmejian*, 987 F.2d 1392, 1406 (9th Cir. 1992) ("[D]istrict courts have the discretion to compensate prevailing parties for any delay in the receipt of fees by awarding fees at current rather than historic rates in order to adjust for inflation and loss of the use [of] funds.").

PLAINTIFFS' SUPPLEMENTAL BRIEF ISO
MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

### 3. The time Plaintiffs' counsel spent litigating the motion and the fee award requested are reasonable.

Plaintiffs' counsel collectively spent 132.25 hours to prepare and file the Motion for Sanctions and the reply brief in support of the Motion.[1] The supplemental declarations of Matt Adams, Sameer Ahmed, Nicholas P. Gellert, Hugh Handeyside, Trina Realmuto, and Stacy Tolchin, submitted herewith, attach the documentation of the time spent strategizing, preparing, and filing the Motion for Sanctions. *See Hensle*y, 461 U.S. at 433 (explaining that the party seeking fees bears the burden of documenting the hours expended in the litigation and must submit evidence supporting the fee request.); *Thomas v. Cannon*, No. 3:15-05346 BJR, 2018 WL 1517662, at *1 (W.D. Wash. Mar. 28, 2018) ("As a general rule, the court should defer to the winning lawyer's professional judgment as to how much time he was required to spend on the case." (internal quotation marks omitted)).

Plaintiffs' request $73,476.08 for 132.25 hours of work at hourly rates of $415.36 to $815.62. The requested fee is presumptively reasonable because it is based on the lodestar method. The fee award is also reasonable "in light of the complicated and difficult nature of the case," Dkt. 223 at 11, the complexities related to the relief sought in Plaintiffs' Motion for Sanctions, the parties' thorough briefing, and the effect of the sanctions motion on Defendants' conduct. As the Court observed, it took multiple motions, including the Motion for Sanctions, for Defendants to offer an explanation for their delayed privilege assertions "that passed muster." *Id.* at 9. Despite multiple Court orders directing Defendants to produce discovery, it was not until Defendants' response to the sanctions motion that Defendants articulated "a credible basis for their privilege assertions as to [the Named Plaintiffs] unredacted A-Files . . . ." *Id.*

//

---

[1] Other attorneys at Perkins Coie (besides Nicholas P. Gellert, David Perez, and Laura Hennessey) contributed to Plaintiffs' Motions for Sanctions, but Plaintiffs have elected to not include their work in the request for a fee award relating to the motion. Plaintiffs may seek recovery of fees for such other Perkins Coie attorneys as may be appropriate in the future.

PLAINTIFFS' SUPPLEMENTAL BRIEF ISO
MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

The fee amount represents the sum of the hours and fees claimed in the Supplemental Declarations as follows:

| Timekeeper | 2018 Hourly Rate | Hours Worked | Total |
|---|---|---|---|
| Hugh Handeyside | $676.85 | 5.9 | $3,993.42 |
| Matt Adams | $815.62 | 8.1 | $6,606.52 |
| Nicholas P. Gellert | $630 | 8.1 | $5,103 |
| David Perez | $575 | 20.3 | $11,672 |
| Laura Hennessey | $490 | 73.1 | $35,819 |
| Sameer Ahmed | $600.38 | 8.25 | $4,953.14 |
| Stacy Tolchin | $676.85 | 5.5 | $3,722.68 |
| Trina Realmuto | $815.62 | 0.9 | $734.06 |
| Kristin Macleod-Ball | $415.36 | 2.1 | $872.26 |
| | **TOTAL:** | 132.25 | $73,476.08 |

## 4. Conclusion

Plaintiffs respectfully request the Court award $73,476.08; this figure represents the reasonable attorneys' fees incurred in litigating Plaintiffs' Motion for Sanctions. Plaintiffs further request that this amount, along with the $50,507.92 the Court has already ordered Defendants pay in connection with Plaintiffs' Motion to Compel, *see* Dkt. 223, be paid within 30 days of the Court's order to the Perkins Coie Trust Account.

PLAINTIFFS' SUPPLEMENTAL BRIEF ISO
MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted,

s/ Jennifer Pasquarella
s/ Sameer Ahmed
Jennifer Pasquarella (admitted pro hac vice)
Sameer Ahmed (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org
sahmed@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

DATED: March 13, 2019

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Cristina Sepe
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Cristina Sepe #53609
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
CSepe@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ Emily Chiang
Emily Chiang #50517
**ACLU of Washington Foundation**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Echiang@aclu-wa.org

*Counsel for Plaintiffs*

PLAINTIFFS' SUPPLEMENTAL BRIEF ISO
MOTION FOR SANCTIONS
(No. 2:17-cv-00094-RAJ) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via

the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED this 13th day of March, 2019, at Seattle, Washington.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com