THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 17-cv-00094 RAJ<br><br>**SUPPLEMENTAL DECLARATION OF HUGH HANDEYSIDE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Hugh Handeyside, declare as follows.

1. I am an attorney admitted to practice in New York and Washington, and I am counsel for Plaintiffs in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. My background and experience as an attorney was set forth in the Declaration of Hugh Handeyside in Support of Plaintiffs' Motion for Sanctions (Dkt. 139) and the Declaration of Lee Gelernt in Support of Plaintiffs' Motion for Class Certification (Dkt. 30).

3. I have recorded my time contemporaneously for this matter using the Toggl timekeeping platform. Attached as **Exhibit A** to this declaration is a true and correct copy of my time records for the work performed to prepare and file Plaintiffs' Motion for Sanctions.

SUPPLEMENTAL DECL. OF HUGH HANDEYSIDE
ISO PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

4. As supported by the Declaration of Carol Sobel, my hourly rate for the work performed is $676.85 for 2018, based on my year of graduation and the market rates for Seattle, Washington. *See* Declaration of Carol Sobel in Support of Plaintiffs' Motion for Sanctions (Dkt. 138).

5. Below is a chart that details the attorneys' fees that I am seeking. The total value of my work is $3,993.42.

|  | **Time and Rate** |
|---|---|
| Plaintiffs' Motion for Sanctions | 5.9 hours x $676.85 rate |
| **TOTAL** | $3,993.42 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of March, 2019, at New York, New York.

*s/ Hugh Handeyside*
Hugh Handeyside

SUPPLEMENTAL DECL. OF HUGH HANDEYSIDE
ISO PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED this 13th day of March, 2019, at Seattle, Washington.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE
(No. 17-cv-00094 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

# EXHIBIT A

# Detailed report



2018-01-01  -  2018-12-31
Total  05 h 55 min

| Date | Description | Duration | User |
|---|---|---|---|
| 03-21 | **Confer regarding motion for sanctions** | **0:36:00** | Hugh Handeyside |
|  | CARRP - [AF] | 14:31-15:07 |  |
| 03-26 | **Review and revise draft motion for sanctions** | **0:40:58** | Hugh Handeyside |
|  | CARRP - [AF] | 19:50-20:31 |  |
| 03-26 | **Review and revise draft motion for sanctions** | **0:49:07** | Hugh Handeyside |
|  | CARRP - [AF] | 23:57-00:46 |  |
| 03-28 | **Review and revise draft motion for sanctions; exchange correspondence on same** | **0:27:22** | Hugh Handeyside |
|  | CARRP - [AF] | 10:54-11:21 |  |
| 04-10 | **Review opposition to motion for sanctions; exchange correspondence on same** | **1:32:00** | Hugh Handeyside |
|  | CARRP - [AF] | 14:27-15:59 |  |
| 04-12 | **Review and revise draft reply in support of motion for sanctions** | **1:49:52** | Hugh Handeyside |
|  | CARRP - [AF] | 22:46-00:36 |  |

Created with toggl.com