THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 17-cv-00094 RAJ<br><br>**SUPPLEMENTAL DECLARATION OF MATT ADAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Matt Adams, hereby declare:

1. I am one of the attorneys for Plaintiffs in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereto. I submit this supplemental declaration in support of Plaintiffs' Motion for Sanctions.

2. My background and experience as an attorney was set forth in the Declaration of Matt Adams in Support of Plaintiffs' Motion for Class Certification (Dkt. 31) and Declaration of Matt Adams in Support of Plaintiffs' Motion for Sanctions (Dkt. 141).

3. I have recorded my time contemporaneously for all matters in this case. Attached as **Exhibit A** to this declaration is a true and correct copy of my timesheet for the work performed on Plaintiffs' Motion for Sanctions.

SUPPLEMENTAL DECL. OF MATT ADAMS ISO
PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.35.8000
Fax: 206.359.9000

4. As supported by the Declaration of Carol Sobel, the hourly market rate of work performed was $815.62 in 2018. *See* Declaration of Carol Sobel in Support of Plaintiffs' Motion for Sanctions (Dkt. 138). These rates are within the range of reasonable and customary rates charged by lawyers with similar credentials, experience, expertise, and resources at comparable firms. *See id.*

5. Below is a chart that details the attorneys' fees that I am seeking for my work on Plaintiffs' Motion for Sanctions. The total value of my work is $6,606.52.

|  | **Time and Rate** |
|---|---|
| Plaintiffs' Motion for Sanctions | 8.1 hours x $815.62 rate |
| **TOTAL** | $6,606.52 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2019, at Seattle, Washington.

Matt Adams

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel: (206) 957-8611
Email: matt@nwirp.org

SUPPLEMENTAL DECL. OF MATT ADAMS ISO
PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900

# EXHIBIT A

| ID | Date of Service | Time Spent | Caseworker | Funding Code | Activity Type | Activity Details |
|---|---|---|---|---|---|---|
| #57304 | 04/12/2018 | 0.8 | Matt Adams | 23 NWIRP - general | Case Activity | reviewing & editing reply iso motion for sanctions |
| #56809 | 04/10/2018 | 1.8 | Matt Adams | 23 NWIRP - general | Case Activity | reviewing opp to mx for sanctions, and supporting declarations |
| #56801 | 04/10/2018 | 0.5 | Matt Adams | 23 NWIRP - general | Case Activity | pc re response to ex parte mx and mx for sanctions |
| #56779 | 04/10/2018 | 0.7 | Matt Adams | 23 NWIRP - general | Case Activity | reading defs' opp to sanctions mx + mx for ex parte in camera review |
| #54928 | 03/30/2018 | 1 | Matt Adams | 23 NWIRP - general | Case Activity | call with ACLU, re next steps |
| #54446 | 03/27/2018 | 0.5 | Matt Adams | 23 NWIRP - general | Case Activity | pc re docs needed for sanctions motion |
| #54331 | 03/22/2018 | 1 | Matt Adams | 23 NWIRP - general | Case Activity | finish editing sanctions mx |
| #53366 | 03/21/2018 | 1.8 | Matt Adams | 23 NWIRP - general | Case Activity | editing sanctions mx |