THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al*., on behalf of themselves and others similarly situated,

Plaintiffs,

v.

DONALD TRUMP, President of the United States, *et al*.,

Defendants.

No. 17-cv-00094 RAJ

**SUPPLEMENTAL DECLARATION OF STACY TOLCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**

I, Stacy Tolchin, hereby declare:

1.     I have personal knowledge of the facts stated below and am competent to testify regarding them.

2.     My background and experience as an attorney was set forth in the Declaration of Stacy Tolchin in Support of Plaintiffs' Motion for Class Certification (Dkt. 32) and Declaration of Stacy Tolchin in Support of Plaintiffs' Motion for Sanctions (Dkt. 144).

3.     My office engages in contemporaneous time entries for all our cases.

4.     I reviewed the time records attributed to the *Wagafe* litigation using our "Clicktime" software. I certify that the time records accurately reflect the time I spent on preparing Plaintiffs' Motion for Sanctions. Attached as **Exhibit A** is a copy of my time records for the work associated with Plaintiffs' Motion for Sanctions.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

1

5.      The hourly rate of the work performed is $676.85 for 2018, based on my year of

2   graduation and the market rates for Seattle, Washington. *See* Declaration of Carol Sobel in

3   Support of Plaintiffs' Motion for Sanctions (Dkt. 138).

4

6.      Below is a chart that details the attorneys' fees that I am seeking for my work on

5   Plaintiffs' Motion for Sanctions.  The total value of my work is $ 3,722.68.

6

7

8

|  | Time and Rate |
|---|---|
| Preparing Plaintiffs' Motion for Sanctions | 5.5 hours x $676.85 rate |
| **TOTAL** | $3,722.68 |

9

10

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los

11   Angeles California on March 7, 2019.

12

13

_____

Stacy Tolchin

14

15

16

17

Law Offices of Stacy Tolchin
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Stacy@tolchinimmigration.com

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL DECL. OF STACY TOLCHIN ISO
PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

1

## CERTIFICATE OF SERVICE

2

3        I certify that on the date indicated below, I caused service of the foregoing document via

4    the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

5        DATED this 13th day of March, 2019, at Seattle, Washington.

6

7                                              *s/ Cristina Sepe*
                                        Cristina Sepe, WSBA No. 53609
8                                       Perkins Coie LLP
                                        1201 Third Avenue, Suite 4900
9                                       Seattle, WA 98101-3099
                                        Telephone: 206.359.8000
10                                      Facsimile: 206.359.9000
                                        Email: CSepe@perkinscoie.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 17-cv-00094 RAJ) – 1

EXHIBIT A

| Person | Job | Date | Comment | Hours |
|--------|-----|------|---------|-------|
| Stacy Tolchin | | | | |
| | | 3/7/2018 | call with team re discovery and sanctions motions | 0.70 |
| | | 3/16/2018 | review of motion for oversized draft | 0.20 |
| | | 3/20/2018 | sanctions declaration | 0.70 |
| | | 3/21/2018 | call re motion for sanctions | 0.60 |
| | | 3/21/2018 | review of motion for sanctions | 1.10 |
| | | 3/27/2018 | declaration and fees for motion | 0.50 |
| | | 3/27/2018 | call re motion for sanctions | 0.60 |
| | | 4/10/2018 | review of opp | 0.20 |
| | | 4/10/2018 | call re reply on motions for sanctions | 0.50 |
| | | 4/12/2018 | review of reply | 0.40 |
| | | | | 6.20 |
| | | | **Grand Total** | **5.50** |