THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 17-cv-00094 RAJ<br><br>**SUPPLEMENTAL DECLARATION OF TRINA REALMUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Trina Realmuto, hereby declare:

1. I am one of the attorneys for Plaintiffs in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereto. I submit this supplemental declaration in support of Plaintiffs' Motion for Sanctions.

2. My background and experience as an attorney, as well as my colleague Kristin Macleod-Ball, was set forth in the Declaration of Trina Realmuto in Support of Plaintiffs' Motion for Class Certification (Dkt. 33) and Declaration of Trina Realmuto in Support of Plaintiffs' Motion for Sanctions (Dkt. 145).

3. Ms. Macleod-Ball and I have each recorded our time contemporaneously for this matter. Detailed time records for our work on preparing and filing Plaintiffs' Motion for Sanctions are attached as **Exhibit A**.

SUPPLEMENTAL DECL. OF TRINA REALMUTO
ISO PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.35.8000
Fax:  206.359.9000

1      4.    Based on the relevant market rates, my hourly rate was $815.62 in 2018. Based on the relevant market rates, Ms. Macleod-Ball's hourly rate was $415.36 in 2018. *See* Declaration of Carol Sobel in Support of Plaintiffs' Motion for Sanctions (Dkt. 138). These rates are within the range of reasonable and customary rates charged by lawyers with similar credentials, experience, expertise, and resources at comparable firms. *See id.*

    5.    Below is a chart summarizing our time and hourly rates. The total value of the work amounts to $1,606.32.

|  | **Trina Realmuto** | **Kristin Macleod-Ball** |
|---|---|---|
| Plaintiffs' Motion for Sanctions | 0.9 hours x $815.62 rate | 2.1 hours x $415.36 rate |
|  | $734.06 | $872.26 |

    6.    Based on my experience, I believe that these costs were reasonable and necessary for the litigation effort.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of March, 2019, at Brookline, Massachusetts.

                                              *s/Trina Realmuto*_____
Trina Realmuto
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
Email: trealmuto@immcouncil.org

SUPPLEMENTAL DECL. OF TRINA REALMUTO
ISO PLAINTIFFS' MOTION FOR SANCTIONS
(No. 17-cv-00094 RAJ) – 2

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED this 13th day of March, 2019, at Seattle, Washington.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 17-cv-00094 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.35.8000
Fax: 206.359.9000

# EXHIBIT A

Wagafe Time at AIC

| Date | Timekeeper | Task | Hours |
|---|---|---|---|
| 3/23/2018 | KMB | review mx for sanctions | 0.9 |
| 3/26/2018 | TR | review motions for sanctions | 0.8 |
| 3/27/2018 | KMB | work on declaration and records for mx for sanctions | 1 |
| 3/27/2018 | TR | review dec and records for motion for sanctions | 0.1 |
| 4/13/2018 | KMB | review reply ISO mx for sanctions | 0.2 |