Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*,

    Plaintiff(s),

v.

DONALD TRUMP, *et al.*,

    Defendant(s).

No. C17-94 RAJ

ORDER SETTING AMENDED TRIAL DATE AND RELATED DATES

THE COURT, having considered the parties' Stipulated Motion for Entry of Amended Case Schedule, being fully advised and finding good cause, now hereby ORDERS that the parties' stipulated motion (Dkt. #264) is GRANTED. The previously scheduled trial of this case and pretrial deadlines are amended as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | **MARCH 2, 2020** |
| Length of Trial | 5 days |
| Deadline to Complete Discovery (other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | July 26, 2019 |
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) | September 6, 2019 |
| Deadline for Depositions (other than of experts) | September 20, 2019 |

| | | |
|---|---|---|
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) | | September 27, 2019 |
| Deadline to Complete Expert Discovery (including all expert depositions) | | October 21, 2019 |
| All dispositive motions to be filed on or before November 18, 2019, and noted for December 20, 2019 | | November 18, 2019 |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter pursuant to LCR7(d)(4) | | January 20, 2020 |
| Agreed Pretrial Order due | | January 31, 2020 |
| Pretrial conference | | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | | February 10, 2020 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.** Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COUNSEL ARE DIRECTED TO REVIEW JUDGE JONES' CHAMBERS PROCEDURES at** http://www.wawd.uscourts.gov/judges/jones-procedures. **Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.**

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

///

## ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alterations to the Filing Procedures apply in all cases pending before Judge Jones:

1. **Mandatory chambers copies are required for <u>all</u> e-filed motions, responses, replies, and surreplies, and <u>all</u> supporting documentation relating to motions, regardless of page length.**

The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement does not apply to pleadings filed under seal.

2. Searchable PDFs: All documents filed electronically must be submitted in PDF format to permit text searches and to facilitate transmission and retrieval. Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format. These documents may not be scanned.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible. Counsel and the parties are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1.

**SETTLEMENT**

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov. An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED: April 25, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge