HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, et al.,

Plaintiffs,

v.

DONALD TRUMP, et al.,

Defendants.

CASE NO. C17-94 RAJ

ORDER

This matter comes before the Court on Plaintiffs' Motion to Seal. Dkt. # 240. Plaintiff seeks to file under seal unredacted versions of Plaintiffs' Reply in Support of Motion to Compel and Opposition to Defendants' Cross-Motion for a Protective Order ("Reply") and Exhibits C-K attached to the Declaration of Sameer Ahmed in support of the Reply ("Ahmed Declaration"). *See* Dkt. ## 244-53. Defendants have responded to Plaintiffs' Motion. Dkt. # 256. For the reasons stated below, the Court **GRANTS** Plaintiffs' Motion to Seal.

**I. DISCUSSION**

"There is a strong presumption of public access to the court's files." Western District of Washington Local Civil Rule ("LCR") 5(g). "Only in rare circumstances should a party file a motion, opposition, or reply under seal." LCR 5(g)(5). Normally the

moving party must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary."  LCR 5(g)(3)(B).

However, where parties have entered a stipulated protective order governing the exchange in discovery of documents that a party deems confidential, "a party wishing to file a confidential document it obtained from another party in discovery may file a motion to seal but need not satisfy subpart (3)(B) above.  Instead, the party who designated the document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion."  LCR 5(g)(3).  A "good cause" showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions.  *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal citations omitted).  For dispositive motions, the presumption may be overcome by demonstrating "compelling reasons."  *Id.*; *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1135-36 (9th Cir. 2003).

Plaintiffs move to seal to requested documents on two different bases.  First, Plaintiffs move to seal Exhibits C-E of the Ahmed Declaration (Dkt. ## 245-47), because Defendants have designated these documents as "Confidential" under the parties' protective order.  Dkt. # 240 at 3.  Plaintiffs apparently take no position on the appropriateness of keeping these documents under seal.  Defendants have responded, and argue that these documents contain "sensitive but unclassified information" about the "investigative techniques used by USCIS officers to maintain the integrity of the legal immigration system and combat fraud, criminal activity, and other threats to public safety and national security."  Dkt. # 256 at 3.  Defendants argue, with supporting declarations, that the public release of these exhibits could cause injury by allowing individuals to modify their behavior to avoid detection by authorities.  *Id*.  The Court agrees that Defendants' showing, at this point, provides good cause for keeping this limited subset of documents under seal.  Accordingly, Defendants have met their burden to provide a

"specific statement" articulating why these documents should be kept under seal. LCR 5(g)(3). The Court **GRANTS** Plaintiffs' Motion as to Exhibits C-E.

As to the other documents, the Court finds that Plaintiffs have made the requisite showing to support maintaining these documents under seal. Plaintiffs argue that these documents, which comprise Exhibits F-K (Dkt. ## 248-53), contain sensitive personal information that cannot be redacted, and the public release of which could cause harm. Dkt. # 240 at 3. The Court agrees, and **GRANTS** Plaintiffs' Motion with respect to Exhibits F-K.

## II. CONCLUSION

For the reasons stated above, the Court **GRANTS** Plaintiffs' Motion to Seal. Dkt. # 240. Plaintiffs may retain the unredacted versions of Plaintiff's Reply to their Motion to Compel and Opposition to Defendants' Cross-Motion (Dkt. # 244), and Exhibits C-K to the Ahmed Declaration (Dkt. ## 245-53), under seal.

Dated this 28th day of May, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge