The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | CASE NO. C17-00094-RAJ <br><br> **STIPULATION FOR ORDER PROVISIONALLY EXTENDING DEADLINES; ORDER THEREON** |

WHEREAS on July 9, 2019, the Court entered an order requiring, among other things, that (1) defendants re-redact and produce named plaintiff A-files so as to disclose "why information" originating solely from within U.S. Citizenship and Immigration Services (USCIS); and (2) the parties meet and confer in an effort to reach agreement on the production of a set of unnamed plaintiff A-files smaller in number than the number originally requested by plaintiffs; and

WHEREAS since the July 9, 2019, order, the parties have met and conferred on three occasions to discuss a variety of issues, including defendants' production of a limited set of A-files of unnamed plaintiffs, logistical problems associated with the production of re-redacted A-files of named plaintiffs, and the impact of those two tasks on the existing case schedule; and

STIPULATION FOR ORDER PROVISIONALLY EXTENDING
DEADLINES; ORDER THEREON - 1
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

WHEREAS the parties are negotiating a proposal to be submitted to the Court for a global extension of the deadlines that will adjust the case schedule to allow defendants to process and plaintiffs to receive the re-redacted named plaintiff A-files that the Court has required defendants to produce and the unnamed plaintiff A-files that defendants have agreed in principle to produce; and

WHEREAS the parties anticipate that they will submit a formal proposal for the Court to consider in the next several days, but the formal proposal has not been finalized at the time this stipulation was filed; and

WHEREAS, in the meantime, defendants' deadline to produce the A-files of named plaintiffs has expired and the deadline to complete written discovery expires on July 26, 2019 under the existing case schedule; and

WHEREAS the parties stipulate and agree, and jointly request that those deadlines be extended until August 2, 2019, so that the parties may submit, and the Court may consider and rule upon, the anticipated stipulated proposal from the parties to globally address issues arising under the existing case schedule in light of the time needed to process the A-files that will be produced by defendants, as well as address other issues necessary to bring discovery to a close.

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

1. The time within which defendants shall be required to produce A-files of named plaintiffs, re-redacted as set forth in the Court's July 9, 2019 order (Dkt. # 274) shall be extended to August 2, 2019; and

///
///
///
///
///
///
///

STIPULATION FOR ORDER PROVISIONALLY EXTENDING
DEADLINES; ORDER THEREON - 2
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

2. The deadline to complete written discovery as set forth in the Court's April 25, 2019 order (Dkt. # 265) is extended from July 26, 2019 to August 2, 2019.

**SO STIPULATED.**

DATED this 24th day of July, 2019.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

AUGUST FLENTJE
Special Counsel
Civil Division

ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
Civil Division

BRIAN T. MORAN
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington

LEON B. TARANTO
Trial Attorney
Torts Branch
Civil Division

BRIGHAM J. BOWEN
Senior Trial Counsel
Federal Programs Branch

ANDREW C. BRINKMAN
Senior Counsel for National Security
Office of Immigration Litigation

LINDSAY M. MURPHY
Senior Counsel for National Security
Office of Immigration Litigation

BRENDAN T. MOORE
Trial Attorney
Office of Immigration Litigation

JESSE L. BUSEN
Trial Attorney
Office of Immigration Litigation

VICTORIA BRAGA
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*

///
///
///
///
///

STIPULATION FOR ORDER PROVISIONALLY EXTENDING
DEADLINES; ORDER THEREON - 3
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED this 24th day of July, 2019.

| | |
|---|---|
| *s/ Jennifer Pasquarella*<br>*s/ Sameer Ahmed*<br>Jennifer Pasquarella (admitted pro hac vice)<br>Sameer Ahmed (admitted pro hac vice)<br>ACLU Foundation of Southern California<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5236<br>jpasquarella@aclusocal.org<br>sahmed@aclusocal.org | *s/ Harry H. Schneider, Jr.*<br>*s/ Nicholas P. Gellert*<br>*s/ David A. Perez*<br>*s/ Cristina Sepe*<br>Harry H. Schneider, Jr. #9404<br>Nicholas P. Gellert #18041<br>David A. Perez #43959<br>Cristina Sepe #53609<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>HSchneider@perkinscoie.com<br>NGellert@perkinscoie.com<br>DPerez@perkinscoie.com<br>CSepe@perkinscoie.com |
| *s/ Matt Adams*<br>Matt Adams #28287<br>**Northwest Immigrant Rights Project**<br>615 Second Ave., Ste. 400<br>Seattle, WA 98122<br>Telephone: (206) 957-8611<br>matt@nwirp.org | *s/ Trina Realmuto*<br>*s/ Kristin Macleod-Ball*<br>Trina Realmuto (admitted pro hac vice)<br>Kristin Macleod-Ball (admitted pro hac vice)<br>**American Immigration Council**<br>100 Summer St., 23rd Fl.<br>Boston, MA 02110<br>Telephone: (857) 305-3600<br>trealmuto@immcouncil.org<br>kmacleod-ball@immcouncil.org |
| *s/ Stacy Tolchin*<br>Stacy Tolchin (admitted pro hac vice)<br>**Law Offices of Stacy Tolchin**<br>634 S. Spring St. Suite 500A<br>Los Angeles, CA 90014<br>Telephone: (213) 622-7450<br>Stacy@tolchinimmigration.com | |
| *s/ Hugh Handeyside*<br>*s/ Lee Gelernt*<br>*s/ Hina Shamsi*<br>Hugh Handeyside #39792<br>Lee Gelernt (admitted pro hac vice)<br>Hina Shamsi (admitted pro hac vice)<br>**American Civil Liberties Union Foundation**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 549-2616<br>lgelernt@aclu.org<br>hhandeyside@aclu.org<br>hshamsi@aclu.org | *s/ Emily Chiang*<br>Emily Chiang #50517<br>**ACLU of Washington Foundation**<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Telephone: (206) 624-2184<br>Echiang@aclu-wa.org<br><br>*Counsel for Plaintiffs* |

///

///

///

STIPULATION FOR ORDER PROVISIONALLY EXTENDING DEADLINES; ORDER THEREON - 4
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of July, 2019.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER PROVISIONALLY EXTENDING DEADLINES; ORDER THEREON - 5
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Crissy Leininger*
CRISSY LEININGER
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: christine.leininger@usdoj.gov

STIPULATION FOR ORDER PROVISIONALLY EXTENDING DEADLINES; ORDER THEREON - 6
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900