THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ABDIQAFAR WAGAFE, *et al.*, on behalf
of themselves and others similarly situated,

        Plaintiffs,

    v.

DONALD TRUMP, President of the
United States, *et al.*,

        Defendants.

No. 2:17-cv-00094-RAJ

**NOTICE TO WITHDRAW AS COUNSEL**

Pursuant to LCR. 83(b)(2), Sameer Ahmed hereby notifies the parties and the Court of his intent

to withdraw as counsel for Plaintiffs.  Plaintiffs will remain represented by Jennifer Pasquarella

of the ACLU FOUNDATION OF SOUTHERN CALIFORNIA.

Date*: 7/31/2019*

s/ *Sameer Ahmed*

Jennifer Pasquarella (admitted pro hac vice)
Sameer Ahmed (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org
sahmed@aclusocal.org

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically sends notice of such filing to all counsel of record.

.

DATED this 31st day of July, 2019

s/   *Sameer Ahmed*

Jennifer Pasquarella (admitted pro hac vice)
Sameer Ahmed (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org
sahmed@aclusocal.org