The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | CASE NO. C17-00094-RAJ <br><br> **STIPULATION FOR ORDER REVISING CASE SCHEDULE; ORDER THEREON** |

   WHEREAS on July 9, 2019, the Court entered an order requiring, among other things, that (1) defendants re-redact and produce named plaintiff A-files so as to disclose "why information" originating solely from within U.S. Citizenship and Immigration Services (USCIS); and (2) the parties meet and confer in an effort to reach agreement on the production of a set of unnamed plaintiff A-files smaller in number than the number originally requested by plaintiffs; and

   WHEREAS since the July 9, 2019, order, the parties have met and conferred on three occasions to discuss a variety of issues, including defendants' production of a limited set of A-files of unnamed plaintiffs, logistical problems associated with the production of re-redacted A-files of named plaintiffs, and the impact of those two tasks on the existing case schedule; and

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 1
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

WHEREAS in the meet and confer process, the parties each identified multiple issues that have arisen under the existing case schedule, mostly associated with the speed and timing of the production of relevant discovery, as well as the impact of that timing on their respective abilities to respond to other outstanding discovery, including, but not limited to, the timing of depositions, identification of expert witnesses, and the production of supplemental discovery responses; and

WHEREAS, the parties have negotiated a proposal, set out below, to adjust the case schedule to, among other things, allow defendants to process, and plaintiffs to receive, the re-redacted named plaintiff A-files that the Court has required defendants to produce, the unnamed plaintiff A-files that defendants have agreed in principle to produce, to enable outstanding discovery to be completed and to allow limited discovery to take place going forward, and to establish a deadline for the filing of a certified administrative record with the Court; and

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court, and have been endeavoring to comply, but jointly believe there is good cause for a modification of the case schedule because of the necessities of the case, as summarized above,

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on April 25, 2019, shall be modified as follows:

| | |
|---|---|
| BENCH TRIAL DATE: | To be set by the Court |
| Length of Trial | 5 days |
| Deadline to file Administrative Record and/or Motion to file Administrative Record Under Seal | September 10, 2019 |
| Deadline to Complete Discovery (other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | September 27, 2019 |
| Deadline to File Discovery-Related Motions | October 18, 2019 |
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) | November 29, 2019 |
| Deadline for Depositions (other than of experts) | December 13, 2019 |

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 2
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

| | |
|---|---|
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) Due | January 10, 2020 |
| Deadline to Complete Expert Discovery (including all expert depositions) | February 3, 2020 |
| All dispositive motions must be filed on or before March 2, 2020, and noted for March 27, 2020 | March 2, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | May 4, 2020 |
| Agreed Pretrial Order due | May 15, 2020 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | May 22, 2020 |

**SO STIPULATED.**

DATED:  August 2, 2019.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

AUGUST FLENTJE
Special Counsel
Civil Division

ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
Civil Division

BRIAN T. MORAN
United States Attorney

*s/ Brian Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington

LEON B. TARANTO
Trial Attorney
Torts Branch
Civil Division

BRIGHAM J. BOWEN
Senior Trial Counsel
Federal Programs Branch

ANDREW C. BRINKMAN
Senior Counsel for National Security
Office of Immigration Litigation

LINDSAY M. MURPHY
Senior Counsel for National Security
Office of Immigration Litigation

BRENDAN T. MOORE
Trial Attorney
Office of Immigration Litigation

JESSE L. BUSEN
Trial Attorney
Office of Immigration Litigation

VICTORIA BRAGA
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 3
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED:  August 2, 2019.

| | |
|---|---|
| *s/ Jennifer Pasquarella* <br> Jennifer Pasquarella (admitted pro hac vice) <br> ACLU Foundation of Southern California <br> 1313 W. 8th Street <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-5236 <br> jpasquarella@aclusocal.org | *s/ Harry H. Schneider, Jr.* <br> *s/ Nicholas P. Gellert* <br> s/ David A. Perez <br> *s/ Cristina Sepe* <br> Harry H. Schneider, Jr. #9404 <br> Nicholas P. Gellert #18041 <br> David A. Perez #43959 <br> Cristina Sepe #53609 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206.359.8000 <br> HSchneider@perkinscoie.com <br> NGellert@perkinscoie.com <br> DPerez@perkinscoie.com <br> CSepe@perkinscoie.com |
| *s/ Matt Adams* <br> Matt Adams #28287 <br> **Northwest Immigrant Rights Project** <br> 615 Second Ave., Ste. 400 <br> Seattle, WA 98122 <br> Telephone: (206) 957-8611 <br> matt@nwirp.org | |
| *s/ Stacy Tolchin* <br> Stacy Tolchin (admitted pro hac vice) <br> **Law Offices of Stacy Tolchin** <br> 634 S. Spring St. Suite 500A <br> Los Angeles, CA 90014 <br> Telephone: (213) 622-7450 <br> Stacy@tolchinimmigration.com | *s/ Trina Realmuto* <br> *s/ Kristin Macleod-Ball* <br> Trina Realmuto (admitted pro hac vice) <br> Kristin Macleod-Ball (admitted pro hac vice) <br> **American Immigration Council** <br> 1318 Beacon St., Ste. 18 <br> Brookline, MA 03446 <br> Telephone: (857) 305-3600 <br> trealmuto@immcouncil.org <br> kmacleod-ball@immcouncil.org |
| *s/ Hugh Handeyside* <br> *s/ Lee Gelernt* <br> *s/ Hina Shamsi* <br> Hugh Handeyside #39792 <br> Lee Gelernt (admitted pro hac vice) <br> Hina Shamsi (admitted pro hac vice) <br> **American Civil Liberties Union Foundation** <br> 125 Broad Street <br> New York, NY 10004 <br> Telephone: (212) 549-2616 <br> lgelernt@aclu.org <br> hhandeyside@aclu.org <br> hshamsi@aclu.org | *s/ Emily Chiang* <br> Emily Chiang #50517 <br> **ACLU of Washington Foundation** <br> 901 Fifth Avenue, Suite 630 <br> Seattle, WA 98164 <br> Telephone: (206) 624-2184 <br> Echiang@aclu-wa.org |
| | *Counsel for Plaintiffs* |

///

///

///

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 4
(Case No. C17-00094-RAJ)

**ORDER**

IT IS SO ORDERED.

DATED this \_\_\_\_ day of August, 2019.

RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 5
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Crissy Leininger*
CRISSY LEININGER
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone: (206) 553-7970
E-mail: christine.leininger@usdoj.gov

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 6
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900