The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | CASE NO. C17-00094-RAJ <br><br> ORDER CONTINUING TRIAL DATE AND REVISING CASE SCHEDULE |

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Continue the Trial Date and Revise the Case Schedule. Having considered the stipulated motion, and the files and pleadings herein, and finding good cause, the Court GRANTS the motion (Dkt. #279) and sets the following revised case schedule:

| | |
|---|---|
| **BENCH TRIAL DATE:** | **JUNE 15, 2020** |
| Length of Trial | 5 days |
| Deadline to file Administrative Record and/or Motion to file Administrative Record Under Seal | September 10, 2019 |
| Deadline to Complete Discovery (other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | September 27, 2019 |
| Deadline to File Discovery-Related Motions | October 18, 2019 |

ORDER CONTINUING TRIAL DATE
AND REVISING CASE SCHEDULE - 1
(Case No. C17-00094-RAJ)

| | |
|---|---|
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) | November 29, 2019 |
| Deadline for Depositions (other than of experts) | December 13, 2019 |
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) Due | January 10, 2020 |
| Deadline to Complete Expert Discovery (including all expert depositions) | February 3, 2020 |
| All dispositive motions must be filed on or before March 2, 2020, and noted for March 27, 2020 | March 2, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | May 4, 2020 |
| Agreed Pretrial Order due | May 15, 2020 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | May 22, 2020 |

DATED this 9th day of August, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND REVISING CASE SCHEDULE - 2
(Case No. C17-00094-RAJ)