The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. C17-00094-RAJ<br><br>**DECLARATION OF BRIAN C. KIPNIS REGARDING CERTIFICATION OF FULFILLMENT OF MEET AND CONFER REQUIREMENT RE: MOTION FOR ORDER AUTHORIZING PORTION OF ADMINISTRATIVE RECORD TO BE FILED UNDER SEAL [LCR 5(g)(3)(A)]** |

I, Brian C. Kipnis do declare and say:

1. I am a duly appointed Assistant United States Attorney (AUSA) for the Western District of Washington and I have served as an AUSA in this District and in the Central District of California for in excess of thirty years. I am one of the attorneys assigned to represent the defendants in this action.

2. I hereby certify that the parties have met and conferred as required by LCR 5(g)(3)(A) of the Local Rules of the United States District Court for the Western District of Washington before this motion was filed. The topics specified in the local rule were discussed, including, the need to

DECLARATION OF BRIAN C. KIPNIS REGARDING CERTIFICATION OF FULFILLMENT OF MEET AND CONFER REQUIREMENT RE: MOTION FOR ORDER AUTHORIZING PORTION OF ADMINISTRATIVE RECORD TO BE FILED UNDER SEAL [LCR 5(g)(3)(A)] - 1
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Following this discussion, the undersigned and Ms. Sepe agreed that a stipulated motion was the appropriate means for proceeding in regards to the sealing of a portion of the certified administrative record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of September 2019 at Seattle, Washington.

_____
BRIAN C. KIPNIS

DECLARATION OF BRIAN C. KIPNIS REGARDING CERTIFICATION OF FULFILLMENT OF MEET AND CONFER REQUIREMENT RE: MOTION FOR ORDER AUTHORIZING PORTION OF ADMINISTRATIVE RECORD TO BE FILED UNDER SEAL [LCR 5(g)(3)(A)] - 2
(Case No. C17-00094-RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900