1

2

The Honorable Richard A. Jones

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
9                           AT SEATTLE

10

11   ABDIQAFAR WAGAFE, *et al.*, on behalf of          CASE NO.  C17-00094RAJ
     himself and other similarly situated,
12                                                      **STIPULATION FOR ORDER**
                              Plaintiffs,               **REVISING CASE SCHEDULE;**
13                                                      **ORDER THEREON**
              v.
14
     DONALD TRUMP, President of the United
15   States, *et al.*,

16                            Defendants.

17

18        WHEREAS on July 9, 2019, the Court entered an order requiring, among other things, that

19   (1) defendants reproduce the A-files of the five named plaintiffs so as to disclose any "why

20   information" originating solely from within U.S. Citizenship and Immigration Services (USCIS);

21   and (2) the parties meet and confer regarding the production of a random sample of additional class

22   member A-files; and

23        WHEREAS the parties have met and conferred and agreed that defendants will produce a

24   random sample of four additional plaintiff A-files; and

25        WHEREAS defendants have identified issues associated with the speed and timing of the

26   production of documents ordered by the Court on July 9, 2019, which includes documents requiring

27   third-party agency review; as well as with the impact that the production of such documents has had

28

STIPULATION FOR ORDER REVISING CASE SCHEDULE;                    UNITED STATES DEPARTMENT OF JUSTICE
ORDER THEREON - 1                                             CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
(Case No. C17-00094RAJ)                                              Ben Franklin Station, P.O. Box 878
                                                                        Washington, D.C. 20044
                                                                          (202) 616-4900

on the speed and timing of the production of other outstanding document discovery necessitating third-party agency review; and

WHEREAS the parties understand that speed and timing of the production of these categories of document discovery will impact the parties' respective abilities to respond to other outstanding discovery, including, but not limited to, the timing of depositions, identification of expert witnesses and the production of supplemental discovery responses; and

WHEREAS, the parties have negotiated a proposal, set out below, to adjust the case schedule to, among other things, allow defendants to process, and plaintiffs to receive, the four randomly-selected A-files that defendants have agreed to produce and several hundred additional responsive documents currently undergoing review by third-party agencies; and

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court, and have been endeavoring to comply, but jointly believe there is good cause for a modification of the case schedule because of the necessities of the case, as summarized above,

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on August 9, 2019, shall be modified as follows:

| | |
|---|---|
| BENCH TRIAL DATE: | To be set by the Court |
| Length of Trial | 5 days |
| Deadline to Complete Discovery (other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | November 29, 2019 |
| Deadline to File Discovery-Related Motions | December 20, 2019 |
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2) | January 31, 2020 |
| Deadline for Depositions (other than of experts) | February 14, 2020 |
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2) Due | March 13, 2020 |
| Deadline to Complete Expert Discovery (including all expert depositions) | April 6, 2020 |

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 2
(Case No. C17-00094RAJ)

| | | |
|---|---|---|
| 1 | All dispositive motions must be filed on or before May 11, 2020, and noted, pursuant to LCR7(d)(3), for no later than June 5, 2020 | May 11, 2020 |
| 2 | | |
| 3 | All motions in limine must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | July 13, 2020 |
| 4 | | |
| 5 | Agreed Pretrial Order due | July 24, 2020 |
| 6 | Pretrial conference | To be set by the Court |
| 7 | Trial briefs, deposition designations, and trial exhibits due | July 31, 2020 |

**SO STIPULATED.**

DATED:  September 25, 2019.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

AUGUST FLENTJE
Special Counsel
Civil Division

ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
Civil Division

BRIAN T. MORAN
United States Attorney

*/s/ Victoria M. Braga*
VICTORIA M. BRAGA
Trial Attorney
Office of Immigration Litigation

LEON B. TARANTO
Trial Attorney
Torts Branch
Civil Division

BRIGHAM J. BOWEN
Senior Trial Counsel
Federal Programs Branch

ANDREW C. BRINKMAN
Senior Counsel for National Security
Office of Immigration Litigation

LINDSAY M. MURPHY
Senior Counsel for National Security
Office of Immigration Litigation

BRENDAN T. MOORE
Trial Attorney
Office of Immigration Litigation

JESSE L. BUSEN
Trial Attorney
Office of Immigration Litigation

MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation

BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington

*Counsel for Defendants*

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 3
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED:  September 25, 2019.

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Cristina Sepe
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Cristina Sepe #53609
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
CSepe@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon St., Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ Emily Chiang
Emily Chiang #50517
**ACLU of Washington Foundation**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Echiang@aclu-wa.org

*Counsel for Plaintiffs*

///

///

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1

**ORDER**

2     IT IS SO ORDERED.

3     DATED:  September ____, 2019.

4

5

6                 _____
RICHARD A. JONES
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

*/s/ Victoria M. Braga*
VICTORIA M. BRAGA
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-5573
E-mail: Victoria.M.Braga@usdoj.gov

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 6
(Case No. C17-00094RAJ)