The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated,*<br><br>                              Plaintiffs,<br><br>          v.<br><br>DONALD TRUMP, President of the United States, *et al.,*<br><br>                              Defendants. | CASE NO.  C17-00094-RAJ<br><br>ADMINISTRATIVE RECORD |

ADMINISTRATIVE RECORD - 1
(Case No. C17-00094-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970