The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.,* <br><br> Defendants. | No. 2:17-cv-00094-RAJ <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' INTERROGATORY RESPONSES AND TO CHALLENGE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS AND OBJECTIONS <br><br> NOTE ON MOTION CALENDAR: <br> NOVEMBER 8, 2019 |

THE COURT, having considered Defendants' Motion to Compel Plaintiffs' Interrogatory Responses and to Challenge the Sufficiency of Plaintiffs' Answers and Objections to Defendants' Request for Admission, now hereby

ORDERS that Defendants' motion is hereby GRANTED; and further

ORDERS that, Plaintiffs shall respond to Defendants' Interrogatories No. 1 and 2 as served upon them by Defendants within 14 days of the date of this Order; and further

ORDERS that, Plaintiffs' objections to Defendants' Requests for Production are overruled, and Plaintiffs are required to provide amended responses to Defendants' Request for Production within 14 days of the date of this Order.

DATED this _____ day of _____, 2018.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brendan T. Moore_____
Brendan T. Moore
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice