THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States; *et al.*,<br><br>Defendants. | No. 2:17-CV-00094-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS 1–25 |

This matter came before the Court on Plaintiffs' Motion to Seal Exhibits 1–25 attached to the Declaration of Cristina Sepe in Support of Plaintiffs' Motion to Compel. Upon reviewing the papers submitted by the parties, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion to Seal is GRANTED.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2019.

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL
(No. 2:17-cv-00094-RAJ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000