The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, et al., on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, et al.,<br><br>Defendants. | CASE NO.  C17-00094-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND REVISING CASE SCHEDULE |

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Continue the Trial Date and Revise the Case Schedule.  Having considered the stipulated motion, and the files and pleadings herein, having heard argument of counsel on this date, and finding good cause, the Court GRANTS the stipulated motion (Dkt. #285) and sets the following revised case schedule:

| | |
|---|---|
| **BENCH TRIAL DATE:** | **AUGUST 17, 2020** |
| Length of Trial: | 5 days |
| Deadline to Complete Discovery:<br>(other than expert discovery and all depositions), which extension does not authorize new written discovery requests (other than requests to admit) or subpoenas for document production | November 29, 2019 |

ORDER CONTINUING TRIAL DATE
AND REVISING CASE SCHEDULE - 1
(Case No. C17-00094-RAJ)

| | |
|---|---|
| Deadline to File Discovery-Related Motions: | December 20, 2019 |
| Expert Witness Disclosures/Reports Under FRCP 26(a)(2): | January 31, 2020 |
| Deadline for Depositions (other than of experts): | February 14, 2020 |
| Responsive Expert Witness Disclosure/ Reports Under FRCP 26(a)(2): | March 13, 2020 |
| Deadline to Complete Expert Discovery: (including all expert depositions) | April 6, 2020 |
| All dispositive motions must be filed on or before and noted, pursuant to LCR7(d)(3), for no later than June 5, 2020 | May 11, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than three Fridays thereafter pursuant to LCR7(d)(4) | July 13, 2020 |
| Agreed Pretrial Order due: | July 24, 2020 |
| Pretrial conference: | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due: | July 31, 2020 |

DATED this 24th day of October, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND REVISING CASE SCHEDULE - 2
(Case No. C17-00094-RAJ)