Judge Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. C17-00094-RAJ<br><br>**NOTICE OF SUBMISSION OF TWENTY-FIVE DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT** |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, AND TO PLAINTIFFS, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 24, 2019, the Court issued a minute order (Dkt. # 297) that provides, in pertinent part:

> No later than 11/1/2019, Defendant shall submit to the Court the 25 documents at issue in the pending motion to compel in unredacted form for in camera review.

Accordingly, the following twenty-five documents in unredacted from are hereby submitted

///

///

NOTICE OF SUBMISSION OF TWENTY-FIVE DOCUMENTS FOR
*IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 1
(Case No. C17-00094-RAJ)

to the Court for *in camera* review:

1. DEF-0094536
2. DEF-0094351
3. DEF-00095125
4. DEF-0094804
5. DEF-00095597
6. DEF-0094630
7. DEF-00095871
8. DEF-00095963
9. DEF-0094235
10. DEF-0094269
11. DEF-0094275
12. DEF-0094295
13. DEF-0094974
14. DEF-00095760
15. DEF-0094994
16. DEF-0094545
17. DEF-00095123
18. DEF-00095124
19. DEF-0094271
20. DEF-00096101

///
///
///
///
///

NOTICE OF SUBMISSION OF TWENTY-FIVE DOCUMENTS FOR
*IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 2
(Case No. C17-00094-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

| | | |
|---|---|---|
| 21. | DEF-00095009 | |
| 22. | DEF-0094260 | |
| 23. | DEF-00096058 | |
| 24. | DEF-00095055 | |
| 25. | DEF-00095077 | |

Dated:  November 1, 2019.

                Respectfully Submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | VICTORIA BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |
| ETHAN B. KANTER<br>National Security Unit<br>Office of Immigration Litigation<br>Civil Division | ANDREW C. BRINKMAN<br>Trial Attorney<br>Office of Immigration Litigation |
| DEREK C. JULIUS<br>Assistant Director<br>Office of Immigration Litigation<br>Civil Division | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | LINDSAY M. MURPHY<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| /s/ *Brian C. Kipnis*<br>BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | JESSE L. BUSEN<br>Trial Attorney<br>Office of Immigration Litigation |

*Counsel for Defendants*

NOTICE OF SUBMISSION OF TWENTY-FIVE DOCUMENTS FOR
*IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 3
(Case No. C17-00094-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

Case 2:17-cv-00094-RAJ   Document 300   Filed 11/01/19   Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      *s/ Crissy Leininger*
      CRISSY LEININGER
      Paralegal Specialist
      United States Attorney's Office
      700 Stewart Street, Suite 5220
      Seattle, Washington 98101-1271
      Phone: (206) 553-7970
      E-mail: christine.leininger@usdoj.gov

NOTICE OF SUBMISSION OF TWENTY-FIVE DOCUMENTS FOR *IN CAMERA* REVIEW AT THE DIRECTION OF THE COURT - 4
(Case No. C17-00094-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970