The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**STIPULATION FOR ORDER REVISING CASE SCHEDULE; ORDER THEREON** |

WHEREAS the parties require additional time to address discovery disputes and narrow or eliminate the issues or documents that might be the subject of discovery-related motions in light of the winter holidays; and

WHEREAS the parties have identified issues associated with the timing of the filing of expert witness disclosures and reports; and

WHEREAS the parties are cognizant of the prior extensions of the case schedule and do not wish to disturb the deadlines for dispositive motions or the trial date; and

WHEREAS, the parties have met and conferred and negotiated a proposal, set out below, only to adjust the case schedule to allow the parties adequate time to file discovery-related motions

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 1
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

and expert witness disclosures and reports but without disturbing the deadlines for dispositive motions or the trial date; and

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court, and have been endeavoring to comply, but jointly believe there is good cause for a modification of the case schedule because of the necessities of the case, as summarized above,

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on October 24, 2019 (Dkt. #298), shall be modified as follows:

(1)  The deadline to file discovery-related motions shall be extended from December 20, 2019 to January 2, 2020.  Discovery-related motions, including any motions regarding plaintiffs' class notice, shall be noted for January 17, 2020.

(2)  The deadline to serve expert witness disclosures/reports pursuant to FRCP 26(a)(2) shall be extended from January 31, 2020 to February 28, 2020, except that the parties shall make disclosure by January 31, 2020, of the number of experts to be disclosed, the field of expertise of each such expert witness, and a summary of the subject matter of that expert witness' disclosure/report and expected testimony.

(3)  The deadline to serve responsive expert witness disclosures/reports pursuant to FRCP 26(a)(2) shall be extended from March 13, 2020 to March 28, 2020.

(4)  All other deadlines set forth in the Court's October 24, 2019 order (Dkt. #298) shall remain in effect.

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED:  December 17, 2019.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| LEON B. TARANTO<br>Trial Attorney<br>Torts Branch<br>Civil Division | /s/ *Jesse Busen*<br>JESSE BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation |
| | *Counsel for Defendants* |

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 3
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED:  December 17, 2019.

| | |
|---|---|
| s/ Jennifer Pasquarella<br>Jennifer Pasquarella (admitted pro hac vice)<br>**ACLU Foundation of Southern California**<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5236<br>jpasquarella@aclusocal.org<br><br>s/ Matt Adams<br>Matt Adams #28287<br>**Northwest Immigrant Rights Project**<br>615 Second Ave., Ste. 400<br>Seattle, WA 98122<br>Telephone: (206) 957-8611<br>matt@nwirp.org<br><br>s/ Stacy Tolchin<br>Stacy Tolchin (admitted pro hac vice)<br>**Law Offices of Stacy Tolchin**<br>634 S. Spring St. Suite 500A<br>Los Angeles, CA  90014<br>Telephone: (213) 622-7450<br>Stacy@tolchinimmigration.com<br><br>s/ Hugh Handeyside<br>s/ Lee Gelernt<br>s/ Hina Shamsi<br>Hugh Handeyside #39792<br>Lee Gelernt (admitted pro hac vice)<br>Hina Shamsi (admitted pro hac vice)<br>**American Civil Liberties Union Foundation**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 549-2616<br>lgelernt@aclu.org<br>hhandeyside@aclu.org<br>hshamsi@aclu.org | s/ Harry H. Schneider, Jr.<br>s/ Nicholas P. Gellert<br>s/ David A. Perez<br>s/ Cristina Sepe<br>s/ Heath L. Hyatt<br>Harry H. Schneider, Jr. #9404<br>Nicholas P. Gellert #18041<br>David A. Perez #43959<br>Cristina Sepe #53609<br>Heath L. Hyatt #54141<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>HSchneider@perkinscoie.com<br>NGellert@perkinscoie.com<br>DPerez@perkinscoie.com<br>CSepe@perkinscoie.com<br>HHyatt@perkinscoie.com<br><br>s/ Trina Realmuto<br>s/ Kristin Macleod-Ball<br>Trina Realmuto (admitted pro hac vice)<br>Kristin Macleod-Ball (admitted pro hac vice)<br>**American Immigration Council**<br>1318 Beacon Street, Suite 18<br>Brookline, MA 03446<br>Telephone: (857) 305-3600<br>trealmuto@immcouncil.org<br>kmacleod-ball@immcouncil.org<br><br>s/ Emily Chiang<br>Emily Chiang #50517<br>**ACLU of Washington Foundation**<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Telephone: (206) 624-2184<br>Echiang@aclu-wa.org<br><br>*Counsel for Plaintiffs* |

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 4
(Case No. C17-00094RAJ)

**ORDER**

IT IS SO ORDERED.

DATED: December \_\_\_\_, 2019.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 5
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jesse Busen
JESSE BUSEN
Counsel for National Security
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-7205
E-mail: Jesse.Busen@usdoj.gov

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 6
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900