THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

DONALD TRUMP, President of the United States, *et al.*,

Defendants.

No. 2:17-cv-00094-RAJ

**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

**Noting Date: January 24, 2020**

## I.      INTRODUCTION

Plaintiffs respectfully request leave to keep under seal Exhibits 1–3 attached to the Declaration of Heath Hyatt in Support of Plaintiffs' Motion to Compel ("Hyatt Declaration"), which are filed at Dkt. 313.

On January 9, 2020, Plaintiffs moved to compel production of 64 documents that appear to be particularly relevant to Plaintiffs' challenge of the Controlled Application Review and Resolution Program ("CARRP") and related extreme vetting programs and unredacted versions of the Certified Administrative Record. *See generally* Dkt. 312. Defendants invoked the law enforcement privilege and/or the deliberative process privilege over these documents. *See id.* Plaintiffs filed an excerpt of one of these documents and a matching excerpt of Defendants' informal re-production of this same document as exhibits to the Hyatt Declaration.  Plaintiffs also filed the document titles of the 64 documents on which it moved to compel under seal.

PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE
DECLARATION ISO PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   Defendants designated these documents and the titles of these documents as "Confidential"

2   under the parties' Protective Order (Dkt. 86). Despite a meet and confer on this issue and

3   subsequent communication, Defendants maintain their confidentiality designation over the

4   documents filed under seal and the titles of the 64 documents that Plaintiffs moved to compel.

5   Plaintiffs have provisionally filed under seal Exhibits 1-3 attached to the Hyatt Declaration.

## II.   CERTIFICATION

Pursuant to LCR 5(g)(3)(A), Plaintiffs certify that the parties met and conferred

telephonically regarding the need for this motion on January 9, 2020. Brian Kipnis, Ethan

Kanter, Victoria Braga, and other DOJ counsel participated on behalf of Defendants and Cristina

Sepe and Heath Hyatt participated on behalf of the Plaintiffs. The parties also exchanged

electronic correspondence regarding this motion.

## III.   ARGUMENT

Plaintiffs move to keep under seal Exhibits 1–3 attached to the Hyatt Declaration because

Defendants have designated these documents or the information contained in these documents as

confidential under the parties' stipulated protective order, Dkt. 86 at 4 ("nor shall [Confidential

Information] be included in any pleading, record, or document that is not filed under seal with

the Court or redacted in accordance with applicable law.").  Plaintiffs disagree with this

designation.  Defendants will presumably file a statement explaining why this material should

remain under seal as required by LCR 5(g). *See* LCR 5(g)(3) ("the party who designated the

document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a

stipulated motion.").

PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE
DECLARATION ISO PLAINTIFFS' MOTION TO
COMPEL
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    Respectfully submitted,              DATED: January 9, 2020

2    s/ Jennifer Pasquarella              s/ Harry H. Schneider, Jr.
     Jennifer Pasquarella (admitted pro hac vice)   s/ Nicholas P. Gellert
3    **ACLU Foundation of Southern California**   s/ David A. Perez
     1313 W. 8th Street                   s/ Cristina Sepe
4    Los Angeles, CA 90017                s/ Heath L. Hyatt
     Telephone: (213) 977-5236            Harry H. Schneider, Jr. #9404
5    jpasquarella@aclusocal.org           Nicholas P. Gellert #18041
                                          David A. Perez #43959
6    s/ Matt Adams                        Cristina Sepe #53609
     Matt Adams #28287                    Heath L. Hyatt #54141
7    **Northwest Immigrant Rights Project**   **Perkins Coie LLP**
     615 Second Ave., Ste. 400            1201 Third Avenue, Suite 4900
8    Seattle, WA 98122                    Seattle, WA 98101-3099
     Telephone: (206) 957-8611            Telephone: 206.359.8000
9    matt@nwirp.org                       HSchneider@perkinscoie.com
                                          NGellert@perkinscoie.com
10   s/ Stacy Tolchin                     DPerez@perkinscoie.com
     Stacy Tolchin (admitted pro hac vice)   CSepe@perkinscoie.com
11   **Law Offices of Stacy Tolchin**     HHyatt@perkinscoie.com
     634 S. Spring St. Suite 500A
12   Los Angeles, CA  90014               s/ Trina Realmuto
     Telephone: (213) 622-7450            s/ Kristin Macleod-Ball
13   Stacy@tolchinimmigration.com         Trina Realmuto (admitted pro hac vice)
                                          Kristin Macleod-Ball (admitted pro hac vice)
14   s/ Hugh Handeyside                   **American Immigration Council**
     s/ Lee Gelernt                       1318 Beacon Street, Suite 18
15   s/ Hina Shamsi                       Brookline, NA 03446
     Hugh Handeyside #39792               Telephone: (857) 305-3600
16   Lee Gelernt (admitted pro hac vice)  trealmuto@immcouncil.org
     Hina Shamsi (admitted pro hac vice)  kmacleod-ball@immcouncil.org
17   **American Civil Liberties Union Foundation**
     125 Broad Street                     s/ John Midgley
18   New York, NY 10004                   John Midgley #6511
     Telephone: (212) 549-2616            **ACLU of Washington**
19   lgelernt@aclu.org                    P.O. Box 2728
     hhandeyside@aclu.org                 Seattle, WA 98111
20   hshamsi@aclu.org                     Telephone: (206) 624-2184
                                          jmidgley@aclu-wa.org
21

22                                        *Counsel for Plaintiffs*

23

24

25

26

PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE
DECLARATION ISO PLAINTIFFS' MOTION TO
COMPEL
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED January 9, 2020 at Washington, D.C.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000