THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF CRISTINA SEPE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL A-FILE INFORMATION**<br><br>**Noting Date: January 24, 2020** |

## I.  INTRODUCTION

Plaintiffs respectfully request leave to keep under seal Exhibits C–F attached to the Declaration of Cristina Sepe in Support of Plaintiffs' Motion to Compel A-File Information.

On January 9, 2020, Plaintiffs moved to compel production of Named Plaintiffs' A-Files relevant to Plaintiffs' challenge of the Controlled Application Review and Resolution Program ("CARRP") and related extreme vetting programs. *See generally* Dkt. 316. Defendants invoked the law enforcement privilege over these documents. *See id.* Plaintiffs filed four excerpts of Named Plaintiffs' A-file. Defendants designated these documents as "Confidential-Attorneys-Eyes-Only." Following a meet and confer on this issue, Defendants maintain their confidentiality designation over the documents filed under seal. Plaintiffs will provisionally filed these exhibits under seal at Dkt. 318.

PLAINTIFFS' MOTION TO SEAL EXHIBITS C–F ISO
PLAINTIFFS' MOTION TO COMPEL A-FILE
INFORMATION
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## II. CERTIFICATION

Pursuant to LCR 5(g)(3)(A), Plaintiffs certify that the parties met and conferred telephonically regarding the need for this motion on January 9, 2020. Victoria Braga, Brian Kipnis, Ethan Kanter, and other DOJ counsel participated on behalf of Defendants and Cristina Sepe and Heath Hyatt participated on behalf of the Plaintiffs.

## III. ARGUMENT

Plaintiffs move to keep under seal Exhibits C–F attached to the Sepe Declaration because Defendants have designated these documents as "Confidential-Attorney-Eyes-Only" under the protective order, Dkt. 86 at 4 ("nor shall [Confidential Information] be included in any pleading, record, or document that is not filed under seal with the Court or redacted in accordance with applicable law."). Defendants will file a statement explaining why this material should remain under seal as required by LCR 5(g). *See* LCR 5(g)(3) ("the party who designated the document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion.").

PLAINTIFFS' MOTION TO SEAL EXHIBITS C–F ISO
PLAINTIFFS' MOTION TO COMPEL A-FILE
INFORMATION
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Respectfully submitted, | DATED: January 9, 2020 |

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Cristina Sepe
s/ Heath L. Hyatt
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Cristina Sepe #53609
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
CSepe@perkinscoie.com
HHyatt@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, NA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #6511
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

PLAINTIFFS' MOTION TO SEAL EXHIBITS C–F ISO
PLAINTIFFS' MOTION TO COMPEL A-FILE
INFORMATION
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED January 9, 2020 at Seattle, Washington.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSepe@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:17-cv-00094-RAJ) – 1

146877805.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000