1

2

The Honorable Richard A. Jones

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

ABDIQAFAR WAGAFE, *et al.*, on behalf of
himself and other similarly situated,

11

CASE NO.  C17-00094RAJ

**STIPULATION FOR ORDER
REVISING CASE SCHEDULE;
ORDER THEREON**

12

Plaintiffs,

13

v.

14

DONALD TRUMP, President of the United
States, *et al.*,

15

16

Defendants.

17

18

WHEREAS the Court's January 16, 2020 order, Dkt. 320, affects briefing on Plaintiffs'

19

pending motion to compel, Dkt. 312; and

20

WHEREAS the parties agree that reproduction of the documents at issue in the motion to

21

compel consistent with the Court's January 16, 2020 order, Dkt. 320, could narrow the dispute over

22

privilege redactions; and

23

WHEREAS the parties are cognizant of the prior extensions of the case schedule and do not

24

wish to disturb the deadlines for dispositive motions or the trial date; and

25

WHEREAS, the parties have met and conferred and negotiated a proposal, set out below,

26

only to adjust the case schedule to allow the parties adequate time to review the documents at issue

27

28

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

in the motion to compel and file appropriate responses, but without disturbing the deadlines for dispositive motions or the trial date; and

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court, and have been endeavoring to comply, but jointly believe there is good cause for a modification of the case schedule because of the necessities of the case, as summarized above,

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on October 24, 2019 (Dkt. #298), as modified by the Court's docket text orders of December 18, 2019 and January 3, 2020,  shall be further modified as follows:

(1)  The deadline for Defendants to file their response to the motion to compel, Dkt. 312, shall be moved to February 4, 2020, and the deadline for Plaintiffs to file their reply shall be moved to February 7, 2020.

(2)  Defendants will review and reproduce the documents at issue in the motion to compel to Plaintiffs by January 27, 2020, and the parties will hold a meet and confer on January 31, 2020, to determine what, if any, issues remain for purposes of the motion to compel.

(3)  Plaintiffs' reply brief page limit with respect to the motion to compel shall be expanded from 6 to 8 pages.

(4)  All other deadlines set forth in the Court's October 24, 2019 order (Dkt. #298), as modified by the Court's docket text orders of December 18, 2019 and January 3, 2020, shall remain in effect.

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1    **SO STIPULATED.**

2    DATED:  January 17, 2020.

3

4    JOSEPH H. HUNT                                 ANDREW C. BRINKMAN
     Assistant Attorney General                    Senior Counsel for National Security
     Civil Division                                National Security Unit
5    U.S. Department of Justice                     Office of Immigration Litigation

6    AUGUST FLENTJE                                 VICTORIA M. BRAGA
7    Special Counsel                                Trial Attorney
     Civil Division                                Office of Immigration Litigation

8
     ETHAN B. KANTER                                LINDSAY M. MURPHY
9    Chief, National Security Unit                  Senior Counsel for National Security
     Office of Immigration Litigation              Office of Immigration Litigation
10   Civil Division

11   BRIAN T. MORAN                                 BRENDAN T. MOORE
                                                    Trial Attorney
12   United States Attorney                         Office of Immigration Litigation

13
     BRIAN C. KIPNIS                                MICHELLE R. SLACK
14   Assistant United States Attorney              Trial Attorney
     Western District of Washington                Office of Immigration Litigation

15
     LEON B. TARANTO                                 /s/ Jesse Busen
16   Trial Attorney                                 JESSE BUSEN
     Torts Branch                                   Counsel for National Security
17   Civil Division                                 Office of Immigration Litigation

18                                                  *Counsel for Defendants*

19

20

21

22

23

24

25

26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED:  January 17, 2020.

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA  90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com

HHyatt@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #50517
**ACLU of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 4
(Case No. C17-00094RAJ)

**ORDER**

IT IS SO ORDERED.

DATED:  January ____, 2020.

                    _____
                    RICHARD A. JONES
                    United States District Judge

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 5
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**CERTIFICATE OF SERVICE**

1

2        I hereby certify that on January 17, 2020, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system, which will send notification of such filing to all counsel of

4  record.

5

6                                                            */s/ Jesse Busen*
                                                             JESSE BUSEN
7                                                            Counsel for National Security
                                                             United States Department of Justice
8                                                            Office of Immigration Litigation
                                                             P.O. Box 878, Ben Franklin Station
9                                                            Washington, D.C. 20044
                                                             Phone: (202) 305-7205
10                                                           E-mail: Jesse.Busen@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 6
(Case No. C17-00094RAJ)