The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO. C17-00094RAJ<br><br>**STIPULATION FOR ORDER REVISING CASE SCHEDULE; ORDER THEREON** |

WHEREAS the Court's January 16, 2020 order, Dkt. 320, affects briefing on Plaintiffs' pending motion to compel, Dkt. 312; and

WHEREAS the parties agree that reproduction of the documents at issue in the motion to compel consistent with the Court's January 16, 2020 order, Dkt. 320, could narrow the dispute over privilege redactions; and

WHEREAS the parties are cognizant of the prior extensions of the case schedule and do not wish to disturb the deadlines for dispositive motions or the trial date; and

WHEREAS, the parties have met and conferred and negotiated a proposal, set out below, only to adjust the case schedule to allow the parties adequate time to review the documents at issue

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 1
(Case No. C17-00094RAJ)

in the motion to compel and file appropriate responses, but without disturbing the deadlines for dispositive motions or the trial date; and

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court, and have been endeavoring to comply, but jointly believe there is good cause for a modification of the case schedule because of the necessities of the case, as summarized above,

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on October 24, 2019 (Dkt. #298), as modified by the Court's docket text orders of December 18, 2019 and January 3, 2020, shall be further modified as follows:

(1) The deadline for Defendants to file their response to the motion to compel, Dkt. 312, shall be moved to February 4, 2020, and the deadline for Plaintiffs to file their reply shall be moved to February 7, 2020.

(2) Defendants will review and reproduce the documents at issue in the motion to compel to Plaintiffs by January 27, 2020, and the parties will hold a meet and confer on January 31, 2020, to determine what, if any, issues remain for purposes of the motion to compel.

(3) Plaintiffs' reply brief page limit with respect to the motion to compel shall be expanded from 6 to 8 pages.

(4) All other deadlines set forth in the Court's October 24, 2019 order (Dkt. #298), as modified by the Court's docket text orders of December 18, 2019 and January 3, 2020, shall remain in effect.

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED.**

DATED: January 17, 2020.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| LEON B. TARANTO<br>Trial Attorney<br>Torts Branch<br>Civil Division | /s/ *Jesse Busen*<br>JESSE BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation<br><br>*Counsel for Defendants* |

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 3
(Case No. C17-00094RAJ)

**SO STIPULATED.**

DATED: January 17, 2020.

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #50517
**ACLU of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 4
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**ORDER**

IT IS SO ORDERED.

DATED: January 17th, 2020.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER REVISING CASE SCHEDULE;
ORDER THEREON - 5
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900