THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PLAINTIFFS' MOTION TO SEAL HYATT DECLARATION AND ATTACHED EXHIBIT IN SUPPORT OF MOTION TO COMPEL NAMED PLAINTIFFS' A-FILES**<br><br>**Noting Date: January 24, 2020** |

## I. INTRODUCTION

Plaintiffs respectfully request leave to keep the Declaration of Heath Hyatt in Support of Plaintiffs' Motion to Compel Named Plaintiffs' A-Files ("Hyatt Declaration") and the attached exhibit under seal. On January 24, 2020, Plaintiffs filed a Reply in support of Plaintiffs' Motion to Compel information in Named Plaintiffs' A-Files that appears to be particularly relevant to Plaintiffs' challenge of the Controlled Application Review and Resolution Program ("CARRP") and related extreme vetting programs. In support of that motion, Plaintiffs filed the Hyatt Declaration with attached Exhibit A. Exhibit A includes documents produced to Plaintiffs under an Attorneys-Eyes-Only Order (Dkt. 274), and the Declaration includes information from those documents.

PLAINTIFFS' MOTION TO SEAL HYATT DECLARATION
AND ATTACHED EXHIBIT ISO PLAINTIFFS' MOTION
TO COMPEL
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Defendants maintain the Attorneys Eyes Only designation of these documents and information even after meeting and conferring with Plaintiffs. Plaintiffs have provisionally filed the Hyatt Declaration and attached Exhibit A under seal.

## II.   CERTIFICATION

Pursuant to LCR 5(g)(3)(A), Plaintiffs certify that the parties met and conferred telephonically regarding the need for this motion on January 24, 2020. The parties to this meet and confer included Nicholas Gellert, Heath Hyatt, and Paige Whidbee for Plaintiffs, and Brendan Moore, Ethan Kanter, Kathryn Davis, and possibly other Department of Justice counsel for Defendants. The parties also exchanged electronic correspondence regarding this motion. Defendants have requested that the request to seal be made by motion.

## III.   ARGUMENT

Plaintiffs move to keep under seal the Hyatt Declaration and attached Exhibit A because includes documents produced to Plaintiffs under an Attorneys-Eyes-Only Order (Dkt. 274), and the Declaration includes information from those documents. Defendants maintain the Attorneys Eyes Only designation of these documents and information. Defendants will presumably file a statement explaining why this material should remain under seal as required by LCR 5(g). *See* LCR 5(g)(3) ("the party who designated the document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion.").

PLAINTIFFS' MOTION TO SEAL HYATT
DECLARATION AND ATTACHED EXHIBIT ISO
PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 2

147006510.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Respectfully submitted, | DATED: January 24, 2020 |
| s/ Jennifer Pasquarella<br>Jennifer Pasquarella (admitted pro hac vice)<br>**ACLU Foundation of Southern California**<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5236<br>jpasquarella@aclusocal.org | s/ Harry H. Schneider, Jr.<br>s/ Nicholas P. Gellert<br>s/ David A. Perez<br>s/ Heath L. Hyatt<br>Harry H. Schneider, Jr. #9404<br>Nicholas P. Gellert #18041<br>David A. Perez #43959<br>Heath L. Hyatt #54141 |
| s/ Matt Adams<br>Matt Adams #28287<br>**Northwest Immigrant Rights Project**<br>615 Second Ave., Ste. 400<br>Seattle, WA 98122<br>Telephone: (206) 957-8611<br>matt@nwirp.org | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>HSchneider@perkinscoie.com<br>NGellert@perkinscoie.com<br>DPerez@perkinscoie.com<br>HHyatt@perkinscoie.com |
| s/ Stacy Tolchin<br>Stacy Tolchin (admitted pro hac vice)<br>**Law Offices of Stacy Tolchin**<br>634 S. Spring St. Suite 500A<br>Los Angeles, CA 90014<br>Telephone: (213) 622-7450<br>Stacy@tolchinimmigration.com | s/ Trina Realmuto<br>s/ Kristin Macleod-Ball<br>Trina Realmuto (admitted pro hac vice)<br>Kristin Macleod-Ball (admitted pro hac vice)<br>**American Immigration Council**<br>1318 Beacon Street, Suite 18<br>Brookline, NA 03446<br>Telephone: (857) 305-3600<br>trealmuto@immcouncil.org<br>kmacleod-ball@immcouncil.org |
| s/ Hugh Handeyside<br>s/ Lee Gelernt<br>s/ Hina Shamsi<br>Hugh Handeyside #39792<br>Lee Gelernt (admitted pro hac vice)<br>Hina Shamsi (admitted pro hac vice)<br>**American Civil Liberties Union Foundation**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 549-2616<br>lgelernt@aclu.org<br>hhandeyside@aclu.org<br>hshamsi@aclu.org | s/ John Midgley<br>John Midgley #6511<br>**ACLU of Washington**<br>P.O. Box 2728<br>Seattle, WA 98111<br>Telephone: (206) 624-2184<br>jmidgley@aclu-wa.org<br><br>*Counsel for Plaintiffs* |

PLAINTIFFS' MOTION TO SEAL HYATT
DECLARATION AND ATTACHED EXHIBIT ISO
PLAINTIFFS' MOTION TO COMPEL
(No. 2:17-cv-00094-RAJ) – 3

147006510.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused service of the foregoing document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

DATED January 24, 2020 at Washington, D.C.

By: s/ *Heath Hyatt*
Heath Hyatt, WSBA No. 54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
HHyatt@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

147006510.1