THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al*., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al*.,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**SUPPLEMENTAL DECLARATION OF HEATH HYATT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS WITHHELD UNDER THE LAW ENFORCEMENT AND DELIBERATIVE PROCESS PRIVILEGES** |

I, Heath Hyatt, hereby declare:

1.      I have personal knowledge of the facts stated below and am competent to testify regarding the same. I am one of the attorneys for Plaintiffs in this matter, *Wagafe v. Trump*, No. 17-cv-00094 RAJ.

2.      On January 9, 2020, Plaintiffs filed their second Motion to Compel production of certain documents and the Certified Administrative Record ("CAR") where information was redacted due to the law enforcement or deliberative process privileges. *See* Dkt. 312. In this motion, Plaintiffs sought production of 64 documents and an unredacted version of the CAR.

3.      After Plaintiffs filed this motion, the Court issued an Order (Dkt. 320) on January 16, 2020, granting in part and denying in part Plaintiffs' first Motion to Compel information withheld under the law enforcement and deliberative process privileges (Dkt. 260).

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

3

4.        In response to this Order, the parties met and conferred on January 16, 2020, and Defendants agreed to reproduce lesser redacted documents at issue in Plaintiffs' second Motion to Compel (Dkt. 312), consistent with this Court's Order (Dkt. 320).

4

5

6

5.        On January 27, 2020, Defendants reproduced lesser redacted versions of 39 of the 64 documents Plaintiffs challenged in their second Motion to Compel (Dkt. 316). Defendants also reproduced 18 lesser redacted CAR duplicate documents.

7

8

9

10

11

12

13

14

6.        On January 31, 2020, the parties held a telephonic meet and confer to discuss the documents still at issue in the second Motion to Compel filed on January 9, 2020 (Dkt. 312) following the Court's Order (Dkt. 320) and Defendants' subsequent reproductions of documents. In this meet and confer, Plaintiffs agreed to withdraw their challenge to 28 of the 64 documents in the opening motion, and their challenges to the CAR except for Indexes 3, 10, 11, 22, 27, and 35. Plaintiffs also agreed to withdraw the argument that Defendants waived all privilege claims in the CAR by failing to properly assert the law enforcement privilege. Plaintiffs additionally agreed to withdraw the argument that Defendants' privilege logs were not sufficiently detailed.

15

16

7.        Now, Plaintiffs move only on 36 documents and CAR Indexes 3, 10, 11, 22, 27 and 35.

17

18

19

20

21

22

23

24

8.        Plaintiffs challenge 6 Indexes from the CAR, and these Indexes are listed below. However, Defendants have represented that two of the Indexes (Indexes 27 and 35) are substantially similar. *See* Dkt. 341-01. As a result, Defendants reproduced only one CAR duplicate document representing both these Indexes, so Defendants' Response states that Plaintiffs challenge only 5 CAR duplicate documents. See Dkt. 341 at 3, n.1. To avoid confusion over the number of documents at issue, Plaintiffs will count Indexes 27 and 35 as one document, consistent with how Defendants counted them. But Plaintiffs maintain their challenge to redactions in both Index 27 and Index 35 in this motion.

25

26

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

9.      The full list of CAR Indexes Plaintiffs challenge is below:

| CAR Index No. | CAR page | Title | Duplicate Begin Bates No. | Duplicate End Bates No. |
|---|---|---|---|---|
| 3 | CAR_000010 | 04/24/08 Operational Guidance for Vetting and Adjudicating Cases with National Security Concerns (Guidance) | DEF-00095009 | DEF-00095054 |
| 10 | CAR_000104 | 12/17/10 National Background Identity and Security Checks Operating Procedures | DEF-00003593 | DEF-00003791 |
| 11 | CAR_000303 | 04/01/11 Fact Sheet - Frequently Asked Questions (FAQ) CARRP Policy and Operational Guidance | DEF-00132598 | DEF-00132636 |
| 22 | CAR_000595 | 12/01/15 CARRP Module 3 CARRP Overview | DEF-00373850 | DEF-00373989 |
| 27 | CAR_001337 | 12/01/15 CARRP Module 5 - Determining Eligibility and Vetting National Security Concerns (June 2017 Update) | DEF-00116759 | DEF-00116957 |
| 35 | CAR_001963 | 12/01/17 CARRP Module 6 - Adjudicating National Security concerns | DEF-00116759+ | DEF-00116957+ |

+Not an exact duplicate, but the slides are substantially similar. *See* Dkt. 341-01.

10.      The 36 other documents Plaintiffs challenge are listed below:

| Document | Production Bates Begin | Production Bates End |
|---|---|---|
| "Evaluation of the Utility of Checks: March 5, 2012" | DEF-00004010 | DEF-00004017 |
| Executive Summary: CARRP Enforcement Practice Proposal: November 5, 2012 | DEF-00005579 | DEF-00005582 |
| Controlled Application Review and Resolution Program (CARRP) Processing for Known or Suspected Terrorist (KST) Cases | DEF-00017542 | DEF-00017557 |
| Controlled Application Review and Resolution Program (CARRP) Version 2.2 | DEF-00021130 | DEF-00021338 |
| FDNS CARRP Training Course (FCPTC) Version 2.3 Instructor Guide | DEF-00026674 | DEF-00026725 |

