The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO.  C17-00094RAJ<br><br>**STIPULATION FOR ORDER TEMPORARILY SUSPENDING CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: March 24, 2020** |

WHEREAS, during the week of March 10, two employees who work in the office building in which most of Defendants' counsel work in Washington, DC – including one employee on the same floor as several of Defendants' counsel – exhibited symptoms consistent with COVID-19 (Coronavirus).  The employee's physician recommended that the employee self-quarantine for two weeks.  In accordance with Centers for Disease Control and Prevention guidance, the offices were sanitized and temporarily closed during that sanitization.  The offices promptly reopened, but to mitigate risks to individual staff members who consider themselves at high risk for illness, telework arrangements have been permitted for those individuals rather than return to the office, which include members of Defendants' trial team;

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 1
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

WHEREAS these events have resulted in the majority of the Defendants' trial team having to work remotely since that time while the Department of Justice continues to evaluate and respond to the situation to ensure the health and safety of Department employees in that building;

WHEREAS Coronavirus-related disruptions are being experienced in the greater Seattle area as well, including the suspension of significant operations at the U.S. District Court for the Western District of Washington and the United States Attorney's Office, and the closing of the USCIS Seattle/Tacoma Field Office;

WHEREAS these events are rapidly developing, and at the same time critical deadlines in this case are fast approaching;

WHEREAS on March 14, 2020, the Executive Office of the President instructed all federal agencies that travel "by any Federal employee to or within areas where there is community spread of COVID-19 should only be undertaken when there is an urgent need, such as to protect life and property," and has recommended that other non-mission-critical travel be avoided;

WHEREAS the parties have designated ten expert witnesses in the last three-weeks (nine by Plaintiffs and one by Defendants), Plaintiffs' 30(b)(6) deposition of USCIS's designee or designees remains pending, and numerous in-person depositions need to be scheduled during the next two weeks under the current deadline;

WHEREAS the significant amount of evidence subject to one or more protective orders in this case complicates or may render impracticable the use of remote means to depose remaining witnesses, and limits the ability to review sensitive materials during telework;

WHEREAS the current stage of this litigation requires substantial travel to multiple locations in the United States, conducting full-day depositions with multiple people (some of whom will be traveling to or from Seattle and Washington, D.C. and other parts of the country affected by the spread of

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

COVID-19), and such travel is now subject to the federal travel guidance issued on March 14, 2020, described above;

WHEREAS the parties have met and conferred regarding the significant limitations that the foregoing events and burdens have imposed with regard to meeting these upcoming deadlines;

WHEREAS the parties are mindful of their obligations to adhere to the case schedules adopted by the Court and have been endeavoring to comply and will continue to work towards satisfying the remaining discovery obligations described above, but jointly believe there is good cause for a temporary suspension of the case schedule because of the concerns summarized above;

WHEREAS immediately approaching deadlines in this case include a March 28, 2020 deadline to submit responsive expert witness reports and an April 6, 2020 deadline to complete expert discovery, including all depositions, the disruption of which unavoidably affects later deadlines as well, including the May 11, 2020 deadline for dispositive motions;

WHEREAS the parties intend to meet and confer on a bi-weekly basis in an effort to further progress on this case and commit to jointly reporting to the Court in this regard on a monthly basis; and

WHEREAS the parties will immediately notify the Court when circumstances are such that it is appropriate to set a new case schedule;

WHEREAS extensive discovery conducted to date has revealed the amount of evidence, issues and witnesses that Plaintiffs believe will be necessary to bring this case to trial, Plaintiffs wish to inform the Court that their original estimate that trial in this case would last five days is no longer accurate and may require substantially more time. Plaintiffs want to alert the Court to this issue, as it is relevant to future rescheduling of a trial date in this case. Defendants' estimate regarding the duration of trial has not changed.

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 3
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

The case schedule established by the Court on October 24, 2019, as modified by its subsequent minute orders issued on December 18, 2019, and February 13, 2020, shall be suspended until such time as current limitations no longer impair counsel's ability to meet case deadlines and efficiently perform their duties associated with this case.

To the extent that the Court would like to discuss these matters with the parties, counsel will be available at the Court's convenience.

**SO STIPULATED.**

DATED:  March 24, 2020.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | JESSE BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| LEON B. TARANTO<br>Trial Attorney<br>Torts Branch<br>Civil Division | KATHRYN DAVIS<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division |
| *Counsel for Defendants* | */s/ Lindsay M. Murphy*<br>LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 4
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**SO STIPULATED**

DATED: March 24, 2020.

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com
PWhidbee@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #50517
**ACLU of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 5
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

# ORDER

The case schedule established by the Court on October 24, 2019, as modified by its subsequent minute orders issued on December 18, 2019, and February 13, 2020, shall be suspended until such time as current limitations no longer impair counsel's ability to meet case deadlines and efficiently perform their duties associated with this case.

DATED: March ____, 2020.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 6
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Lindsay M. Murphy*
                                                LINDSAY M. MURPHY
                                                Senior Counsel for National Security
                                                Office of Immigration Litigation
                                                (202) 616-4018

STIPULATION FOR ORDER SUSPENDING CASE SCHEDULE - 7
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900