HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, et al.,

Plaintiffs,

v.

DONALD TRUMP, et al.,

Defendants.

CASE NO. C17-00094 RAJ

**MINUTE ORDER**

This matter is before the Court *sua sponte*. On May 14, 2020, this Court held a telephonic hearing regarding the parties' four pending discovery motions. Dkt. # 354. So far, it appears the parties' approach to discovery has been to seek Court intervention on every point of disagreement. This is unacceptable. Accordingly, the Court **STRIKES** the four pending discovery motions (Dkt. ## 289, 309, 312, 316) and **ORDERS** the parties to meet and confer within 10 days from the date of this order. No later than **May 26, 2020**, the parties must submit a joint status report describing the substance of their meet and confer efforts, areas of resolution or compromise, and any remaining issues.

ORDER- 1

1  The parties' filing should also propose a revised case schedule.  A telephonic status
2  conference will be set for **May 28, 2020 at 9:30 am**.

4       Dated this 14th day of May, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2