The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | CASE NO.  C17-00094RAJ<br><br>**JOINT STATUS REPORT PURSUANT TO APRIL 28, 2020 AND MAY 14, 2020 ORDERS (DKT. NOS. 352, 355)** |

Pursuant to the Court's May 14, 2020, Order (Dkt. No. 355), counsel for the parties met and conferred by telephone and also exchanged email correspondence.  Pursuant to that order and the Court's April 28, 2020 order (Dkt. No. 352), the parties now submit this joint status report.

**Discovery Motions**

The parties are in the midst of negotiations toward resolution of the discovery issues raised in the now-stricken discovery motions.  The status of these negotiations is outlined below:

<u>Dkt No. 289 (Defendants' Motion to Compel Answers to their Interrogatories):</u>

In an attempt to resolve the issues in this motion, Plaintiffs offered to do the following: By June 11, 2020, identify for Defendants those documents that Plaintiffs identified or compiled for potential use at the depositions but that they did not use, regardless of the reason; by June 17, 2020,

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 1
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

connect a sample subset of these documents, the documents Plaintiffs have already used as deposition exhibits, and the documents identified as support in Plaintiffs' experts' reports to each of their claims in order to provide Defendants with examples of the types of evidence supporting Plaintiffs' claims. In addition, Plaintiffs proposed that the parties agree that the schedule for pretrial statements be extended further from trial than by rule to allow for more advance notice than typical of trial exhibits, and that the parties will negotiate in good faith that deadline once a trial date is set.

Defendants have yet to commit that Plaintiffs' proposals are sufficient to satisfy them that the issues raised in this motion can be deemed fully resolved. Specifically, Defendants are dissatisfied that after offering a "sampling" of "categories," and the Court's suggestion that we consider that proposal further, Plaintiffs will not commit to identifying additional samples of any evidence that supports their claims but is not represented by the samples they link to their claims by June 17. The parties will continue to discuss the issues in the hope that full resolution can be achieved without the need for court intervention. The parties will report back to the Court by June 26, 2020, if any issue identified in this motion has not been fully resolved.

<u>Dkt. No. 309 (Plaintiffs' Motion to Amend the Protective Order to Contact Class Notice Responders)</u>:

The parties continue to work towards a compromise on this motion and have reached some areas of agreement. The parties agree that Plaintiffs' counsel should (at least initially) contact everyone who responded to the notice. The parties agree that there will be an agreed-upon preamble to the initial contact by Plaintiffs' counsel, and Plaintiffs have made a proposal for this preamble and await Defendants' approval or comments on same. The parties also agree that Plaintiffs will only seek to offer testimony from six or fewer individuals who responded to the notice. Yet although the parties have engaged in extensive dialogue, areas of disagreement remain. The parties request an opportunity to discuss these points of disagreement with the Court at the hearing set for May 28, in the hope that additional Court guidance will help them resolve these remaining issues on this motion.

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 2
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

Dkt. Nos. 312 & 316 (Plaintiffs' Motion to Compel, Challenging Redactions in the A-Files and 41 Other Documents):

Since the last conference with the Court, Plaintiffs have provided to Defendants annotated versions of the A-Files and 41 documents. Plaintiffs' annotations indicate Plaintiffs' positions in comment bubbles on the redactions that Plaintiffs challenge. Defendants have committed to reevaluate the propriety of those redactions and either remove the redactions or engage in further telephonic discussions to describe the redactions and try to address Plaintiffs' concerns. The parties will report back to the Court by June 26, 2020, if any issues in either of these two motions has not been fully resolved through this process. For any documents from which Defendants agree to remove redactions, re-production of those documents will occur no later than July 3, 2020.

**Other Matters**

In addition to meeting and conferring on the four motions, the parties continue to work on several other aspects of this case, as required by this Court's order of March 26, 2020. Dkt. No. 349. In compliance with this separate Order, the parties have met and conferred, and report the status of such other work performed during the suspension of the schedule relative to the ongoing pandemic. In particular, since last reporting to the Court on April 27, 2020, the parties continue to negotiate on other outstanding discovery issues, including disagreements with respect to whether Plaintiffs' Rule 30(b)(6) notice to USCIS is sufficiently particular and with respect to clawbacks of some documents and deposition testimony requested by Defendants. The parties anticipate that the discussions with respect to the redactions (in context of the issues in Dkt. Nos. 312 & 316) may assist in resolving those issues as well.

With regard to the scope of Plaintiffs' proposed Rule 30(b)(6) depositions of USCIS, Defendants volunteered to prepare a document that summarizes the matters on which it is believed that the parties have already reached agreement and the matters where the parties still need to close a gap between their positions. It is hoped that this document, which Defendants plan to send to Plaintiffs' counsel this week, will serve as the blueprint for a final agreement soon on the scope of this deposition. In addition to working with Plaintiffs' to negotiate the scope of Plaintiffs' 30(b)(6)

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 3
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

Notice, Defendants continue to prepare potential designee(s) to the extent they believe possible without resolution of the disputes.

