The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | CASE NO. 2:17-cv-00094-RAJ <br><br> **DEFENDANTS' STATUS REPORT REGARDING MOTION TO AMEND PROTECTIVE ORDER (DKT. #309)** |

We regret that Plaintiffs decided to file a one-sided report on the status of these negotiations, and we are disappointed to see Plaintiffs' slanted and incomplete telling of events. We have bargained in good faith over this matter throughout, and we have worked tirelessly to consult with multiple federal agencies whose equities may be affected by this motion. We did not, as plaintiffs have alleged, "move the goal posts" after reaching an agreement in principle this week. To the contrary, in the spirit of compromise, we conceded to everything Plaintiffs requested in their original motion with only slight modifications that would limit (but not eliminate) potential risks to national security and law enforcement investigations. As of a few hours ago, the only point of disagreement remaining between the parties concerned a relatively mechanical scheduling provision, which was intended to guarantee that we are given a complete list of plaintiffs' potential witnesses before we are required to select potential witnesses for deposition. We are disappointed that Plaintiffs did not

agree to this term or propose a workable alternative. Instead, Plaintiffs unexpectedly and inexplicably bailed out of the negotiation and filed their status report. Nevertheless, Defendants stand ready to meet with the Court, as well as continue negotiations to reach an agreement short of a hearing – something we were also prepared to do up until the filing deadline tonight.

| | |
|---|---|
| DATED: June 12, 2020 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | JESSE L. BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation |
| | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney<br>Western District of Washington | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | KATHRYN C. DAVIS<br>Senior Counsel<br>Federal Programs Branch |
| LEON TARANTO<br>Trial Attorney<br>Torts Branch | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |

DEFENDANTS' STATUS REPORT
REGARDING MOTION TO AMEND
PROTECTIVE ORDER (DKT. #309) - 3
(Case No. 2:17-cv-00094-RAJ)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I filed this document via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s Andrew Brinkman*
Andrew Brinkman, Ohio Bar 0082927
Unites State Department of Justice
PO Box 878, Ben Franklin Station
Washington, DC 20045
Andrew.brinkman@usdoj.gov

STIPULATION FOR ORDER RESOLVING PLAINTIFFS'
MOTION FOR COURT PERMISSION TO INTERVIEW
LIMITED NUMBER OF PERSONS; ORDER THEREON
(Case No. 2:17-cv-00094-RAJ)