THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' SUPPLEMENTAL BRIEF RE: OUTSTANDING DISCOVERY DISPUTES AND SUPPORTING DOCUMENTS**<br><br>**Noting Date: July 31, 2020** |

## I.     INTRODUCTION

Plaintiffs respectfully request leave to keep under seal Plaintiffs' Supplemental Brief RE: Outstanding Discovery Disputes and the exhibits attached to the Declaration of Paige Whidbee in support of Plaintiffs' Supplemental Brief, which are filed at Dkts. 379 and 381.

On June 26, 2020, Plaintiffs filed a status report asking the Court to allow Plaintiffs to file a supplemental brief regarding the outstanding discovery motions and the remaining disputes between the parties.  *See generally* Dkt. 372. These outstanding discovery motions relate to the Named Plaintiffs' A-Files, policy documents over which Defendants' redacted for the law enforcement and deliberative process privileges and Defendants' requested clawbacks of certain documents.  Plaintiffs discuss the substance of these issues which reveal information that Defendants designated as "Confidential" or "Attorney's Eyes Only" under the parties' Protective

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

Order (Dkt. 86).  Despite a meet and confer on this issue, Defendants maintain their

3

confidentiality designation over the documents and information discussed in Plaintiffs' motion.

4

Plaintiffs have provisionally filed under seal Plaintiffs' Supplemental Brief RE: Outstanding

5

Discovery Disputes and the exhibits attached to the Declaration of Paige Whidbee in support of

6

Plaintiffs' Supplemental Brief.

7

## II.    CERTIFICATION

8

Pursuant to LCR 5(g)(3)(A), Plaintiffs certify that the parties met and conferred

9

telephonically regarding the need for this motion on July 9, 2020. Victoria Braga, Brian Kipnis,

10

and Michelle Slack participated on behalf of Defendants and Paige Whidbee and Heath Hyatt

11

participated on behalf of the Plaintiffs.

12

## III.    ARGUMENT

13

Plaintiffs move to keep under seal Plaintiffs' Supplemental Brief RE: Outstanding

14

Discovery Disputes and the exhibits attached to the Declaration of Paige Whidbee in support of

15

Plaintiffs' Supplemental Brief because Plaintiffs' motion discusses the content of documents

16

designated as "Confidential" or "Attorney's Eyes Only" under the parties' stipulated protective

17

order, Dkt. 86 at 4 ("nor shall [Confidential Information] be included in any pleading, record, or

18

document that is not filed under seal with the Court or redacted in accordance with applicable

19

law.").  Plaintiffs disagree with this designation.  Defendants will presumably file a statement

20

explaining why this material should remain under seal as required by LCR 5(g). *See* LCR 5(g)(3)

21

("the party who designated the document confidential must satisfy subpart (3)(B) in its response

22

to the motion to seal or in a stipulated motion.").

23

24

25

26

PLAINTIFFS' SUPPLEMENTAL BRIEF RE OUTSTANDING
DISCOVERY DISPUTES
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Respectfully submitted,

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
hhandeyside@aclu.org
hshamsi@aclu.org

s/ Sameer Ahmed
Sameer Ahmed (admitted pro hac vice)
**Harvard Immigration and Refugee**
   **Clinical Program**
Harvard Law School
6 Everett Street; Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu

DATED: July 10, 2020

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige L. Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
Paige L. Whidbee #55072
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com
PWhidbee@perkinscoie.com

s/ Kristin Macleod-Ball
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 02446
Telephone: (857) 305-3600
kmacleod-ball@immcouncil.org

s/ John Midgley
s/ Molly Tack-Hooper
John Midgley #6511
Molly Tack-Hooper #56356
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

PLAINTIFFS' SUPPLEMENTAL BRIEF RE OUTSTANDING
DISCOVERY DISPUTES
(No. 2:17-cv-00094-RAJ) – 3