1

THE HONORABLE RICHARD A. JONES

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

ABDIQAFAR WAGAFE, *et al*., on behalf
of themselves and others similarly situated,

No. 2:17-cv-00094-RAJ

9

10

Plaintiffs,

**DECLARATION OF PAIGE WHIDBEE
IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL BRIEF RE
OUTSTANDING DISCOVERY DISPUTES**

11

v.

12

DONALD TRUMP, President of the
United States, *et al*.,

13

14

Defendants.

15

16

I, Paige Whidbee, hereby declare:

17

1.      I have personal knowledge of the facts stated below and am competent to testify

18

regarding the same. I am one of the attorneys for Plaintiffs in this matter, *Wagafe v. Trump*, No.

19

17-cv-00094 RAJ.

20

2.      Following the parties' hearing and this Court's Order on May 14, 2020

21

(Dkt. 355), Plaintiffs and Defendants have met and conferred extensively on several occasions

22

regarding disputed redactions in the Named Plaintiffs' A-Files and in the 41 policy documents

23

withheld under the law enforcement and deliberative process privileges (subject to Plaintiffs' two

24

prior motions to compel—Dkts. 312 and 316). This process has not resolved the parties'

25

disputes. As a result, in Plaintiffs' last Status Report filed on June 26, 2020 (Dkt. 372), Plaintiffs

26

DECLARATION OF PAIGE WHIDBEE ISO
PLAINTIFFS' SUPPLEMENTAL BRIEF
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   requested that they be permitted to file a Supplemental Brief regarding these and other

2   outstanding discovery issues (including Defendants' privilege clawbacks).

3       3.      Through the course of the meet-and-confer process, Defendants informally re-

4   produced select pages in Named Plaintiffs' A-Files and the 41 policy documents. But Defendants

5   did not re-produce pages in response to all of Plaintiffs' redaction challenges, and most of the re-

6   produced pages still contain significant redactions.

7       4.      After reviewing the documents, Defendants' privilege logs, and Defendants'

8   explanations for the redactions provided during the meet-and-confer process, Plaintiffs have

9   culled the list of policy documents with redactions they challenge down to 31 documents, and

10  have significantly reduced the number of redactions they challenge within each document. The

11  redactions Plaintiffs challenge are:

12

| DEF-00004010 PDF Pages 3-8. |
| DEF-00021130 PDF Pages 70, 72-75, 77-78, 127-28, and 179. |
| DEF-00044548 PDF Pages 65, 74-78, 84, 89-91, and 114. |
| DEF-00044891 (all redactions) |
| DEF-00052177 PDF Pages 79-80, 115-20, and 164. |
| DEF-0074376 (all redactions) |
| DEF-00095009 PDF Pages 23-25. |
| DEF-00096541 PDF Pages 1-5. |
| DEF-00096701 PDF Pages 1-5. |
| DEF-00116759 PDF Pages 113, 122,129-31, 134, 137, and 176. |
| DEF-00132598 PDF Pages 12, 18-22. |
| DEF-00174739 PDF Pages 1-3. |
| DEF-00181890 PDF Page 5. |
| DEF-00181912 PDF Pages 1-4. |

DECLARATION OF PAIGE WHIDBEE ISO
PLAINTIFFS' SUPPLEMENTAL BRIEF
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| |
|---|
| DEF-00184286 PDF Page 1, and 3-4. |
| DEF-00184291 PDF Pages 1-3. |
| DEF-00184306 PDF Pages 1-4. |
| DEF-00261633 PDF Pages 2-7. |
| DEF-00261640 PDF Pages 1-2. |
| DEF-00262748 PDF Pages 1-4. |
| DEF-00262793 PDF Page 1. |
| DEF-00262796 PDF Pages 1-3. |
| DEF-00262802 PDF Pages 1-4. |
| DEF-00263389 PDF Pages 1-2. |
| DEF-00266453 PDF Pages 1-2. |
| DEF-00267420 PDF Pages 1-2. |
| DEF-00280914 PDF Pages 5 and 7. |
| DEF-00285830 PDF Pages 1-10. |
| DEF-00329296 PDF Pages 7-8. |
| DEF-00373850 (Index 22) PDF Page 121. |
| DEF-00429220 PDF Pages 31, 99, 103, 106-08, 110-112. 118, 124, 136-141, 153, 166-67, 191, 193-94, 211, 224, and 244-49. |

5.      Attached as **Exhibit A** is a true and correct copy of a spreadsheet from the corrected data for FY 2013 through FY 2019 that Defendants produced on June 12, 2020.

