THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>           Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO REDACT PORTIONS OF THE MAY 28, 2020 HEARING TRANSCRIPT**<br><br>NOTE ON MOTION CALENDAR: July 24, 2020 |

The Court should deny Defendants' motion to redact portions of the May 28, 2020 hearing transcript. The Court's statement that Defendants seek to redact (pg. 14, lines 23-24) was simply introductory of the topic to be discussed, and the balance are statements that counsel for Defendants themselves made. The substance of each of Defendants' statements (pg. 16, lines 12-16, and pg. 17, lines 6-9) had already been publicly made by Defendants in prior court submissions. *See, e.g.*, Dkt. 226-01 at 9. There is no basis for now redacting these statements from the public record.

A party seeking to seal a judicial record, such as a hearing transcript, must "articulate compelling reasons supported by specific factual findings…that outweigh the general history of access and the public policies favoring disclosure such as the public interest in understanding the judicial process." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006);

PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO REDACT PORTIONS OF THE MAY 28,
2020 HEARING TRANSCRIPT
(No. 2:17-cv-00094-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003) ("In this circuit, we start with a strong presumption in favor of access to court records."); *TriQuint Semiconductor Inc. v. Avago Techs. Ltd.*, No. CV-09-1531-PHX-JAT, 2012 WL 1432519, at *2 (D. Ariz. Apr. 25, 2012) (denying parties' "ex-post facto" request to redact hearing transcript); *Vesta Corp. v. Amdocs Mgmt Ltd.*, 312 F. Supp. 3d 966, 971 (D. Or. 2018) (same).

Defendants fail to demonstrate a compelling reason, supported by specific factual findings, that would justify redacting portions of the judicial record.  The Court should deny the Defendants' motion to redact the May 28, 2020 hearing transcript.

PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO REDACT PORTIONS OF THE MAY 28,
2020 HEARING TRANSCRIPT
(No. 2:17-cv-00094-RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   Respectfully submitted,                    DATED: July 20, 2020

2   s/ Jennifer Pasquarella                    s/ Harry H. Schneider, Jr.
    Jennifer Pasquarella (admitted pro hac vice)   s/ Nicholas P. Gellert
3   **ACLU Foundation of Southern California**  s/ David A. Perez
    1313 W. 8th Street                          s/ Heath L. Hyatt
4   Los Angeles, CA 90017                       s/ Paige L. Whidbee
    Telephone: (213) 977-5236                   Harry H. Schneider, Jr. #9404
5   jpasquarella@aclusocal.org                  Nicholas P. Gellert #18041
                                                David A. Perez #43959
6   s/ Matt Adams                              Heath L. Hyatt #54141
    Matt Adams #28287                          Paige L. Whidbee #55072
7   **Northwest Immigrant Rights Project**     **Perkins Coie LLP**
    615 Second Ave., Ste. 400                   1201 Third Avenue, Suite 4900
8   Seattle, WA 98122                          Seattle, WA 98101-3099
    Telephone: (206) 957-8611                   Telephone: 206.359.8000
9   matt@nwirp.org                             HSchneider@perkinscoie.com
                                                NGellert@perkinscoie.com
10  s/ Stacy Tolchin                           DPerez@perkinscoie.com
    Stacy Tolchin (admitted pro hac vice)      HHyatt@perkinscoie.com
11  **Law Offices of Stacy Tolchin**           PWhidbee@perkinscoie.com
    634 S. Spring St. Suite 500A
12  Los Angeles, CA 90014                      s/ Kristin Macleod-Ball
    Telephone: (213) 622-7450                   Kristin Macleod-Ball (admitted pro hac vice)
13  Stacy@tolchinimmigration.com               **American Immigration Council**
                                                1318 Beacon Street, Suite 18
14  s/ Hugh Handeyside                         Brookline, MA 02446
    s/ Lee Gelernt                             Telephone: (857) 305-3600
15  s/ Hina Shamsi                             kmacleod-ball@immcouncil.org
    Hugh Handeyside #39792
16  Lee Gelernt (admitted pro hac vice)        s/ John Midgley
    Hina Shamsi (admitted pro hac vice)        s/ Molly Tack-Hooper
17  **American Civil Liberties Union Foundation**   John Midgley #6511
    125 Broad Street                           Molly Tack-Hooper #56356
18  New York, NY 10004                         **ACLU of Washington**
    Telephone: (212) 549-2616                   P.O. Box 2728
19  lgelernt@aclu.org                          Seattle, WA 98111
    hhandeyside@aclu.org                        Telephone: (206) 624-2184
20  hshamsi@aclu.org                           jmidgley@aclu-wa.org

21  s/ Sameer Ahmed
    Sameer Ahmed (admitted pro hac vice)
22  **Harvard Immigration and Refugee**
    **    Clinical Program**
23  Harvard Law School
    6 Everett Street; Suite 3105               *Counsel for Plaintiffs*
24  Cambridge, MA 02138
    Telephone: (617) 495-0638
25  sahmed@law.harvard.edu

26