The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL |

This matter came before the Court on Plaintiffs' unopposed Motion to Seal the Parties' Stipulation for Order to Modify Protective Order and Order Thereon (Dkt. # 399). Having found good cause, the Court hereby ORDERS that Plaintiffs' Motion to Seal is GRANTED.

DATED this 24th day of August, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO SEAL - 1
(2:17-CV-00094-RAJ)