The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>MINUTE ORDER GRANTING UNOPPOSED MOTIONS TO SEAL |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

There being no opposition, the following Motions to Seal are GRANTED:

1. Plaintiffs' Motion to Seal Plaintiffs' Supplemental Brief re: Outstanding Discovery Disputes and Supporting Documents (Dkt. # 377);

2. Defendants' Motion to Seal Defendants' Response to Plaintiffs' Supplemental Brief re: Outstanding Discovery Disputes and Exhibits A and C-S attached to the Declaration of Victoria M. Braga (Dkt. # 382);

3. Defendants' Motion to Seal Defendants' Reply to Plaintiffs' Opposition to Motion to Redact Portions of the May 28, 2020 Hearing Transcript (Dkt. # 390); and

4. Defendants' Motion to Seal Joint Submission of the Parties (Dkt. # 395).

MINUTE ORDER GRANTING
UNOPPOSED MOTIONS TO SEAL - 1
(2:17-CV-00094-RAJ)

The parties are reminded that pursuant to this District's Electronic Filing Procedures for Civil and Criminal Cases, and pursuant to this Court's Standing Order (Dkt. # 65), for all motions a proposed order shall be attached as a Word-compatible file to an email sent to jonesorders@wawd.uscourts.gov.  In the future, any motions for which a proposed order is not provided may be stricken.

DATED this 24th day August, 2020.

        WILLIAM M. McCOOL,
        Clerk of the Court

        */s/ Victoria Ericksen*
        Deputy Clerk to Hon. Richard A. Jones