The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, *et al.*, <br><br> Defendants. | **No. 2:17-cv-00094-RAJ** <br><br> **STIPULATION FOR ORDER REVISING CASE SCHEDULE; ORDER THEREON** |

WHEREAS the parties proposed a schedule for remaining pretrial elements of the case in the Joint Status Report filed on May 26, 2020, which included a proposed deadline to exchange final expert reports and a proposed deadline to complete all depositions by September 2, 2020 (Dkt. No. 359); and

WHEREAS the parties have been working diligently to complete depositions within that agreed schedule, but despite those efforts, and due to recent case developments, the parties need additional time to complete potential supplements to expert reports and to take remaining depositions; and

WHEREAS the Court has directed the parties to meet and confer, and file a joint submission regarding any proposed changes to the case schedule set forth in the May 26 Joint Status Report (Dkt. No. 411); and

WHEREAS the parties have met and conferred and jointly believe there is good cause for a modification of the case schedule, set out below, because of the necessities of the case,

NOW THEREFORE the parties through their respective counsel of record stipulate and agree that the Court may make and enter the following order:

The case schedule stipulated by the parties on May 26, 2020 (Dkt. #359), shall be modified as follows:

(1) Plaintiffs' Rule 30(b)(6) deposition of USCIS took place on August 31, 2020 and September 3, 2020. Given that the content of the Rule 30(b)(6) deposition may impact their respective reports, Plaintiffs' expert Mr. Kruskol and Defendants' expert Dr. Siskin may submit additional reports, first by Mr. Kruskol and then by Dr. Siskin, and the parties may conduct depositions of Mr. Kruskol (or an alternate witness) and Dr. Siskin, after the Rule 30(b)(6) deposition pursuant to an agreed-upon schedule between the parties;

(2) All other discovery (except for a potential deposition of Mr. Ostadhassan), including the four additional depositions allowed by the Court's Order on the Motion to Exclude (Dkt. No. 410), must be complete by October 7, 2020;[1] and

---

[1] One of the witnesses identified in Defendants' Fifth Supplemental Initial Disclosures is not available through October 7 because of scheduled maternity leave; and Defendants have not yet confirmed the availability of one other witness between now and October 7. Should Plaintiffs wish to depose any witness who is not available for a deposition on or before October 7, the parties agree that such depositions will take place as soon as practicable after October 7, and this will not affect the other deadlines proposed in this filing.

1    (3) The filing deadline for dispositive motions is November 19, 2020, except that
2    Defendants shall be permitted to file a cross-motion for summary judgment on or
3    before December 21, 2020. The parties currently anticipate there could be several
4    issues raised on motions for summary judgment or partial summary judgment, and
5    therefore have agreed to an extended briefing schedule for such motions, with all such
6    summary judgment motions to be noted for February 12, 2021:

- Plaintiffs' motion for summary judgment—November 19, 2020

- Defendants' cross-motion and opposition—December 21, 2020

- Plaintiffs' opposition and reply—January 27, 2021

- Defendants' reply—February 8, 2021

The parties have conferred about but have not yet to reached agreement on a proposal for page limits for summary judgment briefing. Any other motions due to be filed by the deadline for dispositive motions under the Local Rules, shall be filed by the above-stated November 19 deadline and briefed on the schedule set forth in the Local Rules.

Counsel for Defendants have indicated that Defendants may seek leave for additional depositions, beyond the limit of ten, to depose all, or some number of, six notice responders once Plaintiffs identify which of those six individuals Plaintiffs are continuing to pursue as potential trial witnesses.  The parties previously agreed that Plaintiffs would have until September 14, 2020 to provide this additional information.  Thus, if Defendants intend to proceed with a motion, Defendants intend to file the motion thereafter, by September 17, 2020.  Plaintiffs oppose this request for additional depositions.  The parties recognize that if such a motion is filed and granted, the case schedule may need to be altered again.

