HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, | No. 2:17-cv-00094-RAJ |
| Plaintiffs, | ORDER |
| v. | |
| DONALD TRUMP, PRESIDENT OF THE UNITED STATES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Overlength Brief, Dkt. # 421, and Defendants' request to file an opposition to Plaintiffs' motion, Dkt. # 422.  Dkt.  Given the extraordinary nature of Plaintiffs' request, the Court hereby **GRANTS** Defendants' motion to file an opposition and **ORDERS** Defendants to file their response within 7 days from the date of this order.

DATED this 16th day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1