HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, | No. 2:17-cv-00094-RAJ |
| Plaintiffs, | ORDER |
| v. | |
| DONALD TRUMP, PRESIDENT OF THE UNITED STATES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation for Order Setting Page Limits for Cross-Motions for Summary Judgment and Related Matters, Dkt. # 434. The Court recognizes the complicated nature of the case and agrees that an extension of page limits for briefing the respective motions for summary judgment is warranted. The parties' request to be allocated 120 pages for briefing per side, however, is excessive. The Court **ORDERS** as follows:

1. Each side shall be allocated a maximum of 90 pages for briefing their respective motions for summary judgment. Plaintiffs may file an opening memorandum in support of their motion for summary judgment that does not exceed 50 pages. Plaintiffs may allocate the remaining unused portion of the

ORDER – 1

90 total pages to their reply/cross-opposition memoranda responding to Defendants' cross-motion for summary judgment. Defendants would similarly be allotted a maximum of 90 pages, with up to 70 pages allocated to their combined opposition/cross-motion memoranda, and the remaining unused portion of the 90 pages for their cross-reply memorandum.

2. The deadlines for dispositive motions and summary judgment briefing set out in Dkt. # 413, page 3, are not suspended, but the Court may consider reasonable adjustments based on a joint proposal submitted by the parties no later than November 6, 2020.

3. Plaintiffs' Motion for Leave to File an Overlength Brief, Dkt. # 421, is deemed withdrawn.

DATED this 29th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2