THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>DONALD TRUMP, President of the United States; *et al.*,<br><br>                    Defendants. | No. 2:17-CV-00094-RAJ<br><br>MINUTE ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter came before the Court on Plaintiffs' Unopposed Motion to Amend Briefing Schedule for Cross-Motions for Summary Judgment. Upon reviewing the unopposed motion, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion (Dkt. # 449) is GRANTED. The filing deadline for dispositive motions is reset to March 11, 2021, except that Defendants shall be permitted to file a cross-motion for summary judgment on or before April 19, 2021. Any other motions due to be filed by the deadline for dispositive motions under the Local Rules shall be filed by the March 11, 2021 deadline and briefed on the schedule set forth

MINUTE ORDER - 1

in the Local Rules.  The following schedule will govern briefing of the cross-motions for summary judgment and supplemental declarations filed by the parties' statistical experts in response to the updated USCIS data:

- Supplement declaration of Mr. Kruskol—February 25, 2021

(To the extent that any other Plaintiffs' expert submits a supplemental declaration that relies upon Mr. Kruskol's supplemental declaration, that declaration shall also be due on February 25, 2021.)

- Plaintiffs' motion for summary judgment—March 11, 2021
- Supplement declaration of Dr. Siskin —April 5, 2021
- Defendants' cross-motion and opposition—April 19, 2021
- Plaintiffs' cross-opposition and reply—May 28, 2021
- Defendants' cross-reply—June 18, 2021
- Cross-motions both to be noted for June 18, 2021

DATED this 18th day of December, 2020.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*  
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER - 2

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

s/ Jennifer Pasquarella
s/ Michelle Cho
s/ Liga Chia
Jennifer Pasquarella (admitted pro hac vice)
Michelle Cho (admitted pro hac vice)
Liga Chia (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org
mcho@aclusocal.org
lchia@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
s/ Charles Hogle
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
Charles Hogle (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
hhandeyside@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
chogle@aclu.org

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige L. Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
Paige L. Whidbee #55072
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
Ngellert@perkinscoie.com
Dperez@perkinscoie.com
Hhyatt@perkinscoie.com
Pwhidbee@perkinscoie.com

s/ Kristin Macleod-Ball
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 02446
Telephone: (857) 305-3600
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #6511
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

s/ Sameer Ahmed
s/ Sabrineh Ardalan
Sameer Ahmed (admitted pro hac vice)
Sabrineh Ardalan (admitted pro hac vice)
**Harvard Immigration and Refugee Clinical Program**
Harvard Law School
6 Everett Street; Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER
(No. 17-cv-00094 RAJ) – 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER
(No. 17-cv-00094 RAJ) – 4