THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00094-RAJ<br><br>**STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES; ORDER THEREON**<br><br>**Noted for: February 24, 2021** |

Pursuant to Local Rule 7(j), the parties respectfully request that the Court extend the existing schedule for dispositive motions and related deadlines by two weeks as indicated below.

Good cause exists to modify the existing schedule. On February 1, 2021, this Court ruled on Plaintiffs' Supplemental Brief (Dkt. 380) after an *in camera* review of selected documents and ordered Defendants to produce lesser redacted versions of numerous documents. *See* Dkt. 451. Plaintiffs require the lesser redacted versions of those documents for purposes of preparing their motion for summary judgment. Due to the practical requirements of processing those documents for production to Plaintiffs, Defendants are unable to produce the documents in sufficient time to meet Plaintiffs' needs. Accordingly, Plaintiffs requested that Defendants stipulate to an extension of the existing briefing schedule and Defendants do not object to the requested extension.

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER
THEREON

151577716.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

For these reasons, the parties respectfully request that the Court enter an order extending the schedule for dispositive motions and related deadlines by two weeks as follows:

The filing deadline for dispositive motions is reset to March 25, 2021, except that Defendants shall be permitted to file a cross-motion for summary judgment on or before May 3, 2021. Any other motions, including any *Daubert* motions, due to be filed by the deadline for dispositive motions under the Local Rules shall be filed by the March 25, 2021 deadline and briefed on the schedule set forth in the Local Rules. Further, because the parties previously negotiated and agreed upon the deadlines for exchanging their statistical experts' supplemental declarations based on when the parties' dispositive motion deadlines fell, the parties also request a modest extension for exchanging those supplemental declarations as well.

The following schedule will govern briefing of the cross-motions for summary judgment and the supplemental declarations filed by the parties' statistical experts in response to the updated USCIS data:

- Supplemental declaration of Mr. Kruskol (if any)—March 4, 2021
- Plaintiff's motion for summary judgment—March 25, 2021
- Supplemental declaration of Dr. Siskin (if any)—April 19, 2021
- Defendants' cross-motion and opposition—May 3, 2021
- Plaintiffs' cross-opposition and reply—June 11, 2021
- Defendants' cross-reply—July 2, 2021
- Cross-motions both to be noted for July 2, 2021

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER
THEREON
151577716.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1  **SO STIPULATED.** | DATED: February 24, 2021 |
| 2  s/ Jennifer Pasquarella | s/ Harry H. Schneider, Jr. |
|    s/ Liga Chia | s/ Nicholas P. Gellert |
| 3  Jennifer Pasquarella (admitted pro hac vice) | s/ David A. Perez |
|    Liga Chia (admitted pro hac vice) | s/ Heath L. Hyatt |
| 4  **ACLU Foundation of Southern California** | s/ Paige L. Whidbee |

SO STIPULATED.                           DATED: February 24, 2021

s/ Jennifer Pasquarella                  s/ Harry H. Schneider, Jr.
s/ Liga Chia                             s/ Nicholas P. Gellert
Jennifer Pasquarella (admitted pro hac vice)   s/ David A. Perez
Liga Chia (admitted pro hac vice)        s/ Heath L. Hyatt
**ACLU Foundation of Southern California**   s/ Paige L. Whidbee
1313 W. 8th Street                       Harry H. Schneider, Jr. #9404
Los Angeles, CA 90017                    Nicholas P. Gellert #18041
Telephone: (213) 977-5236                David A. Perez #43959
jpasquarella@aclusocal.org               Heath L. Hyatt #54141
lchia@aclusocal.org                      Paige L. Whidbee #55072
                                         **Perkins Coie LLP**
s/ Matt Adams                            1201 Third Avenue, Suite 4900
Matt Adams #28287                        Seattle, WA 98101-3099
**Northwest Immigrant Rights Project**   Telephone: (206) 359-8000
615 Second Avenue, Suite 400             HSchneider@perkinscoie.com
Seattle, WA 98122                        Ngellert@perkinscoie.com
Telephone: (206) 957-8611                Dperez@perkinscoie.com
matt@nwirp.org                           Hhyatt@perkinscoie.com
                                         Pwhidbee@perkinscoie.com
s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)    s/ John Midgley
**Law Offices of Stacy Tolchin**         John Midgley #6511
634 S. Spring Street, Suite 500A         **ACLU of Washington**
Los Angeles, CA 90014                    P.O. Box 2728
Telephone: (213) 622-7450                Seattle, WA 98111
Stacy@tolchinimmigration.com             Telephone: (206) 624-2184
                                         jmidgley@aclu-wa.org
s/ Hugh Handeyside
s/ Lee Gelernt                           s/ Sameer Ahmed
s/ Hina Shamsi                           s/ Sabrineh Ardalan
s/ Charles Hogle                         Sameer Ahmed (admitted pro hac vice)
Hugh Handeyside #39792                   Sabrineh Ardalan (admitted pro hac vice)
Lee Gelernt (admitted pro hac vice)      **Harvard Immigration and Refugee**
Hina Shamsi (admitted pro hac vice)      **Clinical Program**
Charles Hogle (admitted pro hac vice)    Harvard Law School
**American Civil Liberties Union Foundation**   6 Everett Street, Suite 3105
125 Broad Street                         Cambridge, MA 02138
New York, NY 10004                       Telephone: (617) 495-0638
Telephone: (212) 549-2616                sahmed@law.harvard.edu
hhandeyside@aclu.org                     sardalan@law.harvard.edu
lgelernt@aclu.org
hshamsi@aclu.org
chogle@aclu.org
                                         *Counsel for Plaintiffs*

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER
THEREON
151577716.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| **SO STIPULATED.** | DATED: February 24, 2021 |
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | JESSE L. BUSEN<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division<br>Office of Immigration Litigation | W. MANNING EVANS<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN T. MORAN<br>United States Attorney | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch<br>Civil Division |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | ANTONIA KONKOLY<br>Trial Attorney<br>Federal Programs Branch |
| LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| ANNE DONOHUE<br>Trial Attorney<br>Office of Immigration Litigation | *Counsel for Defendants* |

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER
THEREON
151577716.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

DATED:                       , 2021.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER
THEREON

151577716.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000