THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-RAJ<br><br>**PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF BERNARD SISKIN**<br><br>NOTE FOR MOTION CALENDAR: April 9, 2021 |

## I. INTRODUCTION

Pursuant to Local Rule 5(g), Plaintiffs respectfully move for leave to keep under seal Plaintiffs' Motion to Exclude Opinions of Bernard Siskin and its supporting documents. On March 25, 2021, Plaintiffs filed a Motion to Exclude Opinions of Bernard Siskin (the "Motion to Exclude"). In support of that motion, Plaintiffs filed the Declaration of Hugh Handeyside ("Handeyside Declaration"), Exhibits A–F, and a Proposed Order. The exhibits include documents produced to Plaintiffs under the protective orders in this case (Dkts. 86, 183, 192), and the Motion to Exclude includes information from those documents.

## II. CERTIFICATION

Pursuant to LCR 5(g)(3)(A), Plaintiffs certify that the parties met and conferred telephonically regarding this motion on March 22, 2021. Jesse Busen, Victoria Braga, Brian Kipnis, Anne Donohue, Lindsay Murphy, and Leon Taranto participated on behalf of Defendants

PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' MOTION TO EXCLUDE OPINIONS (No. 2:17-cv-00094-RAJ)– 1

LEGAL151875302.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  and Heath Hyatt and Hugh Handeyside participated on behalf of the Plaintiffs. The same day,

2  counsel for Defendants confirmed by email that the confidentiality designations they had made

3  to the transcript of Dr. Siskin's deposition were correct.[1]

4     Plaintiffs relied on Defendants' confidentiality designations in drafting the Motion to

5  Exclude and preparing a redacted version of same for public filing.

### III.    ARGUMENT

Plaintiffs move to seal the Motion to Exclude and Exhibits A–F to the Handeyside Declaration. Defendants maintain the protective order designations of these documents and information. Defendants will presumably file a statement explaining why this material should remain under seal as required by LCR 5(g). *See* LCR 5(g)(3) ("the party who designated the document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion").

Notably, Plaintiffs' proposed redactions include information that Defendants have *not* designated confidential under the protective orders. On March 25, well beyond the eleventh hour, Defendants requested by email that Plaintiffs move to provisionally file the entire contents of the Motion to Exclude under seal, so as to enable the government to conduct further review of Plaintiffs' redactions. The Local Rules contain no provision for filing the entire contents of a motion under seal, even provisionally; on the contrary, "A party must minimize the number of documents it files under seal and the length of each document it files under seal." LCR 5(g)(4). Nevertheless, Plaintiffs have attempted to honor Defendants' request by redacting not only material that Defendants have designated confidential under the protective orders, but material that quotes—or relies on—portions of Dr. Siskin's deposition testimony that Defendants confirmed were *not* confidential. To be clear, Plaintiffs maintain that any portions of Dr. Siskin's deposition testimony not previously designated confidential under the protective orders should not be sealed.

---

[1] Defendants relayed their confidentiality designations to Plaintiffs on December 10, 2020.

PLAINTIFFS' MOTION TO SEAL PLAINTIFFS'
MOTION TO EXCLUDE OPINIONS
(No. 2:17-cv-00094-RAJ)– 2
LEGAL151875302.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted,

s/ Jennifer Pasquarella
s/ Liga Chia
Jennifer Pasquarella (admitted pro hac vice)
Liga Chia (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org
lchia@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Hugh Handeyside
s/ Lee Gelernt
s/ Hina Shamsi
s/ Charles Hogle
Hugh Handeyside #39792
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
Charles Hogle (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
hhandeyside@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
chogle@aclu.org

DATED: March 25, 2021

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige L. Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
Paige L. Whidbee #55072
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
Ngellert@perkinscoie.com
Dperez@perkinscoie.com
Hhyatt@perkinscoie.com
Pwhidbee@perkinscoie.com

s/ John Midgley
John Midgley #6511
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

s/ Sameer Ahmed
s/ Sabrineh Ardalan
Sameer Ahmed (admitted pro hac vice)
Sabrineh Ardalan (admitted pro hac vice)
**Harvard Immigration and Refugee Clinical Program**
Harvard Law School
6 Everett Street; Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Plaintiffs*

PLAINTIFFS' MOTION TO SEAL PLAINTIFFS'
MOTION TO EXCLUDE OPINIONS
(No. 2:17-cv-00094-RAJ)– 3
LEGAL151875302.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000