The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>Defendants. | CASE NO.  2:17-cv-00094-RAJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SEAN M. KRUSKOL**<br><br>(Proposed) |

This matter comes before the Court on Defendants' Motion to Exclude Testimony of Sean M. Kruskol.  Plaintiffs have filed an opposition to the motion, and Defendants have filed a reply.

Having thoroughly considered the parties' memoranda, the declarations and exhibits filed therewith, the Court hereby grants the motion and excludes Mr. Kruskol's testimony, declaration and

///

///

///

///

ORDER GRANTING MOTION TO EXCLUDE TESTIMONY OF SEAN M. KRUSKOL
(Case No. C17-00094RAJ)

reports from evidence pursuant to Fed. R. Evid. 104(a) and 702, and the Court's gatekeeping requirements to screen expert evidence for relevancy and reliability.   This Court grants the motion also under Fed. R. Evid. 403.

IT IS SO ORDERED.

DATED this _____ day of April 2021.

_____
RICHARD A. JONES
United States District Judge

Presented by:

_____/s/_____
LINDSAY M. MURPHY
Counsel for National Security
Office of Immigration  Litigation
Civil  Division
U.S. Department of Justice

ORDER GRANTING MOTION TO EXCLUDE TESTIMONY OF SEAN M. KRUSKOL
(Case No. C17-00094RAJ)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900