1

THE HONORABLE RICHARD A. JONES

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

ABDIQAFAR WAGAFE, *et al.*, on behalf
of themselves and others similarly situated,

No. 2:17-cv-00094-RAJ

11

Plaintiffs,

**JOINT STIPULATION FOR ORDER
ALLOWING REDACTED FILINGS OF
SUMMARY JUDGMENT BRIEFING
DESIGNATED AS HIGHLY SENSITIVE
DOCUMENTS PENDING RESOLUTION
OF THE MOTIONS TO SEAL**

12

v.

13

JOSEPH R. BIDEN, President of the
United States, *et al.*,

14

15

Defendants.

16

17

    WHEREAS the Court's General Order No. 03-21 ("General Order") states that highly

18

sensitive documents ("HSD") cannot be filed on the public docket; and

19

    WHEREAS guidance from the Court Clerk also indicates that documents or filings that

20

discuss or contain information from HSDs also cannot be filed on the public docket; and

21

    WHEREAS Defendants state that Plaintiffs' Motion for Summary Judgment, Defendants'

22

Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary

23

Judgment, Plaintiffs' Reply and Opposition to Defendants' Cross Motion, Defendants' Reply,

24

and the Third Declaration of Jennifer Pasquarella[1] (collectively the "Filings") contain

25

information from and discuss the content of documents produced in this case that Defendants

26

have designated as HSD; and

27

    WHEREAS as a result, none of the Filings appear on the public docket, in any form; and

28

    [1] Docket numbers are unavailable for the Filings because the Filings were not filed on the public docket.

JOINT STIPULATION FOR ORDER ALLOWING REDACTED
FILINGS OF DOCUMENTS DESIGNATED UNDER GENERAL
ORDER NO. 03-21.

152958112.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    WHEREAS Plaintiffs dispute Defendants' designation of certain produced documents as

2   HSD, *see* Dkts. 464, 483, 502, 513, 533, 536, 543, 560, 562, and 566; and

3    WHEREAS the parties believe that, notwithstanding their disagreement, the proposed

4   stipulated order will enable the parties to comply with LCR 7(g)(5)(A), which requires a publicly

5   filed redacted version of any brief filed under seal,

6    NOW THEREFORE the parties do hereby stipulate and agree that the Court may make

7   and enter the following order:

8    1.  The parties shall file mutually agreed upon redacted versions of the Filings on the

9   public docket pending resolution of the Motions to Seal. These redacted versions shall be filed

10   on the public docket regardless of whether the Filings contain or discuss information contained

11   in HSDs.

12    2.  The redacted filed versions shall keep hidden from public access any information

13   Defendants assert to be HSD and/or subject to a protective order issued in this case.  *See* Dkts.

14   86, 183, 192, 274.

15    3. The parties shall file the redacted Filings within three weeks from the date this

16   stipulation is entered by the Court, unless otherwise ordered by the Court.

17    4.  Nothing in this stipulation resolves or shall be construed as resolving the pending

18   motions regarding Defendants' HSD designations and to seal the summary judgment briefs and

19   supporting papers.  *See* Dkts. 464, 483, 502, 513, 533, 536, 543, 560, 562, and 566 (HSD); and

20   Dkts. 465, 481, 510, 514, 534, 538, 544, 561, 564, and 567 (Sealing).

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR ORDER ALLOWING REDACTED
FILINGS OF DOCUMENTS DESIGNATED UNDER GENERAL
ORDER NO. 03-21.

152958112.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**SO STIPULATED.**                           DATED: July 15, 2021

