THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*, on behalf of themselves and others similarly situated, | No. 2:17-cv-00094-RAJ |
| Plaintiffs, | **STIPULATION FOR ORDER THAT THE CLERK UNSEAL DOCKET 550 AND ORDER THEREON** |
| v. | |
| JOSEPH R. BIDEN, President of the United States, *et al.*, | |
| Defendants. | |

WHEREAS Plaintiffs filed the Declaration of Liga Chia and its Supporting Exhibit A (Dkt. 550) under seal; and

WHEREAS Defendants have no objection to the Declaration of Liga Chia and its supporting Exhibit A (Dkt. 550) being publicly filed in its entirety,

NOW THEREFORE the parties do hereby stipulate and agree that the Court may make and enter the following order:

1. The Clerk of Court shall unseal Docket 550.

STIPULATION FOR ORDER
UNSEALING DKT. 550 AND ORDER THEREON
(NO. 2:17-CV-00094-RAJ) – 1

153041654.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**SO STIPULATED.**

2

s/ Jennifer Pasquarella
s/ Liga Chia

3

Jennifer Pasquarella (admitted pro hac vice)
Liga Chia (admitted pro hac vice)

4

**ACLU Foundation of Southern California**
1313 W. 8th Street

5

Los Angeles, CA 90017
Telephone: (213) 977-5236

6

jpasquarella@aclusocal.org
lchia@aclusocal.org

7

s/ Matt Adams

8

Matt Adams #28287
**Northwest Immigrant Rights Project**

9

615 Second Avenue, Suite 400
Seattle, WA 98122

10

Telephone: (206) 957-8611
matt@nwirp.org

11

s/ Stacy Tolchin

12

Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**

13

634 S. Spring Street, Suite 500A
Los Angeles, CA 90014

14

Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

15

s/ Hugh Handeyside

16

s/ Lee Gelernt
s/ Hina Shamsi

17

s/ Charles Hogle
Hugh Handeyside #39792

18

Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)

19

Charles Hogle (admitted pro hac vice)
**American Civil Liberties Union Foundation**

20

125 Broad Street
New York, NY 10004

21

Telephone: (212) 549-2616
hhandeyside@aclu.org

22

lgelernt@aclu.org
hshamsi@aclu.org

23

chogle@aclu.org

24

25

26

27

28

DATED: July 21, 2021

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige L. Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
Paige L. Whidbee #55072
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
HSchneider@perkinscoie.com
Ngellert@perkinscoie.com
Dperez@perkinscoie.com
Hhyatt@perkinscoie.com
Pwhidbee@perkinscoie.com

s/ John Midgley
John Midgley #6511
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

s/ Sameer Ahmed
s/ Sabrineh Ardalan
Sameer Ahmed (admitted pro hac vice)
Sabrineh Ardalan (admitted pro hac vice)
**Harvard Immigration and Refugee
Clinical Program**
Harvard Law School
6 Everett Street, Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Plaintiffs*

STIPULATION FOR ORDER
UNSEALING DKT. 550 AND ORDER THEREON
(NO. 2:17-CV-00094-RAJ) – 2

153041654.2

1

**SO STIPULATED.**                          DATED:  July 21, 2021

2

BRIAN M. BOYNTON                            JESSE L. BUSEN
3    Acting Assistant Attorney General           Counsel for National Security
Civil Division                              National Security Unit
4    U.S. Department of Justice                  Office of Immigration Litigation

5    AUGUST FLENTJE                              W. MANNING EVANS
Special Counsel                             Senior Litigation Counsel
6    Civil Division                              Office of Immigration Litigation
Office of Immigration Litigation
7                                                BRENDAN T. MOORE
ETHAN B. KANTER                             Trial Attorney
8    Chief, National Security Unit               Office of Immigration Litigation
Office of Immigration Litigation
9                                                LEON B. TARANTO
TESSA GORMAN                                Trial Attorney
10   Acting United States Attorney               Torts Branch
Civil Division
11   BRIAN C. KIPNIS
Assistant United States Attorney            VICTORIA M. BRAGA
12   Western District of Washington              Trial Attorney
Office of Immigration Litigation
13   LINDSAY M. MURPHY
Senior Counsel for National Security
14   National Security Unit
Office of Immigration Litigation
15                                               *Counsel for Defendants*
ANNE DONOHUE
16   Counsel for National Security
National Security Unit
17   Office of Immigration Litigation

18

19

20

21

22

23

24

25

26

27

28
STIPULATION FOR ORDER
UNSEALING DKT. 550 AND ORDER THEREON                              **Perkins Coie LLP**
(NO. 2:17-CV-00094-RAJ) – 3                              1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
153041654.2                                                      Fax:  206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED.

DATED:                    , 2021.


_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER
UNSEALING DKT. 550 AND ORDER THEREON
(NO. 2:17-CV-00094-RAJ) – 4

153041654.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000