The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>Defendants. | CASE NO.  2:17-cv-00094-LK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER; ORDER THEREON** |

WHEREAS on January 31, 2022, the Court issued an order striking 17 pending motions to seal documents or seeking leave to file materials as "highly sensitive documents" (Dkt. No. 587); and

WHEREAS the Court further directed the parties to file, by March 29, 2022, "(1) a joint statement concisely consolidating their positions on the materials they want sealed; and (2) an updated Joint Status Report" (Dkt. No. 587); and

WHEREAS the March 29, 2022 deadline imposed by the Court will not be affected by the stipulated stay of litigation recently filed by the parties (per paragraph 11 of Dkt. No. 589), if adopted by the Court; and
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER; ORDER THEREON - 1
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1  WHEREAS the 17 motions stricken by the Court involve more than 150 individual documents that Defendants have sought to seal in part or in full or treat as "highly sensitive documents;" and

WHEREAS the parties have conferred preliminarily to discuss the schedule for completing their review and assessment of the documents at issue, for meeting and conferring to discuss their respective positions in an effort to identify areas of agreement, and for drafting their joint response to the Court's order; and

WHEREAS the Court's Order will require Defendants to undertake a detailed review of each of the more than 150 documents totaling thousands of pages at issue, to assess whether revision of their position on any of the documents being sealed or treated as "highly sensitive" would be appropriate, and to prepare revised versions of any documents as to which Defendants do change their position; and

WHEREAS Defendants do not believe they will be able to complete the work necessary to jointly respond to the Court's order by March 29, 2022; and

WHEREAS Defendants are confident that an additional three weeks, until April 19, 2022, would provide them with sufficient time in which to respond to the Court's order, including a meaningful opportunity to meet and confer in an effort to narrow the documents, or portions of documents, in dispute, and Plaintiffs' having no objection to the extension;

NOW THEREFORE, the parties, through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

> The deadline for submitting the parties' joint response to the Court's order striking 17 pending motions to seal or seeking leave to file "highly sensitive documents" (Dkt. No. 587) and Joint Status Update shall be extended by 21 days, until April 19, 2022.

///
///
///

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO COURT ORDER; ORDER THEREON - 2
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

| | |
|---|---|
| **SO STIPULATED.** | DATED: February 18, 2022 |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | W. MANNING EVANS<br>Senior Trial Counsel<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |
| ETHAN B. KANTER<br>Chief, National Security Unit<br>Office of Immigration Litigation<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| NICHOLAS W. BROWN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | /s/ *Lindsay M. Murphy*<br>LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>Office of Immigration Litigation |
| ANNE DONOHUE<br>Counsel for National Security<br>Office of Immigration Litigation | JESSE L. BUSEN<br>Counsel for National Security<br>Office of Immigration Litigation |
| | *Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO COURT ORDER; ORDER THEREON - 3
(Case No. C17-00094LK)

**SO STIPULATED.**

DATED: February 18, 2022

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Dror Ladin
s/ Sarah Taitz
s/ Lee Gelernt
s/ Hina Shamsi
Dror Ladin (admitted pro hac vice)
Sarah Taitz (admitted pro hac vice)
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
dladin@aclu.org
staitz@aclu.org
hshamsi@aclu.org

s/ Sameer Ahmed
Sameer Ahmed (admitted pro hac vice)
**Harvard Immigration and Refugee
  Clinical Program**
Harvard Law School
6 Everett Street; Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
s/ Paige L. Whidbee
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
Paige L. Whidbee #55072
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com
PWhidbee@perkinscoie.com

s/ Kristin Macleod-Ball
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 02446
Telephone: (857) 305-3600
kmacleod-ball@immcouncil.org

s/ John Midgley
s/ Yvonne Chin
John Midgley #6511
Yvonne Chin, #50389
**ACLU of Washington**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org
ychin@aclu-wa.org

*Counsel for Plaintiffs*

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO COURT ORDER; ORDER THEREON - 4
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of _____, 2022

_____
LAUREN KING
United States District Judge

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system, which will send notification of such filing to all counsel of record.

/s/ Lindsay M. Murphy
LINDSAY M. MURPHY
Senior Counsel for National Security
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station,
Washington, D.C. 20044-0878
(202) 616-4018

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO COURT ORDER; ORDER THEREON - 6
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900