The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al., on behalf of himself and other similarly situated,*

Plaintiffs,

v.

JOSEPH R. BIDEN, President of the United States, *et al.,*

Defendants.

CASE NO.  2:17-cv-00094-LK

**STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022; ORDER THEREON**

WHEREAS this action, filed on January 23, 2017, alleges that Defendants have been unlawfully subjecting applications for lawful permanent residence and naturalization submitted to United States Citizenship and Immigration Services (USCIS) by members of the Plaintiff-classes to review under the Controlled Application Review and Resolution Program (CARRP), which is an agency-wide program and process USCIS applies to cases it believes have national security concerns; and

WHEREAS the Amended Complaint in this action seeks, among other things, to enjoin Defendants from applying CARRP to applications for lawful permanent residence or naturalization submitted by members of the Plaintiff classes; and

STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;
ORDER THREON - 1
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1   WHEREAS the parties have filed cross-motions for summary judgment on Plaintiffs' claims;

2   and

3   WHEREAS those motions, among others, have been pending before the Court since

4   July 2021; and

5   WHEREAS on or about November 10, 2021, USCIS commenced an agency-wide internal

6   review of its policies and procedures relative to identifying and assessing national security risks

7   presented in immigration benefit applications, including applications for lawful permanent residence

8   and naturalization; and

9   WHEREAS the internal USCIS review is expected to be completed on or about May 10,

10   2022, unless extended by the Director of USCIS; and

11   WHEREAS it is anticipated that, as a result of this review, new or revised relevant policies

12   will be issued by USCIS leadership; and

13   WHEREAS Defendants anticipate that these new and revised USCIS policies are likely to

14   have a material impact on some or all of the legal issues presently before the Court for adjudication;

15   and

16   WHEREAS the parties mutually agree that it will be in the best interest of the Plaintiff

17   classes and Defendants, and serve the interests of conserving judicial resources, to stay the case until

18   the internal USCIS review is completed in May 2022;

19   NOW THEREFORE, the parties, through their respective counsel of record do hereby

20   stipulate and agree that the Court may make and enter the following order:

21   1.      This action, and all proceedings therein, shall be stayed until June 9, 2022.

22   2.      Commencing on February 1, 2022, and continuing throughout the time that the stay

23   remains in place, Defendants will suspend the issuance of denials of class members' relevant

24   Form I-485 or N-400 applications, except in the following circumstances:

25   *i.* USCIS will not hold the denial of any relevant application if USCIS will issue a

26   "Notice to Appear" (NTA) to the applicant following denial of the case.

27

28

STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;
ORDER THREON - 2
(Case No. C17-00094LK)

*ii.* USCIS will not hold the denial of any relevant application if that application is at issue in ongoing litigation (other than the *Wagafe* litigation).

3.      In consideration of the statistical anomaly that will be created by the suspension of denials as described in the preceding paragraph, Plaintiffs agree not to use the increase in statistical delays resulting from this suspension against Defendants in arguments going forward in this lawsuit.

4.      Within fourteen days after the expiration of the stay, Defendants will provide Plaintiffs' counsel with a record reflecting the overall number of class member applications in which the denial of the application was suspended because of this stipulation.  Defendants will provide this list as an "attorney's eyes only" restricted record subject to the restrictions set forth in this Court's orders pertaining to such information, Dkt. # 183 and # 192.

5.      Within 90 days of the date of the commencement of the stay, Defendants shall file a status report with the Court which sets forth the progress that Defendants have made toward completion of their review process and the prospects as they see them for completing the review process by May 10, 2022.

6.      By no later than March 1, 2022, Plaintiffs shall send a settlement demand to Defendants' counsel.  Defendants will consider Plaintiffs' settlement demand in connection with their policy review.  Defendants shall respond to Plaintiffs' settlement demand by no later than June 10, 2022.

7.      Defendants will timely supplement their discovery responses following the expiration of the stay, as appropriate, in accordance with Rule 26(e), Fed.R.Civ.Pro.

8.      By June 23, 2022, counsel for Plaintiffs and counsel for Defendants shall meet to (1) discuss the parties' settlement offers; (2) identify the issues, if any, that the parties believe remain in dispute; and (3) discuss whether an attempt should be made to resolve any such remaining disputed issues either through a continuation of informal settlement negotiations or by entering into mediation pursuant to LCR 39.1 of the Local Rules of this Court according to a procedure that they have mutually agreed upon.

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

9.      By July 8, 2022, the parties will submit a joint status report identifying any issues remaining in dispute and proposing a joint case schedule to resolve any such issue or issues.  If the parties cannot agree on a proposed case schedule for the resolution of any remaining issues in dispute, they may separately set forth their own proposed case schedules for consideration by the Court.

