UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JOSEPH R. BIDEN, President of the United States, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 17-CV-00094-LK<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RECONSIDERATION AND GRANTING STIPULATED MOTION FOR ORDER ALLOWING REDACTED FILINGS |

　　　This matter comes before the Court on Plaintiffs' timely Unopposed Motion to Reconsider Order of February 22, 2022. Dkt. No. 593. The Court finds that the parties' request to file provisionally redacted versions of summary judgment briefs as an interim measure before the Court resolves the designation disputes, Dkt. Nos. 593, 568, has merit in the unique circumstances of this case. Therefore, the Court GRANTS the motion for reconsideration, Dkt. No. 593, and GRANTS the parties' July 2021 Joint Stipulation, Dkt. No. 568.

　　　The Court lifts the stay on this case for the sole purpose of allowing the parties to file, in accordance with the terms of their joint stipulation, redacted versions of the Plaintiffs' Motion for

Summary Judgment, Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, Plaintiffs' Reply and Opposition to Defendants' Cross Motion, Defendants' Reply, and the Third Declaration of Jennifer Pasquarella (collectively, the "Filings"). Dkt. No. 568. The parties shall file the redacted Filings within 21 days of this Order. The stay shall otherwise remain in effect until June 9, 2022.

Dated this 14th day of March, 2022.

*Lauren King*

Lauren King
United States District Judge