The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00094-LK<br><br>**JOINT FILING OF DEFENDANTS' PROVISIONALLY REDACTED SUMMARY JUDGMENT BRIEFS PURSUANT TO MARCH 14, 2022 ORDER GRANTING MOTION FOR RECONSIDERATION** |

Pursuant to this Court's March 14, 2022 Order (Dkt. No. 594) granting Plaintiffs' unopposed motion for reconsideration to allow redacted filings of the parties' summary judgment briefs and the Third Declaration of Jennifer Pasquarella, all of which were submitted in unredacted form as highly sensitive documents in accordance with General Order No. 03-21, attached are Defendants' provisionally redacted versions of the following exhibits for public filing:

    A. Plaintiffs' Motion for Summary Judgment (March 25, 2021)

    B. Defendants' Consolidated Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment (May 3, 2021)

    C. Third Declaration of Jennifer Pasquarella in Support of Plaintiffs' Motion for Summary Judgment (June 11, 2021)

JOINT FILING OF DEFENDANTS' PROVISIONALLY
REDACTED SUMMARY JUDGMENT BRIEFS - 1
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

D. Plaintiffs' Reply in Support of Motion for Summary Judgment and Memorandum in Opposition to Defendants' Cross-Motion for Summary Judgment (June 11, 2021)

E. Defendants' Reply in Support of their Cross-Motion for Summary Judgment (July 2, 2021)

Defendants have provisionally redacted the pleadings as an interim measure to allow for public versions of the pleadings to be publicly filed until the Court resolves designation disputes that are the subject of its Order dated January 31, 2022 (Dkt. No. 587), as modified by the Court's Order of February 22, 2022 (Dkt. No. 592). Plaintiffs maintain their objections to Defendants' broad claims of confidentiality, including their redactions over Plaintiffs' pleadings, and in no way waive those objections.

//
//
//
//
//
//
//
//
//
//
//
//

JOINT FILING OF DEFENDANTS' PROVISIONALLY
REDACTED SUMMARY JUDGMENT BRIEFS - 2
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

Respectfully Submitted,

Dated: April 4, 2022

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANNE POGUE DONOHUE<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief National Security Unit<br>Office of Immigration Litigation<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| NICHOLAS BROWN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | JESSE L. BUSEN<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| W. MANNING EVANS<br>Senior Litigation Counsel<br>Office of Immigration Litigation | */s/ Leon B. Taranto*<br>LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |

*Counsel for Defendants*

JOINT FILING OF DEFENDANTS' PROVISIONALLY
REDACTED SUMMARY JUDGMENT BRIEFS - 3
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

| | |
|---|---|
| s/ Jennifer Pasquarella <br> Jennifer Pasquarella (admitted pro hac vice) <br> **ACLU Foundation of Southern California** <br> 1313 W. 8th Street <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-5236 <br> jpasquarella@aclusocal.org <br><br> s/ Matt Adams <br> Matt Adams #28287 <br> **Northwest Immigrant Rights Project** <br> 615 Second Ave., Ste. 400 <br> Seattle, WA 98122 <br> Telephone: (206) 957-8611 <br> matt@nwirp.org <br><br> s/ Stacy Tolchin <br> Stacy Tolchin (admitted pro hac vice) <br> **Law Offices of Stacy Tolchin** <br> 634 S. Spring St. Suite 500A <br> Los Angeles, CA 90014 <br> Telephone: (213) 622-7450 <br> Stacy@tolchinimmigration.com <br><br> s/ Dror Ladin <br> s/ Sarah Taitz <br> s/ Lee Gelernt <br> s/ Hina Shamsi <br> Dror Ladin (admitted pro hac vice) <br> Sarah Taitz (admitted pro hac vice) <br> Lee Gelernt (admitted pro hac vice) <br> Hina Shamsi (admitted pro hac vice) <br> **American Civil Liberties Union Foundation** <br> 125 Broad Street <br> New York, NY 10004 <br> Telephone: (212) 549-2616 <br> lgelernt@aclu.org <br> dladin@aclu.org <br> staitz@aclu.org <br> hshamsi@aclu.org <br><br> *Counsel for Plaintiffs* | s/ Harry H. Schneider, Jr. <br> s/ Nicholas P. Gellert <br> s/ David A. Perez <br> s/ Heath L. Hyatt <br> s/ Paige L. Whidbee <br> Harry H. Schneider, Jr. #9404 <br> Nicholas P. Gellert #18041 <br> David A. Perez #43959 <br> Heath L. Hyatt #54141 <br> Paige L. Whidbee #55072 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206.359.8000 <br> HSchneider@perkinscoie.com <br> NGellert@perkinscoie.com <br> DPerez@perkinscoie.com <br> HHyatt@perkinscoie.com <br> PWhidbee@perkinscoie.com <br><br> s/ Kristin Macleod-Ball <br> Kristin Macleod-Ball (admitted pro hac vice) <br> **American Immigration Council** <br> 1318 Beacon Street, Suite 18 <br> Brookline, MA 02446 <br> Telephone: (857) 305-3600 <br> kmacleod-ball@immcouncil.org <br><br> s/ John Midgley <br> s/ Yvonne Chin <br> John Midgley #6511 <br> Yvonne Chin, #50389 <br> **ACLU of Washington** <br> P.O. Box 2728 <br> Seattle, WA 98111 <br> Telephone: (206) 624-2184 <br> jmidgley@aclu-wa.org <br> ychin@aclu-wa.org <br><br> s/ Sameer Ahmed <br> Sameer Ahmed (admitted pro hac vice) <br> **Harvard Immigration and Refugee Clinical Program** <br> Harvard Law School <br> 6 Everett Street; Suite 3105 <br> Cambridge, MA 02138 <br> Telephone: (617) 495-0638 <br> sahmed@law.harvard.edu |

JOINT FILING OF DEFENDANTS' PROVISIONALLY REDACTED SUMMARY JUDGMENT BRIEFS - 4 (2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

# CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Lindsay M. Murphy*
LINDSAY M. MURPHY
Senior Counsel for National Security
National Security Unit
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Lindsay.M.Murphy@usdoj.gov
(202) 616-4018

JOINT FILING OF DEFENDANTS' PROVISIONALLY
REDACTED SUMMARY JUDGMENT BRIEFS - 5
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044