The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>            Defendants. | No. 2:17-cv-00094-LK<br><br>**DEFENDANTS' STATUS REPORT ON PROGESS FOR COMPLETING POLICY REVIEW OF CARRP BY MAY 10, 2022** |

As set forth in the parties' stipulated motion for a stay of proceedings, which the Court entered on February 22, 2022, USCIS has undertaken an agency-wide internal review of its policies and procedures for identifying and assessing national security risks presented in immigration benefit applications, including applications for lawful permanent residence and naturalization, known as the Controlled Application Review and Resolution Program (CARRP). USCIS expects to complete this review by May 10, 2022. This is consistent with the date of completion communicated to the Court in the parties' stipulation.

Assuming final approval of the new policy by USCIS leadership, USCIS expects to finalize a new policy that will supersede the CARRP policy shortly after May 10, 2022. After the new policy is finalized, USCIS will continue efforts to develop accompanying training materials, Standard Operating Procedures, and updates to electronic systems. The timeline for

DEFENDANTS' STATUS REPORT ON PROGRESS FOR COMPLETING POLICY REVIEW OF CARRP - 1
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

1  completion involves various contingencies, but once those materials and updates are complete or
2  substantially complete, USCIS will implement the new policy.

3  Concerning implementation of the USCIS moratorium on denials of class member
4  applications that was a provision of the stay ordered by the Court, USCIS encountered
5  unexpected difficulties when implementing the denial moratorium. It has identified at least 70
6  applications that were denied when they should have been held. USCIS has made additional
7  efforts to identify and flag cases in its systems to prevent further denials of cases subject to the
8  moratorium and expects these measures to minimize errors going forward. Defendants have
9  disclosed to Plaintiffs' counsel information about prematurely denied applications that it has
10 identified and reviewed to ensure that they should have been held. Defendants are conferring
11 with Plaintiffs' counsel regarding proposed remedies, including circumstances where reopening
12 a denial might not be in the applicant's best interest.

13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //

DEFENDANTS' STATUS REPORT ON PROGRESS FOR
COMPLETING POLICY REVIEW OF CARRP - 2
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

Respectfully Submitted,

Dated: May 2, 2022

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice | ANNE POGUE DONOHUE<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| AUGUST FLENTJE<br>Special Counsel<br>Civil Division | LINDSAY M. MURPHY<br>Senior Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| ETHAN B. KANTER<br>Chief National Security Unit<br>Office of Immigration Litigation<br>Civil Division | VICTORIA M. BRAGA<br>Trial Attorney<br>Office of Immigration Litigation |
| NICHOLAS BROWN<br>United States Attorney | BRENDAN T. MOORE<br>Trial Attorney<br>Office of Immigration Litigation |
| BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Western District of Washington | JESSE L. BUSEN<br>Counsel for National Security<br>National Security Unit<br>Office of Immigration Litigation |
| W. MANNING EVANS<br>Senior Litigation Counsel<br>Office of Immigration Litigation | */s/ Leon B. Taranto*<br>LEON B. TARANTO<br>Trial Attorney<br>Torts Branch |

*Counsel for Defendants*

DEFENDANTS' STATUS REPORT ON PROGRESS FOR COMPLETING POLICY REVIEW OF CARRP - 3
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Anne Pogue Donohue
ANNE POGUE DONOHUE
Counsel for National Security
National Security Unit
Office of Immigration Litigation
*Anne.P.Donohue@usdoj.gov*
(202) 305-4193

DEFENDANTS' STATUS REPORT ON PROGRESS FOR
COMPLETING POLICY REVIEW OF CARRP - 4
(2:17-CV-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044