The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIQAFAR WAGAFE, *et al.*, on behalf of himself and other similarly situated,

Plaintiffs,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

Defendants.

CASE NO.  C17-00094-LK

**STIPULATION FOR ORDER STAYING ADJUDICATION OF ADJUSTMENT CLASS CLAIMS; ORDER THEREON**

WHEREAS in this action two classes of litigants, the "Adjustment Class" and the "Naturalization Class," assert a variety of challenges to USCIS' "Controlled Application Review and Resolution Program" (CARRP); and

WHEREAS the claims of the two classes are largely identical; and

WHEREAS the Defendants contend the Adjustment Class claims face certain jurisdictional issues that do not affect the Naturalization Class claims; and

WHEREAS the parties have met and conferred and mutually agree that it will promote efficiency and conservation of judicial resources to stay the litigation as to the Adjustment Class claims in favor of proceeding first to an adjudication of the Naturalization Class claims; and

STIPULATION FOR ORDER STAYING ADJUDICATION OF
ADJUSTMENT CLASS CLAIMS; ORDER THEREON - 1
(Case No. C17-00094-LK)

WHEREAS the parties believe that resolving the Naturalization Class claims may pave the way for a resolution of the Adjustment Class claims and thereby avoid the need for the Court to confront a jurisdictional question potentially unnecessary to the resolution of this lawsuit;

NOW THEREFORE the parties through their respective counsel of record do hereby stipulate and agree that the Court may make and enter the following order:

1.      The order setting a deadline for Defendants to file their motion concerning the application of *Patel v. Garland* to Plaintiffs' claims (Dkt. # 608) is vacated.

2.      The claims of the Adjustment Class are stayed until further order of the Court.

3.      The stay of the Adjustment Class claims may be terminated by the Court upon the request by either Plaintiffs or Defendants.

4.      The parties shall jointly notify the Court, within 90 days of the date of this Order, and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR ORDER STAYING ADJUDICATION OF
ADJUSTMENT CLASS CLAIMS; ORDER THEREON - 2
(Case No. C17-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-2186

every 90 days thereafter, whether they wish the stay of the Adjustment Class claims to continue.

5. Defendants shall notify the Court within 15 days of issuance that USCIS has issued its new policy to replace CARRP.

**SO STIPULATED.**

DATED:  October 24, 2022.

| | |
|---|---|
| BRIAN M. BOYNTON | VICTORIA M. BRAGA |
| Principal Deputy Assistant Attorney General | Counsel for National Security |
| Civil Division | National Security Unit |
| U.S. Department of Justice | Office of Immigration Litigation |
| | |
| | JESSE L. BUSEN |
| AUGUST FLENTJE | Counsel for National Security |
| Special Counsel | National Security Unit |
| Civil Division | Office of Immigration Litigation |
| | |
| ETHAN B. KANTER | ANNE P. DONOHUE |
| Chief, National Security Unit | Counsel for National Security |
| Office of Immigration Litigation | National Security Unit |
| Civil Division | Office of Immigration Litigation |
| | |
| NICHOLAS BROWN | W. MANNING EVANS |
| United States Attorney | Senior Litigation Counsel |
| | Office of Immigration Litigation |
| */s/ Brian C. Kipnis* | |
| BRIAN C. KIPNIS | LINDSAY M. MURPHY |
| Assistant United States Attorney | Senior Counsel for National Security |
| Western District of Washington | Office of Immigration Litigation |
| | |
| LEON B. TARANTO | |
| Trial Attorney | |
| Torts Branch | |
| | *Counsel for Defendants* |

STIPULATION FOR ORDER STAYING ADJUDICATION OF
ADJUSTMENT CLASS CLAIMS; ORDER THEREON - 3
(Case No. C17-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-2186

**SO STIPULATED.**

DATED:  October 24, 2022.

s/ Jennifer Pasquarella
Jennifer Pasquarella (admitted pro hac vice)
**ACLU Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236
jpasquarella@aclusocal.org

s/ Matt Adams
Matt Adams #28287
**Northwest Immigrant Rights Project**
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
matt@nwirp.org

s/ Stacy Tolchin
Stacy Tolchin (admitted pro hac vice)
**Law Offices of Stacy Tolchin**
634 S. Spring St. Suite 500A
Los Angeles, CA  90014
Telephone: (213) 622-7450
Stacy@tolchinimmigration.com

s/ Scarlet Kim
s/ Lee Gelernt
s/ Hina Shamsi
Scarlet Kim (admitted pro hac vice)
Lee Gelernt (admitted pro hac vice)
Hina Shamsi (admitted pro hac vice)
**American Civil Liberties Union Foundation**
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
lgelernt@aclu.org
scarletk@aclu.org
hshamsi@aclu.org

s/ Sameer Ahmed
Sameer Ahmed (admitted pro hac vice)
**Harvard Immigration and Refugee**
  **Clinical Program**
Harvard Law School
6 Everett Street; Suite 3105
Cambridge, MA 02138
Telephone: (617) 495-0638
sahmed@law.harvard.edu

s/ Harry H. Schneider, Jr.
s/ Nicholas P. Gellert
s/ David A. Perez
s/ Heath L. Hyatt
Harry H. Schneider, Jr. #9404
Nicholas P. Gellert #18041
David A. Perez #43959
Heath L. Hyatt #54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
HSchneider@perkinscoie.com
NGellert@perkinscoie.com
DPerez@perkinscoie.com
HHyatt@perkinscoie.com

s/ Trina Realmuto
s/ Kristin Macleod-Ball
Trina Realmuto (admitted pro hac vice)
Kristin Macleod-Ball (admitted pro hac vice)
**American Immigration Council**
1318 Beacon Street, Suite 18
Brookline, MA 03446
Telephone: (857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

s/ John Midgley
John Midgley #50517
**ACLU of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
jmidgley@aclu-wa.org

*Counsel for Plaintiffs*

STIPULATION FOR ORDER STAYING ADJUDICATION OF
ADJUSTMENT CLASS CLAIMS; ORDER THEREON - 4
(Case No. C17-00094-LK)

1

**ORDER**

2

IT IS SO ORDERED.

3

4

DATED:  October 28, 2022.

5

6

7

_Lauren King_

8
Lauren King
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-2186