# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIQAFAR WAGAFE, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | CASE NUMBER 2:17-cv-00094-LK |
| v. | |
| DONALD J. TRUMP, President of the United States, et al., | |
| Defendants. | |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT, for the reasons stated in the Court's July 2, 2026 Order granting the Joint Motion for Approval of Settlement Agreement, Dkt. No. 719, the parties' Settlement Agreement, Dkt. No. 711-1, is approved as fair, reasonable, and adequate. The Court will retain jurisdiction to enforce the Settlement Agreement as described in Dkt. No. 719.

     Dated July 2, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk