**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ABDIQAFAR WAGAFE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | **No. 2:17-cv-00094-LK**<br><br>**~~[PROPOSED]~~ ORDER APPROVING SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES AND COSTS** |

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulated Motion to Approve their Settlement Agreement Regarding Attorneys' Fees and Costs, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Parties' Settlement Agreement regarding attorneys' fees and costs is hereby **APPROVED**.

**IT IS SO ORDERED.**

DATED: August 7, 2026.

LAUREN KING
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *Victoria M. Santora*
VICTORIA M. SANTORA