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| FDNS Senior Official CARRP Training | DEF-00044548 | DEF-00044737 |
| FDNS-DS System Generated Notifications Interim Standard Operating Procedures: April 28, 2015 | DEF-00044891 | DEF-00044911 |
| Deconfliction, Internal and External Vetting and Adjudication of NS Concerns | DEF-00052177 | DEF-00052362 |
| Extreme Screening and Vetting Options | DEF-00096541 | DEF-00096545 |
| Executive Order 13780 Updates | DEF-00096701 | DEF-00096705 |
| USCIS Response to CRCL's Memorandum on Options for Guidance on Religious Questioning (August 2, 2011) | DEF-00174739 | DEF-00174741 |
| UNTITLED | DEF-00181890 | DEF-00181899 |
| Western Region Comments: Gaps in CARRP Policy and Procedure | DEF-00181912 | DEF-00181915 |
| UNTITLED | DEF-00184286 | DEF-00184289 |
| UNTITLED | DEF-00184291 | DEF-00184293 |
| UNTITLED | DEF-00184306 | DEF-00184309 |
| Initial Blue Sky Screening Proposals | DEF-00254790 | DEF-00254796 |
| Continuous Immigration Vetting Overview | DEF-00255323 | DEF-00255323 |
| Continuous Immigration Vetting Overview as of July 25, 2017 | DEF-00255332 | DEF-00255333 |
| How the Executive Order will Impact Vetting | DEF-00261633 | DEF-00261639 |
| Executive Order's Impact to Vetting | DEF-00261640 | DEF-00261641 |
| 200-day Report Section 5(b) of Executive Order (EO) 13780, Protecting the Nation from Foreign Terrorist Entry into the United States | DEF-00262350 | DEF-00262353 |
| DHS Screening Coordination Office: FY2017 Goals and Objectives | DEF-00262357 | DEF-00262369 |
| Immediate Actions to Heighten Screening and Vetting of Applications for Visas and Other Immigration Benefits | DEF-00262748 | DEF-00262751 |
| Information Sharing Standards for Visa and Immigration Vetting | DEF-00262793 | DEF-00262793 |
| Attachment A: Criteria Decision Matrix | DEF-00262796 | DEF-00262798 |
| EO 13780, Section 2b Report: Country Data Collection to Support Immigration Vetting and Admissibility Determinations | DEF-00262802 | DEF-00262805 |
| Executive Order's Impact to Vetting | DEF-00263389 | DEF-00263390 |
| Executive Summary - Measuring the Effectiveness of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry into the United States | DEF-00266453 | DEF-00266454 |
| Vetting and Screening | DEF-00267420 | DEF-00267422 |
| USCIS Interviews Recommendation Report | DEF-00270098 | DEF-00270106 |
| Continuous Immigration Vetting Project Plan: April 29, 2016 | DEF-00280914 | DEF-00280920 |

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| List of Executive Order (EO)-related accomplishments to be completed in the next 90 days | DEF-00285830 | DEF-00285839 |
| Procedures for Identifying CARRP Concerns | DEF-00329157 | DEF-00329162 |
| Fraud Detection and National Security (FDNS) Deconfliction Job Aid | DEF-00329296 | DEF-00329303 |
| Enhanced Information Sharing with Law Enforcement: 2013 | DEF-0074376 | DEF-0074384 |

11.     On February 7, 2020, Defendants' counsel emailed Plaintiffs' counsel to inform them that Defendants had mistakenly included an incorrect statement in Michael Scardaville's recently-filed affidavit, Dkt. 341-04. Specifically, Defendants realized that the second sentence below, excerpted from Dkt. 341-04 ¶ 22, was not correct:

> Moreover, DEF-00266453 is a pre-decisional, draft document containing operational details relating to law enforcement activities that are not yet and should not be disclosed. The final document, with appropriate redactions to protect deliberative and law-enforcement information, was produced, including at DEF-00331096.

12.     Consequently, Defendants have agreed to strike the second sentence appearing in Dkt. 341-4 ¶ 22. Defendants have also agreed to strike the following portion of Defendants' Response, Dkt. 341 at 11, because it relied on the stricken language from Mr. Scardaville's affidavit:

> Also weighing against the disclosure of this information is the fact that, in at least one instance of draft information, "[t]he final document . . . was produced." *See* Ex. D at 7 ¶ 22; Dkt. 320 at 9; *see also F.T.C. v. Warner Connc'ns Inc.*, 742 F.2d at 1161 (establishing the availability of other evidence as a factor to consider when balancing whether a moving party's need for materials and accurate fact-finding override the government's interest in nondisclosure.

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    I declare under penalty of perjury that the foregoing is true and correct.

2    EXECUTED this 7th day of February, 2020, at Palo Alto, California.

3                                                    */s/ Heath Hyatt*
                                                    Heath Hyatt
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL DECLARATION OF HEATH HYATT
ISO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
(No. 2:17-cv-00094-RAJ) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**CERTIFICATE OF SERVICE**

2        I certify that on the date indicated below, I caused service of the foregoing document via

3   the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

4        DATED this 7th day of February, 2020, at Palo Alto, California.

5
                                              */s/ Heath Hyatt*
6                                             Heath Hyatt, WSBA No. 54141
                                              Perkins Coie LLP
7                                             1201 Third Avenue, Suite 4900
                                              Seattle, WA 98101-3099
8                                             Telephone: 206.359.8000
                                              Facsimile: 206.359.9000
9                                             Email: HHyatt@perkinscoie.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000