In response to Plaintiff's nine expert reports, Defendants have thus far notified Plaintiffs of the subject area expertise of one of its anticipated responsive experts, and have since provided Plaintiffs with further notice that they anticipate having two or three additional expert witnesses. Defendants have yet to provide responsive expert reports to Plaintiffs. Defendants report that, while much progress has been made toward the full completion of the reports, Defendants' assert that their capacity to complete work by the original deadline has been substantially impaired. That is, Defendants' assert that the pandemic-related crisis hit at the very outset of our development of the Government's responsive expert case, and for many weeks thereafter disrupted the government's ability to reach out to potential experts and consult as necessary with government-related components reprioritized to meet the COVID-19 crisis. The original deadline for responsive expert reports was March 28, 2020. Plaintiffs do not believe the current conditions have necessitated the length of delay that has occurred. Furthermore, Defendants have informed Plaintiffs that in addition to working to prepare responsive expert reports, Defendants also will likely supplement their 26(a) disclosures with factual rebuttal witnesses to address what they contend to be new factual information set forth in Plaintiffs' expert reports. Plaintiffs object to this belated production of factual evidence well after the close of fact discovery. The parties will be meeting and conferring on this issue if and when Defendants provide such disclosures.

Finally, Defendants recently reported to Plaintiffs that tabular data for FY 2013 – 2019 that Defendants produced with their supplemental initial disclosures was inaccurate, in that some applications handled under CARRP prior to June 21, 2017, were identified as non-CARRP. Defendants explained aspects of the error to Plaintiffs, and are working to produce corrected tabular data. This data was analyzed by the parties' respective statistics expert witnesses, was used at one prior deposition, and was anticipated to be used at the Rule 30(b)(6) deposition of USCIS that Plaintiffs noted, and thus re-work may be required to address the error in the data Defendants produced. Until Defendants produce the corrected data, the parties, but especially Plaintiffs, do not know the full impact the data correction will have on the schedule and further discovery. Yet, to the

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 4
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

best of their abilities, the parties have tried to account for this issue in the proposed schedule. Defendants have notified Plaintiffs that they are willing to produce the anonymized underlying data corresponding to the corrected tabular data being provided for FY 2013 – FY 2019.

**Case Schedule**

The parties propose the following deadlines be set forth in a new scheduling order:

1. Defendants Produce Updated Data Tables – June 12th
2. Plaintiffs' Contact with Class Notice Responders
   - Finalize Agreement on Procedure and Schedule related to Contact with Notice Responders—May 29th
   - Stipulated Motion to Modify the PO related to Contact with Notice Responders or Notice to Court that Issue Requires Court Resolution—June 5th
3. Resolution on Other Unresolved Issues:
   - Scope of the 30(b)(6) Notice—June 26th
   - Motion on A Files & 41 documents—June 26th
   - Clawbacks—June 26th
4. Expert Reports:
   a. Plaintiffs Provide Any Updates to Their Non-Statistical Experts Reports: July 1st
   b. Defendants' Responsive Non-Statistical Expert Reports: July 10th, if none of the relevant Plaintiffs' Non-Statistical Expert Reports are substantively updated/supplemented by July 1st; July 22nd if any of the relevant Plaintiffs' Non-Statistical Expert Reports are substantively updated/supplemented. (Substantive change means changing or adding opinions or assumptions, additional uses of the data or evidence, adding additional data sets or evidence not previously offered to support an opinion. Merely substituting the corrected data for the old data or removing reference to the old data will not be considered a substantive change, though.)
   c. Updated/Supplemental Expert Reports of Statistical Experts – July 17th
   d. Responsive Expert Reports, if any, of Statistical Experts - August 7th

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 5
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

     5.     Remaining Production on the Pending/Stricken Motions (Other than the Class Notice Motion) and/or Plaintiffs present request to Court on remaining disputes as to redactions to the A Files or the 41 documents – July 3rd

     6.     Defendants' Certification of Administrative Record – July 3rd

     7.     Resume Depositions (by remote means if in-person depositions not yet feasible)—July 13th

     8.     Conclusion of all discovery, except the deposition of Mr. Ostadhassan which shall be left open until such time as international travel is possible — September 2nd

     9.     Parties to Explore Settlement/Mediation (without prejudice to doing so earlier, of course)--December 18th

     10.     Dispositive Motions filed (and noted for hearing on seventh Friday thereafter)—Thursday, October 22nd (thus noted for December 18th)

     11.     Briefing schedule on Motions for Summary Judgment

- Plaintiffs' motion for summary judgment—October 22nd
- Defendants' cross-motion and opposition—November 16th
- Plaintiffs' opposition and reply— December 8th
- Defendants' reply—December 18th
- Noting Date for Cross-Motions—December 18th

It is the understanding of the parties that the Court requested that they only propose a case schedule through the dispositive motion stage. The parties, of course, will meet and confer and propose a schedule for trial and other pretrial dates if the Court would like them to do so at this time.

As noted above, once a trial date is set, the parties have agreed to negotiate in good faith an advanced schedule for exchange of pretrial statements.

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 6
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

DATED: May __, 2020.

For Defendants:

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | JESSE BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| */s/ Brian C. Kipnis*<br>BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| LEON B. TARANTO<br>Trial Attorney<br>Torts Branch<br>Civil Division | KATHRYN DAVIS<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division |
| | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| | *Counsel for Defendants* |

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 7
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

For Plaintiffs:

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA  90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com
PWhidbee@perkinscoie.com

s/ Kristin Macleod-Ball
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3722
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #50517
**ACLU of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

JOINT STATUS REPORT PURSUANT TO
MAY 14, 2020 ORDER - 8
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900