6.      Attached as **Exhibit B** is a true and correct copy of an excerpt of the transcript from the deposition of Matthew Emrich taken on January 8, 2020.

7.      Attached as **Exhibit C** is a true and correct copy of another excerpt of the transcript from the deposition of Matthew Emrich taken on January 8, 2020.

DECLARATION OF PAIGE WHIDBEE ISO
PLAINTIFFS' SUPPLEMENTAL BRIEF
(No. 2:17-cv-00094-RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

8.      Attached as **Exhibit D** is a true and correct copy of an excerpt of the transcript from the deposition of Christopher Heffron taken on December 12, 2019.

9.      Attached as **Exhibit E** is a true and correct copy of an excerpt of the transcript from the deposition of Amy Lang taken on January 30, 2020.

10.     Attached as **Exhibit F** is a true and correct copy of excerpts of Named Plaintiff Mehdi Ostadhassan's A-File.

11.     Attached as **Exhibit G** is a true and correct copy of a memorandum obtained through FOIA.

12.     Attached as **Exhibit H** is a true and correct copy of excerpts of Mehdi Ostadhassan's A-File and T-File. Defendants informally re-produced the excerpts shown on pages 1, 17, and 18 of the Exhibit to replace, respectively, DEF-00422494 and DEF-00422548 from Mehdi Ostadhassan's A-File and DEF-00427239 from Mehdi Ostadhassan's T-File.

13.     Attached as **Exhibit I** is a true and correct copy of excerpts of Named Plaintiff Sajeel Manzoor's A-File. Defendants informally re-produced pages 3 and 4 of the Exhibit to replace, respectively, DEF-00421406 and DEF-00421846.

14.     Attached as **Exhibit J** is a true and correct copy of excerpts of Sajeel Manzoor's A-File. Defendants informally re-produced page 1 of the Exhibit to replace DEF-00421887.

15.     Attached as **Exhibit K** is a true and correct copy of an excerpt of Hanin Bengezi's A-File.

16.     Attached as **Exhibit L** is a true and correct copy of an excerpt of Named Plaintiff Hanin Bengezi's A-File.

17.     Attached as **Exhibit M** is a true and correct copy of excerpts of Hanin Bengezi's A-File. Defendants informally re-produced pages 4, 10, 11-14, and 15 of the Exhibit to replace, respectively, DEF-00420706, DEF-0042713, DEF-0042726-29, and DEF-00420582.

DECLARATION OF PAIGE WHIDBEE ISO
PLAINTIFFS' SUPPLEMENTAL BRIEF
(No. 2:17-cv-00094-RAJ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

18.     Attached as **Exhibit N** is a true and correct copy of excerpts of Hanin Bengezi's A-File. Defendants informally re-produced all pages of the Exhibit to replace DEF-00420595-610.

19.     Attached as **Exhibit O** is a true and correct copy of an excerpt of the transcript from the deposition of Hanin Bengezi taken on February 6, 2020.

20.     Attached as **Exhibit P** is a true and correct copy of the document introduced as Exhibit 3 during the deposition of Hanin Bengezi taken on February 6, 2020.

21.     Attached as **Exhibit Q** is a true and correct copy of an excerpt of Named Plaintiff Abdiquafar Wagafe's A-File. Defendants informally re-produced page 3 of the Exhibit to replace DEF-00422758.

22.     Attached as **Exhibit R** is a true and correct copy of excerpts of Abdiquafar Wagafe's A-File. Defendants informally re-produced pages 1, 2, and 9 of the Exhibit to replace, respectively, DEF-00422831, DEF-00422791, and DEF-00422761.

23.     Attached as **Exhibit S** is a true and correct copy of an excerpt of the transcript from the deposition of Named Plaintiff Noah Abraham (formerly known as Mushtaq Jihad) taken on February 5, 2020.

24.     Attached as **Exhibit T** is a true and correct copy of an excerpt of Noah Abraham's A-File. Defendants informally re-produced page 1 of this Exhibit to replace DEF-00421024.

25.     Attached as **Exhibit U** is a true and correct copy of excerpts of Noah Abraham's A-File. Defendants informally re-produced pages 9 and 14-15 of the Exhibit to replace, respectively, DEF-00421306 and DEF-00421320-21.

26.     Attached as **Exhibit V** is a true and correct copy of an excerpt of a version of Noah Abraham's A-File obtained through FOIA.