**SO STIPULATED**

DATED:  September 4, 2020

| | |
|---|---|
| ETHAN P. DAVIS<br>Acting Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANDREW C. BRINKMAN<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | W. MANNING EVANS<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | JESSE L. BUSEN<br>Trial Attorney<br>Office of Immigration Litigation |
| LEON B. TARANTO<br>Trial Attorney<br>Torts Branch | MICHELLE R. SLACK<br>Trial Attorney<br>Office of Immigration Litigation |
| ANTONIA KONKOLY<br>Trial Attorney<br>Federal Programs Branch | */s/ Victoria M. Braga*<br>VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice |
| | *Counsel for Defendants* |

**SO STIPULATED**

DATED:  September 4, 2020

| | |
|---|---|
| s/ Jennifer Pasquarella<br>Jennifer Pasquarella (admitted pro hac vice)<br>**ACLU Foundation of Southern California**<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5236<br>jpasquarella@aclusocal.org<br><br>s/ Matt Adams<br>Matt Adams #28287<br>**Northwest Immigrant Rights Project**<br>615 Second Ave., Ste. 400<br>Seattle, WA 98122<br>Telephone: (206) 957-8611<br>matt@nwirp.org<br><br>s/ Stacy Tolchin<br>Stacy Tolchin (admitted pro hac vice)<br>**Law Offices of Stacy Tolchin**<br>634 S. Spring St. Suite 500A<br>Los Angeles, CA 90014<br>Telephone: (213) 622-7450<br>Stacy@tolchinimmigration.com<br><br>s/ Hugh Handeyside<br>s/ Lee Gelernt<br>s/ Hina Shamsi<br>Hugh Handeyside #39792<br>Lee Gelernt (admitted pro hac vice)<br>Hina Shamsi (admitted pro hac vice)<br>**American Civil Liberties Union Foundation**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 549-2616<br>lgelernt@aclu.org<br>hhandeyside@aclu.org<br>hshamsi@aclu.org<br><br>s/ Sameer Ahmed<br>Sameer Ahmed (admitted pro hac vice)<br>**Harvard Immigration and Refugee Clinical Program**<br>Harvard Law School<br>6 Everett Street; Suite 3105<br>Cambridge, MA 02138<br>Telephone: (617) 495-0638<br>sahmed@law.harvard.edu | s/ Harry H. Schneider, Jr.<br>s/ Nicholas P. Gellert<br>s/ David A. Perez<br>s/ Heath L. Hyatt<br>s/ Paige L. Whidbee<br>Harry H. Schneider, Jr. #9404<br>Nicholas P. Gellert #18041<br>David A. Perez #43959<br>Heath L. Hyatt #54141<br>Paige L. Whidbee #55072<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>HSchneider@perkinscoie.com<br>NGellert@perkinscoie.com<br>DPerez@perkinscoie.com<br>HHyatt@perkinscoie.com<br>PWhidbee@perkinscoie.com<br><br>s/ Kristin Macleod-Ball<br>Kristin Macleod-Ball (admitted pro hac vice)<br>**American Immigration Council**<br>1318 Beacon Street, Suite 18<br>Brookline, MA 02446<br>Telephone: (857) 305-3600<br>kmacleod-ball@immcouncil.org<br><br>s/ John Midgley<br>s/ Molly Tack-Hooper<br>John Midgley #6511<br>Molly Tack-Hooper #56356<br>**ACLU of Washington**<br>P.O. Box 2728<br>Seattle, WA 98111<br>Telephone: (206) 624-2184<br>jmidgley@aclu-wa.org<br><br><br><br><br><br><br><br><br>*Counsel for Plaintiffs* |
| STIPULATION FOR ORDER REVISING<br>CASE SCHEDULE; ORDER THEREON<br>(2:17-CV-00094-RAJ) - 5 | UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Office of Immigration Litigation<br>Ben Franklin Station, P.O. Box 878<br>Washington, DC 20044<br>(202) 616-4900 |

**ORDER**

**IT IS SO ORDERED.**

DATED: September __, 2020.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER REVISING
CASE SCHEDULE; ORDER THEREON
(2:17-CV-00094-RAJ) - 6

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
(202) 616-4900