2

s/ Jennifer Pasquarella                      s/ Harry H. Schneider, Jr.
s/ Liga Chia                                 s/ Nicholas P. Gellert
3
Jennifer Pasquarella (admitted pro hac vice) s/ David A. Perez
Liga Chia (admitted pro hac vice)            s/ Heath L. Hyatt
4
**ACLU Foundation of Southern California**   s/ Paige L. Whidbee
1313 W. 8th Street                           Harry H. Schneider, Jr. #9404
5
Los Angeles, CA 90017                        Nicholas P. Gellert #18041
Telephone: (213) 977-5236                    David A. Perez #43959
6
jpasquarella@aclusocal.org                   Heath L. Hyatt #54141
lchia@aclusocal.org                          Paige L. Whidbee #55072
7
                                             **Perkins Coie LLP**
s/ Matt Adams                                1201 Third Avenue, Suite 4900
8
Matt Adams #28287                            Seattle, WA 98101-3099
**Northwest Immigrant Rights Project**       Telephone: (206) 359-8000
9
615 Second Avenue, Suite 400                 HSchneider@perkinscoie.com
Seattle, WA 98122                            Ngellert@perkinscoie.com
10
Telephone: (206) 957-8611                    Dperez@perkinscoie.com
matt@nwirp.org                               Hhyatt@perkinscoie.com
11
                                             Pwhidbee@perkinscoie.com
s/ Stacy Tolchin
12
Stacy Tolchin (admitted pro hac vice)        s/ John Midgley
**Law Offices of Stacy Tolchin**             John Midgley #6511
13
634 S. Spring Street, Suite 500A             **ACLU of Washington**
Los Angeles, CA 90014                        P.O. Box 2728
14
Telephone: (213) 622-7450                    Seattle, WA 98111
Stacy@tolchinimmigration.com                 Telephone: (206) 624-2184
15
                                             jmidgley@aclu-wa.org
s/ Hugh Handeyside
16
s/ Lee Gelernt                               s/ Sameer Ahmed
s/ Hina Shamsi                               s/ Sabrineh Ardalan
17
s/ Charles Hogle                             Sameer Ahmed (admitted pro hac vice)
Hugh Handeyside #39792                       Sabrineh Ardalan (admitted pro hac vice)
18
Lee Gelernt (admitted pro hac vice)          **Harvard Immigration and Refugee**
Hina Shamsi (admitted pro hac vice)          **Clinical Program**
19
Charles Hogle (admitted pro hac vice)        Harvard Law School
**American Civil Liberties Union Foundation** 6 Everett Street, Suite 3105
20
125 Broad Street                             Cambridge, MA 02138
New York, NY 10004                           Telephone: (617) 495-0638
21
Telephone: (212) 549-2616                    sahmed@law.harvard.edu
hhandeyside@aclu.org                         sardalan@law.harvard.edu
22
lgelernt@aclu.org
hshamsi@aclu.org
23
chogle@aclu.org
                                             *Counsel for Plaintiffs*
24

25

26

27

28

JOINT STIPULATION FOR ORDER ALLOWING REDACTED
FILINGS OF DOCUMENTS DESIGNATED UNDER GENERAL
ORDER NO. 03-21.

152958112.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**SO STIPULATED.**

2

DATED:  July 15, 2021

3

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

4

JESSE L. BUSEN
Counsel for National Security
National Security Unit
Office of Immigration Litigation

5

AUGUST FLENTJE
Special Counsel
Civil Division
Office of Immigration Litigation

6

W. MANNING EVANS
Senior Litigation Counsel
Office of Immigration Litigation

7

8

ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation

BRENDAN T. MOORE
Trial Attorney
Office of Immigration Litigation

9

TESSA M. GORMAN
Acting United States Attorney

LEON B. TARANTO
Trial Attorney
Torts Branch
Civil Division

10

11

BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington

12

VICTORIA M. BRAGA
Trial Attorney
Office of Immigration Litigation

13

LINDSAY M. MURPHY
Senior Counsel for National Security
National Security Unit
Office of Immigration Litigation

14

15

*Counsel for Defendants*

16

ANNE DONOHUE
Counsel for National Security
National Security Unit
Office of Immigration Litigation

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR ORDER ALLOWING REDACTED
FILINGS OF DOCUMENTS DESIGNATED UNDER GENERAL
ORDER NO. 03-21.
152958112.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**ORDER**

2

IT IS SO ORDERED.

3

DATED:                        , 2021.

4

5

6

_____
RICHARD A. JONES
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR ORDER ALLOWING REDACTED
FILINGS OF DOCUMENTS DESIGNATED UNDER GENERAL
ORDER NO. 03-21.
152958112.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000