10.      ~~As an exception to the stay, and upon the Court's approval of a pending joint stipulation allowing for the public filing of redacted versions of summary judgment briefs that the parties previously submitted as Highly Sensitive Documents (HSDs), the parties shall be permitted to move forward and file redacted versions of those briefs.~~

11.      ~~An additional exception to the stay shall be the parties' compliance with the Court's order dated January 31, 2022 (Dkt. # 587), and the Court's resolution of the underlying sealing and highly sensitive document motions.~~

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;
ORDER THREON - 4
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1   **SO STIPULATED.**

2    Dated: February 11, 2022

3   BRIAN M. BOYNTON                    W. MANNING EVANS
    Acting Assistant Attorney General   Senior Trial Counsel
4   Civil Division                      Office of Immigration Litigation
5   U.S. Department of Justice
                                        LEON B. TARANTO
6   AUGUST FLENTJE                      Trial Attorney
    Special Counsel                     Torts Branch
7   Civil Division
                                        LINDSAY M. MURPHY
8   ETHAN B. KANTER                     Senior Counsel for National Security
    Chief, National Security Unit       Office of Immigration Litigation
9   Office of Immigration Litigation
    Civil Division                      BRENDAN T. MOORE
10                                      Trial Attorney
11  NICHOLAS W. BROWN                   Office of Immigration Litigation
    United States Attorney
12                                      /s/ *Victoria M. Braga*
13  BRIAN C. KIPNIS                     VICTORIA M. BRAGA
    Assistant United States Attorney    Trial Attorney
14  Western District of Washington      Office of Immigration Litigation

15  ANNE DONOHUE                        JESSE L. BUSEN
16  Counsel for National Security       Counsel for National Security
    Office of Immigration Litigation    Office of Immigration Litigation

17

18                                      *Counsel for Defendants*

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;
ORDER THREON - 5
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

1    **SO STIPULATED.**                        DATED: February 11, 2022

2    s/ Jennifer Pasquarella                   s/ Harry H. Schneider, Jr.
     Jennifer Pasquarella (admitted pro hac vice)   s/ Nicholas P. Gellert
3    **ACLU Foundation of Southern California**     s/ David A. Perez
     1313 W. 8th Street                        s/ Heath L. Hyatt
4    Los Angeles, CA 90017                     s/ Paige L. Whidbee
     Telephone: (213) 977-5236                 Harry H. Schneider, Jr. #9404
5    jpasquarella@aclusocal.org                Nicholas P. Gellert #18041
                                               David A. Perez #43959
6    s/ Matt Adams                             Heath L. Hyatt #54141
     Matt Adams #28287                         Paige L. Whidbee #55072
7    **Northwest Immigrant Rights Project**    **Perkins Coie LLP**
     615 Second Ave., Ste. 400                 1201 Third Avenue, Suite 4900
8    Seattle, WA 98122                         Seattle, WA 98101-3099
     Telephone: (206) 957-8611                 Telephone: 206.359.8000
9    matt@nwirp.org                            HSchneider@perkinscoie.com
                                               NGellert@perkinscoie.com
10   s/ Stacy Tolchin                          DPerez@perkinscoie.com
     Stacy Tolchin (admitted pro hac vice)     HHyatt@perkinscoie.com
11   **Law Offices of Stacy Tolchin**          PWhidbee@perkinscoie.com
     634 S. Spring St. Suite 500A
12   Los Angeles, CA 90014                     s/ Kristin Macleod-Ball
     Telephone: (213) 622-7450                 Kristin Macleod-Ball (admitted pro hac vice)
13   Stacy@tolchinimmigration.com              **American Immigration Council**
                                               1318 Beacon Street, Suite 18
14   s/ Dror Ladin                             Brookline, MA 02446
     s/ Sarah Taitz                            Telephone: (857) 305-3600
15   s/ Lee Gelernt                            kmacleod-ball@immcouncil.org
     s/ Hina Shamsi
16   Dror Ladin (admitted pro hac vice)        s/ John Midgley
     Sarah Taitz (admitted pro hac vice)       s/ Yvonne Chin
17   Lee Gelernt (admitted pro hac vice)       John Midgley #6511
     Hina Shamsi (admitted pro hac vice)       Yvonne Chin, #50389
18   **American Civil Liberties Union Foundation**   **ACLU of Washington**
     125 Broad Street                          P.O. Box 2728
19   New York, NY 10004                        Seattle, WA 98111
     Telephone: (212) 549-2616                 Telephone: (206) 624-2184
20   lgelernt@aclu.org                         jmidgley@aclu-wa.org
     dladin@aclu.org                           ychin@aclu-wa.org
21   staitz@aclu.org
     hshamsi@aclu.org
22
     s/ Sameer Ahmed
23   Sameer Ahmed (admitted pro hac vice)
     **Harvard Immigration and Refugee**
24     **Clinical Program**                    *Counsel for Plaintiffs*
     Harvard Law School
25   6 Everett Street; Suite 3105
     Cambridge, MA 02138
26   Telephone: (617) 495-0638
     sahmed@law.harvard.edu
27

28
     STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;

1

## ORDER

2

In light of the parties' stipulated stay and the terms set forth above, the Court STRIKES the
March 29, 2022 joint statement deadline. The Court will set a new joint statement deadline, if
necessary, once the parties submit their updated Joint Status Report on or before July 8, 2022.
Whether and to what extent the parties may file redacted summary judgment briefs turns on
the Court's resolution of their "joint statement concisely consolidating their positions on any
materials for sealing." Dkt. No. 587 at 6. The Court accordingly GRANTS the parties'
stipulation as modified and DENIES as moot the parties' Stipulation for Extension of Time to
Respond to Court Order. IT IS SO ORDERED.

3

4

5

6

7

8          DATED this 22 day of February                , 2022

9

10         LAUREN KING
           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER STAYING ACTION UNTIL JUNE 9, 2022;
ORDER THREON - 7
(Case No. C17-00094LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4900

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Victoria M. Braga
VICTORIA M. BRAGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-5573
Victoria.M.Braga@usdoj.gov

CERTIFICATE OF SERVICE
(Case No. C17-00094LK)