27.     Attached as **Exhibit W** is a true and correct copy of an excerpt of Noah Abraham's A-File.

DECLARATION OF PAIGE WHIDBEE ISO
PLAINTIFFS' SUPPLEMENTAL BRIEF
(No. 2:17-cv-00094-RAJ) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

28.     Attached as **Exhibit X** is a true and correct copy of an excerpt of Noah Abraham's A-File.

29.     Attached as **Exhibit Y** is a true and correct copy of an excerpt of Sajeel Manzoor's A-File.

30.     Attached as **Exhibit Z** is a true and correct copy of an excerpt of Sajeel Manzoor's A-File.

31.     Attached as **Exhibit AA** is a true and correct copy of an excerpt of Hanin Bengezi's A-File. Defendants informally re-produced this Exhibit to replace DEF-00420713.

32.     Attached as **Exhibit BB** is a true and correct copy of excerpts of Sajeel Manzoor's A-File.

33.     Attached as **Exhibit CC** is a true and correct copy of an excerpt of Hanin Bengezi's A-File. Defendants informally re-produced all pages of this Exhibit to replace DEF-00420636-59.

34.     Attached as **Exhibit DD** is a true and correct copy of an Executive Summary of USCIS policy obtained through FOIA.

35.     Attached as **Exhibit EE** is a true and correct copy of Defendants' Fifth Set of Supplemental Initial Disclosures, produced to Plaintiffs on July 2, 2020.

36.     Attached as **Exhibit FF** is a true and correct copy of PDF pages 1 and 23-25 of document DEF-00095009. Defendants informally reproduced these pages to replace DEF-00095009 and DEF-00095031-33.

37.     Attached as **Exhibit GG** is a true and correct copy of PDF pages 1 and 18-22 of document DEF-00132598. Defendants informally reproduced these pages to replace DEF-00132598 and DEF-00132615-19.

38.     Attached as **Exhibit HH** is a true and correct copy of PDF pages 1 and 176 of document DEF-00116759. Defendants informally reproduced these pages to replace DEF-00116759 and DEF-00116934.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

39.     Attached as **Exhibit II** is a true and correct copy of PDF pages 1 and 121 of document DEF-00373850. Defendants informally reproduced these pages to replace DEF-00373850 and DEF-00373970.

40.     Attached as **Exhibit JJ** is a true and correct copy of PDF pages 136-140 of document DEF-00429220. Defendants informally reproduced these pages to replace DEF-00429355-59.

41.     Attached as **Exhibit KK** is a true and correct copy of PDF pages 1 and 72-75 of document DEF-00044548. Defendants informally reproduced these pages to replace DEF-00044548 and DEF-00044548.0074-.0077.

42.     Attached as **Exhibit LL** is a true and correct copy of PDF pages 1-5 of document DEF-00096541. Defendants informally reproduced these pages to replace DEF-00096541-45.

43.     Attached as **Exhibit MM** is a true and correct copy of PDF pages 1-5 of document DEF-00096701. Defendants informally reproduced these pages to replace DEF-00096701-05.

44.     Attached as **Exhibit NN** is a true and correct copy of the document introduced as Exhibit 93 during the deposition of Kevin Quinn taken on January 31, 2020. The portions of this Exhibit that Defendants seek to claw back are highlighted.

45.      Attached as **Exhibit OO** is a true and correct copy of an excerpt of the transcript from the deposition of Matthew Emrich taken on January 8, 2020. The portions of this Exhibit that Defendants seek to claw back are highlighted.

46.     Attached as **Exhibit PP** is a true and correct copy of an excerpt of the transcript from the deposition of Amy Lang taken on January 20, 2020. The portions of this Exhibit that Defendants seek to claw back are highlighted.

47.     Attached as **Exhibit QQ** is a true and correct copy of an excerpt of the transcript from the deposition of Kevin Quinn taken on January 31, 2020. The portions of this Exhibit that Defendants seek to claw back are highlighted.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    48.    Attached as **Exhibit RR** is a true and correct copy of an excerpt of the transcript

2    from the deposition of Kevin Quinn taken on January 31, 2020.

3    49.    Attached as **Exhibit SS** is a true and correct copy of the Expert Report of Jeffrey

4    Danik, disclosed as a part of Plaintiffs' Supplemental Expert Disclosure Statement (Vol. 1) on

5    July 1, 2020. The paragraphs cited in the Supplemental Brief are highlighted.

6    I declare under penalty of perjury that the foregoing is true and correct.

7    EXECUTED this 10th day of July, 2020, at Seattle, Washington.

8

9
          */s/ Paige Whidbee*
          Paige  Whidbee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBITS A-SS
# FILED UNDER SEAL